**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Shannon J. Leap (SBN 339574)
sleap@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

*Attorneys for Plaintiffs*

Mildred K. O'Linn (State Bar No. 159055)
G. Craig Smith (State Bar No. 265676)
**MANNING & KASS ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.V. and X.V., minors by and through their guardian *ad litem*, Karla Juarez; D.V., a minor, by and through his guardian *ad litem*, Elias Valdivia; individually and as successors-in-interest to Daniel Luis Valdivia, deceased; JESSICA VALDIVIA; LUIS VALDIVIA JR., individually;<br><br>     Plaintiffs,<br>  vs.<br><br>CITY OF COVINA; VANESSA CARDOZA; DAVID MEADOWS; BILLY SUN; DOES 1-10, inclusive,<br><br>     Defendants. | Case No.: 5:23-cv-01562-CBM-SHK<br>[*Honorable Consuelo B. Marshall, Magistrate Judge Shashi H. Kewalramani*]<br><br>**JOINT REQUEST FOR NON-LEAD TRIAL COUNSEL TO APPEAR AT THE SCHEDULING CONFERENCE**<br><br>[Proposed] Order *filed concurrently herewith*<br><br>Sched. Conf: December 5, 2023<br>Time:    10:00 a.m.<br>Crtrm:    8D |

1  Case No. 5:23-cv-01562-CBM-SHK
JOINT REQUEST FOR NON-LEAD TRIAL COUNSEL TO ATTEND SCHEDULING CONFERENCE REMOTELY

**TO THIS HONORABLE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

PLEASE TAKE NOTICE THAT Plaintiffs E.V. and X.V., minors by and through their guardian *ad litem*, Karla Juarez; D.V., a minor, by and through his guardian *ad litem*, Elias Valdivia; individually and as successors-in-interest to Daniel Luis Valdivia, deceased; JESSICA VALDIVIA; LUIS VALDIVIA JR., individually, ("Plaintiffs") and Defendants CITY OF COVINA; VANESSA CARDOZA; DAVID MEADOWS; BILLY SUN ("Defendants") (collectively, "the Parties") jointly hereby request leave from this Court to have non-lead trial counsel appear remotely via Zoom for the Scheduling Conference, scheduled for December 5, 2023, at 10:00 a.m.

First, the Parties acknowledge that the Honorable Consuel B. Marshall's Standing Order (Doc. 13) states that "lead trial counsel must be present" at the scheduling conference.

However, Plaintiffs' counsel respectfully request this Court to permit Associate Attorney Shannon J. Leap to attend the Scheduling Conference because Plaintiffs' lead trial counsel, Dale K. Galipo, has a pre-existing calendar conflict involving the deposition of a defendant officer in a different matter which took several months to schedule, in which the Fact Discovery cut off deadline is December 15, 2023 and December 5, 2023 is the only date that all counsel and the deponent were available prior to the cutoff deadline.

Defendants' counsel also respectfully requests this Court permit partner G. Craig Smith to attend the Scheduling Conference because Defendants' lead trial counsel, Mildred K. O'Linn has a pre-existing calendar conflict in which she will be traveling to Fresno to conduct a presentation and handle a matter in the Eastern District.

All counsel appearing will be familiar with the case and be able to participate meaningfully in the Conference with authorization to address scheduling with the Court and opposing counsel.

Accordingly, the Parties respectfully request that this Honorable Court permit non-lead trial counsel to appear remotely at the December 5, 2023 Scheduling Conference in this action. Alternatively, if the Court is not inclined to allow the parties request for non-lead trial counsel to appear, then the Parties request that the Court continue the Scheduling Conference for a date that is convenient for the Court.

Respectfully submitted,

Dated: December 1, 2023                    **LAW OFFICES OF DALE K. GALIPO**

                                                                    /s/ Shannon J. Leap
                                                                    Dale K. Galipo, Esp.
                                                                    Shannon Leap, Esq.[1]
                                                                    *Attorneys for Plaintiffs*

Dated: December 1, 2023                    **MANNING & KASS ELLROD, RAMIREZ, TRESTER LLP**

                                                                    By:   /s/   G. Craig Smith
                                                                    Mildred K. O'Linn
                                                                    G. Craig Smith
                                                                    *Attorneys for Defendants*

---

[1] Pursuant to Local Rule 5-4.3.4, as the filer of this document, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.