# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.V. and X.V., minors by and through their guardian *ad litem*, Karla Juarez; D.V., a minor, by and through his guardian *ad litem*, Elias Valdivia; individually and as successors-in-interest to Daniel Luis Valdivia, deceased; JESSICA VALDIVIA; LUIS VALDIVIA JR., individually;<br><br>                    Plaintiffs,<br>         vs.<br><br>CITY OF COVINA; VANESSA CARDOZA; DAVID MEADOWS; BILLY SUN; DOES 1-10, inclusive,<br><br>                    Defendants. | Case No.: 5:23-cv-01562-CBM-SHK<br>[*Honorable Consuelo B. Marshall, Magistrate Judge Shashi H. Kewalramani*]<br><br>**[PROPOSED] ORDER GRANTING JOINT REQUEST FOR NON-LEAD TRIAL COUNSEL TO APPEAR AT THE SCHEDULING CONFERENCE**<br><br>Sched. Conf:  December 5, 2023<br>Time:              10:00 a.m.<br>Crtrm:            8D |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

The Court, having considered the Parties' request to have non-lead trial counsel be permitted to appear in lieu of lead Trial Counsel at the December 5, 2023 Scheduling Conference, and GOOD CAUSE appearing therefrom, hereby GRANTS

the request and permits Mr. Smith to appear in lieu of Ms. O'Linn and Ms. Leap to appear in lieu of Mr. Galipo at the December 5, 2023 Scheduling Conference in the instant action.

IT IS SO ORDERED.

Dated: _____          _____
                                                    HONORABLE CONSUELO B. MARSHALL
                                                    United States District Judge