UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 23-1562-CBM(ASx) | Date | DECEMBER 4, 2023 |
|---|---|---|---|
| Title | E.V. et al v. City of Covina et al | | |

Present: The Honorable  CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| Yolanda Skipper | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendant |
|---|---|
| N/A | N/A |

**Proceedings:**   In Chambers-Off the Record

The Scheduling Conference, currently set for December 5, 2023, is hereby taken off calendar.  The Court will set the following deadlines:

Initial disclosures shall be completed by February 24, 2025.

ADR-1 Form shall be filed on or before December 12, 2023.

Fact discovery shall be completed on or before January 24, 2025.

Rebuttal expert disclosure completion due no later than March 24, 2025.

Expert discovery shall be completed on or before April 7, 2025.

Settlement conference shall be held on or before April 30, 2025.

Motions shall be set for oral argument on or before May 6, 2025 at 10:00 a.m.

Pre Trial Conference is set on July 15, 2025 at 2:30 p.m.
Jury Trial is set on August 12, 2025 at 10:00 a.m.(est. 6-7 days).

The Court further orders the joint request[28]of Shannon J. Leep; Sg. Craig Smith to appear in lieu of lead trial counsel is hereby moot.

:

Initials of Preparer        YS