Name, Address and Telephone Number of Attorney(s):

Dale K. Galipo (SBN 144074)
Shannon J. Leap (SBN 339574)
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
(818)347-3333

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| E.V. and X.V., by and through their G.A.L., Karla Juarez; D.V., by and through his G.A.L, Elias Valdivia; JESSICA VALDIVIA; LUIS VALDIVIA JR.<br><br>v.<br>Plaintiff(s)<br><br>CITY OF COVINA; VANESSA CARDOZA; DAVID MEADOWS; BILLY SUN; DOES 1-10, inclusive,<br><br>Defendant(s). | CASE NUMBER<br><br>5:23-cv-01562-CBM-SHK<br><br><br><br>**REQUEST:**<br>**ADR PROCEDURE SELECTION** |

Pursuant to L.R. 16-15, the parties request that the Court approve the following ADR procedure:

☐ **ADR PROCEDURE NO. 1** - The parties shall appear before the ☐ magistrate judge assigned to the case *or* ☐ the magistrate judge in Santa Barbara for such settlement proceedings as the judge may conduct or direct.

☑ **ADR PROCEDURE NO. 2** - The parties shall appear before a neutral selected from the Court's Mediation Panel.

☐ **ADR PROCEDURE NO. 3** - The parties shall participate in a private dispute resolution proceeding.

Dated: 12/4/2023        /s/ Dale K. Galipo
                        Attorney for Plaintiff (all Plaintiffs)

Dated: 12/4/2023        /s/ Shannon J. Leap
                        Attorney for Plaintiff (all Plaintiffs)

Dated: 12/6/2023        /s/ G. Craig Smith
                        Attorney for Defendant (all Defendants)

Dated: _____     _____
                        Attorney for Defendant

NOTE: If additional signatures are required, attach an additional page to this request.