**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| E.V. et al.,<br><br>              Plaintiff(s)<br>v. | CASE NUMBER: | |
| | CV 23-1562-CBM(SHKx) | |
| CITY OF COVINA, ET AL.,<br><br>            Defendant(s). | **ORDER/REFERRAL TO ADR [30]** | |

The Court, having considered the parties' Request: ADR Procedure Selection [Form ADR-01] , the Notice to Parties of Court-Directed ADR Program, or the report submitted by the parties pursuant to Fed. R. Civ. P. 26(f) and Civil L.R. 26-1, hereby:

**ORDERS** this case referred to:

☐ **ADR PROCEDURE NO. 1:** This case is referred to ☐ the magistrate judge assigned to the case  *or* ☐ the magistrate judge in Santa Barbara for such settlement proceedings as the judge may conduct or direct.  Counsel are directed to contact the magistrate judge's courtroom deputy to arrange a date and a time for the ADR proceeding.

**X** **ADR PROCEDURE NO. 2:**  This case is referred to the Court Mediation Panel. Within twenty-one (21) days, plaintiff shall obtain the consent of a neutral listed on the Court's Mediation Panel who will conduct the mediation, and file Form ADR-2, Stipulation Regarding Selection of Panel Mediator.  If the parties have not selected and obtained the consent of a Panel Mediator within twenty-one (21) days, the ADR Program (213-894-2993) will assign one.  Forms and a list of the Panel Mediators are available on the Court website, www.cacd.uscourts.gov.  Absent extraordinary circumstances, parties cannot request a continuance within three (3) business days of a scheduled mediation.

☐ **ADR PROCEDURE NO. 3**: This case is referred to private mediation.  Counsel are directed to contact the private mediator of their choice to arrange a date and time for the mediation.

**IT IS FURTHER ORDERED:**
The ADR proceeding is to be completed no later than: <u>APRIL 30, 2025</u>
The parties shall file a joint report no later than seven (7) days after the ADR proceeding regarding the progress of settlement discussions.

The Court further sets a status conference for: _____

Dated: DECEMBER 15, 2023

                Hon. Consuelo B. Marshall
                United States District Judge