Dale K. Galipo (SBN 144074)
Shannon J. Leap (SBN 339574)
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
(818)347-3333

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.V. and X.V., by and through their G.A.L., Karla Juarez; D.V., by and through his G.A.L, Elias Valdivia; JESSICA VALDIVIA; LUIS VALDIVIA JR.<br><br>Plaintiff(s)<br>v.<br><br>CITY OF COVINA; VANESSA CARDOZA; DAVID MEADOWS; BILLY SUN; DOES 1-10, inclusive,<br><br>Defendant(s). | CASE NUMBER:<br><br>5:23-cv-01562-CBM-SHK<br><br>**STIPULATION REGARDING SELECTION OF PANEL MEDIATOR** |

NOTE: *This form should be filed only in cases in which the Court has issued an order of referral to ADR Procedure No. 2, directing the parties to appear before a neutral selected from the Court's Mediation Panel.*

**CHECK ONLY ONE BOX:**

☑ The parties stipulate that _____Richard Copeland_____ may serve as the Panel Mediator in the above-captioned case. _____Shannon J. Leap_____ has contacted
(Print Name)
the Panel Mediator and obtained the Panel Mediator's consent to serve on a *pro bono* basis for three hours. All parties and the Panel Mediator have agreed that the mediation will be held on _____TBD_____ and counsel will submit mediation statements seven calendar days
(Date)
before the session.

☐ The parties request that ADR Program staff assign a Panel Mediator with expertise in the following area of law: _____

Dated: December 19, 2023        /s/ Dale K. Galipo
                                Attorney For Plaintiff  E.V., et al.

Dated: December 19, 2023        /s/ Shannon J. Leap
                                Attorney For Plaintiff  E.V., et al.

Dated: December 19, 2023        /s/ G. Craig Smith
                                Attorney For Defendant  City of Covina, et al.

Dated: _____                   _____
                                Attorney For Defendant

*Please attach additional sheets if needed to record all signatories, then file electronically using one of two events: "Civil Events => Other Filings => ADR/Mediation Documents => Stipulation Regarding Selection of Panel Mediator (Consent) - (ADR-2)" or "Civil Events => Other Filings => ADR/Mediation Documents => Stipulation Regarding Selection of Panel Mediator (Assigned) - (ADR-2)."*

ADR-02 (01/23)     STIPULATION REGARDING SELECTION OF PANEL MEDIATOR