**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Shannon J. Leap (SBN 339574)
sleap@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

*Attorneys for Plaintiffs*

Mildred K. O'Linn (State Bar No. 159055)
Roslynn M. Wilfert (State Bar No. 303024)
**MANNING & KASS ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| E.V. and X.V., minors by and through their guardian *ad litem*, Karla Juarez; D.V., a minor, by and through his guardian *ad litem*, Elias Valdivia; individually and as successors-in-interest to Daniel Luis Valdivia, deceased; JESSICA VALDIVIA; LUIS VALDIVIA JR., individually;<br><br>Plaintiffs,<br>vs.<br><br>CITY OF COVINA; VANESSA CARDOZA; DAVID MEADOWS; BILLY SUN; DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 5:23-cv-01562-CBM-SHK<br>[*Honorable Consuelo B. Marshall, Magistrate Judge Shashi H. Kewalramani*]<br><br>**JOINT STIPULATION TO MODIFY SCHEDULING ORDER AND CONTINUE PRE-TRIAL AND TRIAL DATES**<br><br>[Proposed] Order *filed concurrently herewith*<br><br>Current Trial date: August 12, 2025<br>Proposed New Trial Date: September 23, 2025 |

**TO THIS HONORABLE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

PLEASE TAKE NOTICE THAT Plaintiffs E.V. and X.V., minors by and through their guardian *ad litem*, Karla Juarez; D.V., a minor, by and through his guardian *ad litem*, Elias Valdivia; individually and as successors-in-interest to Daniel Luis Valdivia, deceased; JESSICA VALDIVIA; LUIS VALDIVIA JR., individually, ("Plaintiffs") and Defendants CITY OF COVINA; VANESSA CARDOZA; DAVID MEADOWS; BILLY SUN ("Defendants") (collectively, "the Parties") jointly hereby stipulate that GOOD CAUSE exists to modify the Scheduling Order (Dkt. No. 29) as follows:

1. The Parties are diligently exchanging discovery, including the initial disclosures, in compliance with the fact discovery cutoff deadlines in place in this case;

2. Whereas, the Parties engaged in good faith, early settlement and mediation discussions with the assigned ADR Panel Mediator, Richard Copeland on September 4, 2024;

3. Whereas the Parties were unable to reach an agreement at that time, but will continue settlement discussions with the aid of additional discovery;

4. Whereas, the California Department of Justice ("DOJ") was tasked with investigating this officer involved shooting, pursuant to AB 1506, which mandates the DOJ investigate all incidents of an officer involved shooting resulting in the death of an unarmed civilian in the state. The DOJ completed its investigation and published its report in August 2024. The completion of this investigation will facilitate increased release of certain investigative records;

5. Whereas, the Defendant Officers and Plaintiffs need to be deposed, however, counsels' schedules and other conflicts and the parties' schedules,

as well as other circumstances will prohibit the scheduling of these depositions until the end of February 2025 or later. In particular, the availability for Defendant Officer Vanessa Cardoza to participate in the defense of this matter is impacted by her medical status related to her pregnancy and leave from work anticipated to continue through the end of February, 2025.

6. In light of the foregoing issues that have arisen despite the parties' diligence in meeting the deadlines set by the Court in the scheduling order, the parties submit that GOOD CAUSE exists to modify the scheduling order to continue pre-trial date and trial date, as outlined below, by approximately 45 days. The proposed modifications will allow the completion of discovery, expert designations and expert discovery, prepare for additional mediation discussions and pre-trial preparations.

7. This is the parties' first request to continue dates in this case.

## **PROPOSED CONTINUED SCHEDULE**

| Event | Current Date | Proposed Cont. Date |
|---|---|---|
| Fact discovery cut-off | January 24, 2025 | April 4, 2025 |
| Expert witness disclosures (initial) | Not Set | April 11, 2025 |
| Expert witness disclosures (rebuttal) | March 24, 2025 | May 2, 2025 |
| Expert discovery cut-off | April 7, 2025 | June 23, 2025 |
| Motion cut-off filing deadline | Not set | June 3, 2025 |

| Event | Current Date | Proposed Cont. Date |
|---|---|---|
| Settlement Conference Completion cut-off | April 30, 2025 | July 11, 2025 |
| Motion hearing deadline | May 6, 2025 at 10:00 a.m. | July 15, 2025 at 10:00 a.m. |
| Final Pretrial Conference | July 15, 2025 at 2:30 p.m. | August 26, 2025 at 2:30 p.m. |
| Trial | August 12, 2025 at 10:00 a.m. | September 23, 2025 10:00 a.m. |

IT IS SO STIPULATED.

Respectfully submitted,

Dated: September 18, 2024          **LAW OFFICES OF DALE K. GALIPO**

 */s/ Dale K. Galipo*
Dale K. Galipo, Esq.
Shannon Leap, Esq.[1]
*Attorneys for Plaintiffs*

Dated: September 18, 2024          **MANNING & KASS ELLROD, RAMIREZ, TRESTER LLP**

By:  */s/     Roslynn Wilfert*
Mildred K. O'Linn
Roslynn Wilfert
*Attorneys for Defendants*

---

[1] Pursuant to Local Rule 5-4.3.4, as the filer of this document, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.