# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.V. and X.V., minors by and through their guardian *ad litem*, Karla Juarez; D.V., a minor, by and through his guardian *ad litem*, Elias Valdivia; individually and as successors-in-interest to Daniel Luis Valdivia, deceased; JESSICA VALDIVIA; LUIS VALDIVIA JR., individually;<br><br>　　　　　　　　　Plaintiffs,<br>　　vs.<br><br>CITY OF COVINA; VANESSA CARDOZA; DAVID MEADOWS; BILLY SUN; DOES 1-10, inclusive,<br><br>　　　　　　　　　Defendants. | Case No.: 5:23-cv-01562-CBM-SHKx<br>[*Honorable Consuelo B. Marshall, Magistrate Judge Shashi H. Kewalramani*]<br><br>**ORDER GRANTING STIPULATION TO MODIFY THE SCHEDULING ORDER AND CONTINUE PRE-TRIAL AND TRIAL DATES.  [36]**<br><br>*[NOTE CHANGES MADE BY COURT]* |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

　　The Court, having considered the Parties' stipulation and request to continue pre-trial deadlines and the trial date, and GOOD CAUSE appearing therefrom, hereby GRANTS the request. The continued deadlines are as follows:

**CONTINUED SCHEDULE**

| Event | Current Date | Proposed Cont. Date |
|---|---|---|
| Fact discovery cut-off | January 24, 2025 | April 4, 2025 |
| Expert witness disclosures (initial) | Not Set | April 11, 2025 |
| Expert witness disclosures (rebuttal) | March 24, 2025 | May 2, 2025 |
| Expert discovery cut-off | April 7, 2025 | June 23, 2025 |
| Motion cut-off filing deadline | Not set | June 3, 2025 |
| Settlement Conference Completion cut-off | April 30, 2025 | July 11, 2025 |
| Motion hearing deadline | May 6, 2025 at 10:00 a.m. | July 15, 2025 at 10:00 a.m. |
| Final Pretrial Conference | July 15, 2025 at 2:30 p.m. | September 16, 2025 at 2:30 p.m. |
| Trial | August 12, 2025 at 10:00 a.m. | October 21, 2025 at 10:00 a.m. |

IT IS SO ORDERED.

Dated: OCTOBER 9, 2024

HONORABLE CONSUELO B. MARSHALL
United States District Judge