**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Marcel F. Sincich (SBN 319508)
msincich@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

*Attorneys for Plaintiffs*

Mildred K. O'Linn (State Bar No. 159055)
Roslynn M. Wilfert (State Bar No. 303024)
**MANNING & KASS ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.V. and X.V., minors by and through their guardian *ad litem*, Karla Juarez; D.V., a minor, by and through his guardian *ad litem*, Elias Valdivia; individually and as successors-in-interest to Daniel Luis Valdivia, deceased; JESSICA VALDIVIA; LUIS VALDIVIA JR., individually;<br><br>Plaintiffs,<br>vs.<br><br>CITY OF COVINA; VANESSA CARDOZA; DAVID MEADOWS; BILLY SUN; DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 5:23-cv-01562-CBM-SHK<br>[*Honorable Consuelo B. Marshall, Magistrate Judge Shashi H. Kewalramani*]<br><br>**JOINT STIPULATION TO MODIFY SCHEDULING ORDER AND FACT DISCOVERY-CUT OFF FOR DEPOSITION OF PLAINTIFF JESSICA VALDIVIA**<br><br>[Proposed] Order *filed concurrently herewith*<br><br>Trial date: October 21, 2025 |

1     Case No. 5:23-cv-01562-CBM-SHK
**JOINT STIPULATION TO MODIFY SCHEDULING ORDER AND FACT DISCOVERY-CUT OFF FOR DEPOSITION OF PLAINTIFF JESSICA VALDIVIA**

**TO THIS HONORABLE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

PLEASE TAKE NOTICE THAT Plaintiffs E.V. and X.V., minors by and through their guardian *ad litem*, Karla Juarez; D.V., a minor, by and through his guardian *ad litem*, Elias Valdivia; individually and as successors-in-interest to Daniel Luis Valdivia, deceased; JESSICA VALDIVIA; LUIS VALDIVIA JR., individually, ("Plaintiffs") and Defendants CITY OF COVINA; VANESSA CARDOZA; DAVID MEADOWS; BILLY SUN ("Defendants") (collectively, "the Parties") jointly hereby stipulate that GOOD CAUSE exists to modify the Scheduling Order (Dkt. No. 37) as follows:

1. The Parties are diligently exchanging discovery, including the initial disclosures, in compliance with the fact discovery cutoff deadlines in place in this case;
2. Whereas, the Parties engaged in good faith, early settlement and mediation discussions with the assigned ADR Panel Mediator, Richard Copeland on September 4, 2024;
3. Whereas the Parties were unable to reach an agreement at that time, but will continue settlement discussions;
4. Whereas, the Defendant Officers and Plaintiffs were not deposed in the end of January and February 2025, because counsels' and the parties' schedules prohibited the scheduling of these depositions.
5. The Defendant Officers were deposed on March 6 and 7, 2025.
6. The plaintiffs depositions are scheduled on the following dates:

    Luis Valdivia                              March 20, 2025;
    Jessica Valdivia                           March 21, 2025;
    E.V. and X.V.,                             March 25, 2025; and
    by and through GAL Karla Juarez

1  D.V., March 26, 2025.
2  by and through GAL Elias Valdivia

3. 7. The plaintiff Jessica Valdivia cannot attend her scheduled deposition due to health issues.

8. In light of the foregoing which are issues that have arisen despite the parties' diligence in meeting the deadlines set by the Court in the scheduling order, the parties submit that GOOD CAUSE exists to modify the scheduling order to continue the fact discovery cut-off for the deposition of plaintiff Jessica Valdivia.

9. This is the parties' second request to continue pretrial deadline in this case.

## PROPOSED CONTINUED SCHEDULE

The fact discovery cut-off is continued from April 4, 2025 to June 4, 2025 for the deposition of plaintiff Jessica Valdivia.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: March 26, 2025        **LAW OFFICES OF DALE K. GALIPO**

                             /s/ Dale K. Galipo
                             Dale K. Galipo, Esp.
                             Marcel Sincich
                             *Attorneys for Plaintiffs*

Dated: March 26, 2025        **MANNING & KASS ELLROD, RAMIREZ, TRESTER LLP**

                             By: /s/ Roslynn Wilfert
                             Mildred K. O'Linn
                             Roslynn Wilfert
                             *Attorneys for Defendants*