# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.V. and X.V., minors by and through their guardian *ad litem*, Karla Juarez; D.V., a minor, by and through his guardian *ad litem*, Elias Valdivia; individually and as successors-in-interest to Daniel Luis Valdivia, deceased; JESSICA VALDIVIA; LUIS VALDIVIA JR., individually;<br><br>                    Plaintiffs,<br>vs.<br><br>CITY OF COVINA; VANESSA CARDOZA; DAVID MEADOWS; BILLY SUN; DOES 1-10, inclusive,<br><br>                    Defendants. | Case No.: 5:23-cv-01562-CBM-SHK<br>[*Honorable Consuelo B. Marshall, Magistrate Judge Shashi H. Kewalramani*]<br><br>**ORDER GRANTING JOINT STIPULATION TO MODIFY SCHEDULING ORDER AND FACT DISCOVERY-CUT OFF FOR DEPOSITION OF PLAINTIFF JESSICA VALDIVIA**<br><br>Trial date: October 21, 2025 |

1

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

The Court, having considered the Parties' stipulation and request to continue the fact discovery cut-off deadline, and GOOD CAUSE appearing therefrom, hereby GRANTS the request. The continued the deadline are as follows:

The fact discovery cut-off is continued from April 4, 2025 to June 4, 2025 for the deposition of plaintiff Jessica Valdivia.

IT IS SO ORDERED.

Dated: April 9, 2025

HONORABLE CONSUELO B. MARSHALL
United States District Judge