Mildred K. O'Linn (State Bar No. 159055)
  *missy.olinn@manningkass.com*
Yury A. Kolesnikov (State Bar No. 271173)
  *yury.kolesnikov@manningkass.com*
Roslynn Wilfert (State Bar No. 303024)
  *roslynn.wilfert@manningkass.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

*Attorneys for Defendants City of Covina, Vanessa Cardoza, David Meadows, and Billy Sun*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.V. and X.V., minors by and through their guardian *ad litem*, Karla Juarez; D.V., a minor, by and through his guardian *ad litem*, Elias Valdivia; individually and as successors-in-interest to Daniel Luis Valdivia, deceased; JESSICA VALDIVIA; LUIS VALDIVIA JR., individually,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF COVINA; VANESSA CARDOZA; DAVID MEADOWS; BILLY SUN; DOES 1–10, inclusive,<br><br>Defendants. | Case No.: 5:23-cv-1562 CBM (SHK)<br><br>**Stipulation re: Voluntary Dismissal Without Prejudice of Claims 1, 3, 5, and 6 in Plaintiffs' Complaint and Briefing Schedule on Defendants' Motion for Summary Judgment**<br><br>*Filed together with the [Proposed] Order*<br><br>Judge: Hon. Consuelo B. Marshall<br>Courtroom: 8D<br><br>Filed Dated: August 4, 2023<br>Trial Date: October 21, 2025 |

Stipulation re: Voluntary Dismissal of Claims 1, 3, 5, and 6 and MSJ Briefing Schedule

1    Pursuant to Civil Local Rule 7-1, Federal Rule of Civil Procedure
2 41(a)(1)(A)(ii), and the Court's Standing Order, Plaintiffs and Defendants hereby
3 agree and stipulate as follows, subject to the Court's approval:
4    WHEREAS, Plaintiffs commenced this action on August 4, 2023;
5    WHEREAS, Plaintiffs' complaint asserts nine cause of action (Dkt. No. 1);
6    WHEREAS, on November 28, 2023, the parties filed their Joint Scheduling
7 Conference Report Pursuant to FRCP Rule 26 that, among other things, requested a
8 period of fourteen days to file an opposition to any dispositive motion, including a
9 motion for summary judgment, and indicated the parties' agreement to a period of
10 fourteen days to file a reply (*see* Dkt. No. 27 at p.6);
11   WHEREAS, the Court previously set June 3, 2025, as the last day to file any
12 dispositive motion (Dkt. No. 37);
13   WHEREAS, pursuant to Civil Local Rule 7-3 and the Court's Standing Order,
14 the parties met and conferred on May 27, 2025, regarding Defendants' anticipated
15 motion for summary judgment;
16   WHEREAS, the meet-and-confer conference took place over videoconference
17 and lasted almost 30 minutes, during which counsel engaged in thorough discussion
18 of their respective positions and legal arguments with regard to Plaintiffs' nine causes
19 of action and the multiple grounds for Defendants' motion for summary judgment;
20   WHEREAS, as part of the meet-and-confer discussions and in order to narrow
21 the issues for the Court, and despite Plaintiffs' position on these claims, Plaintiffs
22 have agreed to voluntarily dismiss claims 1, 3, 5, and 6 at this time;
23   WHEREAS, consistent with the parties' prior agreement, the parties have
24 agreed that Plaintiffs would have two weeks to oppose the motion for summary
25 judgment and Defendants would have two weeks to file their reply brief; and
26   WHEREAS, this stipulation is not made for purposes of delay;
27   NOW, THEREFORE, the parties hereby agree and stipulate as follows, subject
28 to the Court's approval:

1. Plaintiffs' claims 1, 3, 5, and 6 in the complaint are voluntarily dismissed without prejudice;

2. Consistent with the prior scheduling order, Defendants shall file their motion for summary judgment on or before June 3, 2025;

3. Plaintiffs shall have up to and including June 17, 2025, to file their opposition to Defendants' motion for summary judgment;

4. Defendants shall have up to and including July 1, 2025, to file their reply brief in further support of their motion for summary judgment; and

5. The hearing on Defendants' motion for summary judgment shall be set for July 15, 2025, at 10:00 a.m.

**IT IS SO STIPULATED.**

DATED: June 2, 2025                  Respectfully submitted,

**MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP**

By:   */s/ Yury A. Kolesnikov*
          Mildred K. O'Linn
          Yury A. Kolesnikov
          Roslynn Wilfert

*Attorneys for Defendants*

DATED: June 2, 2025                  Respectfully submitted,

**LAW OFFICES OF DALE K. GALIPO**

By:   */s/ Marcel F. Sincich*
          Dale K. Galipo (SBN 144074)
          Marcel F. Sincich (SBN 319508)

*Attorney for Plaintiffs*

Stipulation re: Voluntary Dismissal of Claims 1, 3, 5, and 6 and MSJ Briefing Schedule

# E-SIGNATURE AFFIRMATION

Pursuant to Civil Local Rule 5-4.3.4, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: June 2, 2025

Respectfully submitted,

**MANNING & KASS ELLROD, RAMIREZ, TRESTER LLP**

By: */s/ Yury A. Kolesnikov*
 Mildred K. O'Linn
 Yury A. Kolesnikov
 Roslynn Wilfert

*Attorneys for Defendants City of Covina, Vanessa Cardoza, David Meadows, and Billy Sun*

Stipulation re: Voluntary Dismissal of Claims 1, 3, 5, and 6 and MSJ Briefing Schedule