# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.V. and X.V., minors by and through their guardian *ad litem*, Karla Juarez; D.V., a minor, by and through his guardian *ad litem*, Elias Valdivia; individually and as successors-in-interest to Daniel Luis Valdivia, deceased; JESSICA VALDIVIA; LUIS VALDIVIA JR., individually,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF COVINA; VANESSA CARDOZA; DAVID MEADOWS; BILLY SUN; DOES 1–10, inclusive,<br><br>Defendants. | Case No.: 5:23-cv-1562 CBM (SHK)<br><br>**[Proposed] Order Granting Stipulation re: Voluntary Dismissal Without Prejudice of Claims 1, 3, 5, and 6 in Plaintiffs' Complaint and Briefing Schedule on Defendants' Motion for Summary Judgment**<br><br>Judge: Hon. Consuelo B. Marshall<br>Courtroom:    8D<br><br>Filed Dated:    August 4, 2023<br>Trial Date:    October 21, 2025 |

The Court, having considered the parties' Stipulation re: Voluntary Dismissal Without Prejudice of Claims 1, 3, 5, and 6 in Plaintiffs' Complaint and Briefing Schedule on Defendants' Motion for Summary Judgment, and finding **GOOD CAUSE** therefor, **ORDERS** as follows:

1. The stipulation is **GRANTED**;

2. Plaintiffs' claims 1, 3, 5, and 6 in the complaint (Dkt. No. 1) are **VOLUNTARILY DISMISSED WITHOUT PREJUDICE**;

3. Consistent with the prior scheduling order, Defendants shall file their motion for summary judgment on or before **June 3, 2025**;

4. Plaintiffs shall have up to and including **June 17, 2025**, to file their opposition to Defendants' motion for summary judgment;

5. Defendants shall have up to and including **July 1, 2025**, to file their reply brief in further support of their motion for summary judgment; and

6. The hearing on Defendants' motion for summary judgment shall be set for **July 15, 2025, at 10:00 a.m.**

**IT IS SO ORDERED.**

DATED: _____, 2025

_____
HON. CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE