Mildred K. O'Linn (State Bar No. 159055)
   *missy.olinn@manningkass.com*
Yury A. Kolesnikov (State Bar No. 271173)
   *yury.kolesnikov@manningkass.com*
Roslynn Wilfert (State Bar No. 303024)
   *roslynn.wilfert@manningkass.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

*Attorneys for Defendants City of Covina, Vanessa Cardoza, David Meadows, and Billy Sun*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.V. and X.V., minors by and through their guardian *ad litem*, Karla Juarez; D.V., a minor, by and through his guardian *ad litem*, Elias Valdivia; individually and as successors-in-interest to Daniel Luis Valdivia, deceased; JESSICA VALDIVIA; LUIS VALDIVIA JR., individually,<br><br>                  Plaintiffs,<br><br>v.<br><br>CITY OF COVINA; VANESSA CARDOZA; DAVID MEADOWS; BILLY SUN; DOES 1–10, inclusive,<br><br>                  Defendants. | Case No. 5:23-cv-1562 CBM (SHK)<br><br>**Declaration of Yury A. Kolesnikov in Support of Defendants' Motion for Summary Judgment as to Plaintiff's Complaint**<br><br>Date: July 15, 2025<br>Time: 10:00 a.m.<br>Judge: Hon. Consuelo B. Marshall<br>Courtroom: 8D<br><br>Filed Dated: August 4, 2023<br>Trial Date: October 21, 2025 |

I, Yury A. Kolesnikov, declare as follows:

1. I am an attorney with Manning & Kass, Ellrod, Ramirez, Trester LLP, counsel for Defendants City of Covina, Vanessa Cardoza, David Meadows, and Billy Sun in this action. I submit this declaration in support of Defendants' motion for summary judgment as to Plaintiffs' complaint.

2. The facts set forth in this declaration are based on my personal knowledge and documents maintained by Manning & Kass in the ordinary course of business. These facts and events are true, or believed by me to be true, and I would testify competently to them if called upon to do so.

3. Pursuant to Civil Local Rule 7-3, the parties met and conferred via videoconference on May 27, 2025, regarding the issues raised in this motion. I participated on behalf of Defendants and Marcel Sincich participated on behalf of Plaintiffs. The videoconference lasted approximately 30 minutes. During the conference, the parties thoroughly discussed each issue to be raised in Defendants' forthcoming motion for summary judgment as well as potential resolution to some of the claims. At the end of the conference, Plaintiffs' counsel agreed to revisit some of the claims alleged in the complaint.

4. The parties engaged in further discussions over e-mail correspondence on May 29 and 30, 2025. As a result of those discussions, and in order to narrow the issues for the Court, Plaintiffs have agreed to voluntarily dismiss claims 1, 3, 5, and 6. The parties filed a stipulation to that effect on June 2, 2025. *See* Dkt. No. 43. The parties were unable to reach a resolution as to the remaining claims.

5. **Exhibit 1** (which is being lodged manually) is a true and correct copy of the video recorded by Officer Billy Sun's body-worn camera during the incident, which was produced in this action under Bates number CPD000037.

6. **Exhibit 2** (which is being lodged manually) is a true and correct copy of the video recorded by Officer David Meadows's body-worn camera during the incident, which was produced in this action under Bates number CPD000045.

7. **Exhibit 3** (which is being lodged manually) is a true and correct copy of the video recorded by Officer Vanessa Cardoza's body-worn camera during the incident, which was produced in this action under Bates number CPD000054.

8. **Exhibit 4** (which is being lodged manually) is a true and correct copy of the video recorded by Officer Avila's body-worn camera during the incident, which was produced in this action under Bates number CPD000055.

9. **Exhibit 5** (which is being lodged manually) is a true and correct copy of another video recorded by Officer Avila's body-worn camera during the incident, which was produced in this action under Bates number CPD000955.

10. **Exhibit 6** (which is being lodged manually) is a true and correct copy of an audio recording of a 911 call received by Covina Police Department with regard to the incident, which was produced in this action under Bates number CPD000001.

11. **Exhibit 7** (which is being lodged manually) is a true and correct copy of an audio recording of a 911 call received by Covina Police Department with regard to the incident, which was produced in this action under Bates number CPD000003.

12. **Exhibit 8** (which is being lodged manually) is a true and correct copy of an audio recording of a 911 call received by Covina Police Department with regard to the incident, which was produced in this action under Bates number CPD000004.

13. **Exhibit 9** (which is being lodged manually) is a true and correct copy of an audio recording of a Covina Police Department radio dispatch transmission on April 9, 2022, which was produced in this action under Bates number CPD000006.

14. **Exhibit 10** (which is being lodged manually) is a true and correct copy of an audio recording of a Covina Police Department radio dispatch transmission on April 9, 2022, which was produced in this action under Bates number CPD000009.

15. **Exhibit 11** (which is being lodged manually) is a true and correct copy of an audio recording of a Covina Police Department radio dispatch transmission on April 9, 2022, which was produced in this action under Bates number CPD000017.

/ / /

16. **Exhibit 12** (which is being lodged manually) is a true and correct copy of an audio recording of an April 18, 2022 interview (part 1) of Officer Sun by Special Agent Paul Zurawski with regard to California DOJ's investigation of the incident, which was produced in this action under Bates number CPD000948.

