# Exhibit 1

**(Officer Sun's BWC video – CPD000037)**

**[LODGED MANUALLY]**