# Exhibit 2

(Officer Meadows's BWC video – CPD000045)

# [LODGED MANUALLY]