# Exhibit 3

(Officer Cardoza's BWC video – CPD000054)

# [LODGED MANUALLY]