# Exhibit 4

(Officer Avila's BWC video 1 – CPD000055)

# [LODGED MANUALLY]