# Exhibit 5

(Officer Avila's BWC video 2 – CPD000955)

# [LODGED MANUALLY]