# Exhibit 6

**(911 Caller 1 audio – CPD000001)**

**[LODGED MANUALLY]**