# Exhibit 7

**(911 Caller 2 audio – CPD000003)**

**[LODGED MANUALLY]**