# Exhibit 8

**(911 Caller 3 audio – CPD000004)**

**[LODGED MANUALLY]**