# Exhibit 9

**(Radio Dispatch audio 1 – CPD000006)**

**[LODGED MANUALLY]**