# Exhibit 10

**(Radio Dispatch audio 2 – CPD000009)**

**[LODGED MANUALLY]**