# Exhibit 11

**(Radio Dispatch audio 3 – CPD000017)**

**[LODGED MANUALLY]**