# Exhibit 12

(Officer Sun's DOJ Interview part 1 audio – CPD000948)

[LODGED MANUALLY]