17. Attached as **Exhibit 13** is a true and correct copy of a certified media file transcription of the audio interview lodged with the Court as Exhibit 12, highlighted for the Court's convenience. The document was provided by the DOJ in this action pursuant to a subpoena. It is lodged for the Court's convenience to assist with the Court's review of the native audio file at Ex. 12.

18. **Exhibit 14** (which is being lodged manually) is a true and correct copy of an audio recording of an April 18, 2022 interview (part 2) of Officer Sun by Special Agent Zurawski with regard to California DOJ's investigation of the incident, which was produced in this action under Bates number CPD000949.

19. Attached as **Exhibit 15** is a true and correct copy of a certified media file transcription of the audio interview lodged with the Court as Exhibit 14, highlighted for the Court's convenience. The document was provided by the DOJ in this action pursuant to a subpoena. It is lodged for the Court's convenience to assist with the Court's review of the native audio file at Ex. 14.

20. **Exhibit 16** (which is being lodged manually) is a true and correct copy of an audio recording of an April 18, 2022 interview (part 1) of Officer Meadows by Special Agent Zurawski with regard to California DOJ's investigation of the incident, which was produced in this action under Bates number CPD000950.

21. Attached as **Exhibit 17** is a true and correct copy of a certified media file transcription of the audio interview lodged with the Court as Exhibit 16, highlighted for the Court's convenience. The document was provided by the DOJ in this action pursuant to a subpoena. It is lodged for the Court's convenience to assist with the Court's review of the native audio file at Ex. 16.

///

22. **Exhibit 18** (which is being lodged manually) is a true and correct copy of an audio recording of an April 18, 2022 interview (part 2) of Officer Meadows by Special Agent Zurawski with regard to California DOJ's investigation of the incident, which was produced in this action under Bates number CPD000951.

23. Attached as **Exhibit 19** is a true and correct copy of a certified media file transcription of the audio interview lodged with the Court as Exhibit 18, highlighted for the Court's convenience. The document was provided by the DOJ in this action pursuant to a subpoena. It is lodged for the Court's convenience to assist with the Court's review of the native audio file at Ex. 18.

24. **Exhibit 20** (which is being lodged manually) is a true and correct copy of an audio recording of an April 18, 2022 interview (part 1) of Officer Cardoza by Special Agent Zurawski with regard to California DOJ's investigation of the incident, which was produced in this action under Bates number CPD000946.

25. Attached as **Exhibit 21** is a true and correct copy of a certified media file transcription of the audio interview lodged with the Court as Exhibit 20, highlighted for the Court's convenience. The document was provided by the DOJ in this action pursuant to a subpoena. It is lodged for the Court's convenience to assist with the Court's review of the native audio file at Ex. 20.

26. **Exhibit 22** (which is being lodged manually) is a true and correct copy of an audio recording of an April 18, 2022 interview (part 2) of Officer Cardoza by Special Agent Zurawski with regard to California DOJ's investigation of the incident, which was produced in this action under Bates number CPD000947.

27. Attached as **Exhibit 23** is a true and correct copy of a certified media file transcription of the audio interview lodged with the Court as Exhibit 22, highlighted for the Court's convenience. The document was provided by the DOJ in this action pursuant to a subpoena. It is lodged for the Court's convenience to assist with the Court's review of the native audio file at Ex. 22.

///

28. Attached as **Exhibit 24** is a true and correct copy of the Covina Police Department's officer report for incident 22-9847, highlighted for the Court's convenience. The incident report was produced in this action under Bates numbers CPD000087–115. Exhibit 24 is arranged by page numbers of the report, which inadvertently were produced out of order in the document production.

29. Attached as **Exhibit 25** is a true and correct copy of California Department of Justice's Report on the Investigation into the Death of Daniel Luis Valdivia on April 9, 2022, released in August 2024. The DOJ report was produced in this action under Bates numbers CPD001076–1110.

30. Attached as **Exhibit 26** is a true and correct copy of Physical Evidence Examination Report by the California Department of Justice's Bureau of Forensic Services pertaining to the gun found in Valdivia's possession during the incident. The document was provided by the DOJ in this action pursuant to a subpoena.

31. Attached as **Exhibit 27** is a true and correct copy of Laboratory Analysis Summary Report by the Department of Medical Examiner-Coroner, County of Los Angeles, Forensic Science Laboratories pertaining to Valdivia, highlighted for the Court's convenience. The report was produced in this action under Bates numbers CPD000138–139.

32. Attached as **Exhibit 28** is a true and correct copy of excerpts from the certified transcript from the deposition of Officer Sun taken on March 6, 2025, highlighted for the Court's convenience.

33. Attached as **Exhibit 29** is a true and correct copy of excerpts from the certified transcript from the deposition of Officer Meadows taken on March 7, 2025, highlighted for the Court's convenience.

34. Attached as **Exhibit 30** is a true and correct copy of excerpts from the certified transcript from the deposition of Officer Cardoza taken on March 6, 2025, highlighted for the Court's convenience.

/ / /

35. Attached as **Exhibit 31** are true and correct copies of photographs of the gun that was in Valdivia's possession on the night of the incident. These photographs were produced in this action under Bates numbers CPD000171–175.

36. Attached as **Exhibit 32** are true and correct copies of photographs of the gun that was in Valdivia's possession on the night of the incident. The photographs were taken by Defendants' expert, Englert Forensics, during evidence viewing at the California DOJ on April 4, 2025, and were produced in this action under Bates numbers CPD001369–1401.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 3, 2025, in San Diego, California.

           */s/ Yury A. Kolesnikov*
           Yury A. Kolesnikov