# Exhibit 13

**(Officer Sun's DOJ Interview part 1 Transcript)**

1

1
2
3
4
5
6
7
8
9
10
11
12
13          220418_1004
14
15
16
17
18
19
20
21
22
23
24
25


2

1          SPECIAL AGENT PAUL ZURAWSKI:  All
2  right.  The recorder is going.  It is 11:04.  So
3  today's date is April 18, 2022, and it is now
4  1104 hours.  This interview is being audio-
5  recorded by myself, Special Agent Paul Zurawski,
6  Detective Oswaldo Preciado, P-R-E-C-I-A-D-O,
7  Attorney Vanessa Muños, M-U-N-O-S.
8          This interview is also being monitored
9  by the following people in the next room as well:
10  Special Agent Supervisor Samuel Richardson, R-I-
11  C-H-A-R-D-S-O-N, Special Agent Alan Oratovsky, O-
12  R-A-T-O-V-S-K-Y, and Deputy Attorney General
13  Namita Patel, P-A-T-E-L.
14          We're going to identify everyone in the
15  room right now, starting with you, Oswaldo.

16          DETECTIVE OSWALDO PRECIADO:  Detective
17 Oswaldo Preciado.  Last name spelled P-R-E-C-I-A-
18 D-O, Badge Number 2243.
19          OFFICER BILLY SUN:  My name is Officer
20 -- or my name is Cheng-Wei Sun, spelled C-H-E-N-
21 G, dash, W-E-I, last name Sun.  I go by Billy as
22 well, B-I-L-L-Y.  I'm an officer with the Covina
23 PD, Badge Number 2788.
24          ATTORNEY VANESSA MUÑOS:  And Vanessa
25 Muños with Mastagni Holstedt, representing

3

1 Officer Sun, and my last name is spelled M-U-N-O-
2 S.
3          SPECIAL AGENT PAUL ZURAWSKI:  Okay.
4 This is going to be a BI Case Number of LA-2022-
5 00013.  My name is Special Agent Paul Zurawski,
6 Z-U-R-A-W-S-K-I, and I'm assigned to the
7 California Department of Justice, Division of Law
8 Enforcement, Bureau of Investigation, Police
9 Shooting Investigation Team out of the Los
10 Angeles regional office.
11          I am here at the Covina Police
12 Department headquarters located at 444 North
13 Citrus Avenue, City of Covina, California 91723
14 to interview Police Officer Billy Sun regarding
15 an officer-involved shooting that occurred at
16 County Liquor, physical location of 1245 East
17 Arrow Highway, City of Covina, California 91722
18 at approximately 2217 hours on April 9, 2022.
19          Officer Sun, I'm just notifying you
20 that this is a criminal investigation, and it
21 will be submitted to the California deputy
22 attorney general's office.  Do you understand
23 that?
24          OFFICER BILLY SUN:  Yes.
25          SPECIAL AGENT PAUL ZURAWSKI:  You do

4

1 not have to speak with me.  Do you understand
2 that?
3          OFFICER BILLY SUN:  Yes.
4          SPECIAL AGENT PAUL ZURAWSKI:  You will
5 not be subject to disciplinary for not speaking

6  with me.  Do you understand that?
7        OFFICER BILLY SUN:  Yes.
8        SPECIAL AGENT PAUL ZURAWSKI:  Prior to
9  this interview, has anyone ordered to give you a
10  statement, other than a public safety statement?
11        OFFICER BILLY SUN:  No.
12        SPECIAL AGENT PAUL ZURAWSKI:  Have you
13  been compelled to give me a statement?
14        OFFICER BILLY SUN:  No.
15        SPECIAL AGENT PAUL ZURAWSKI:  Has
16  anyone ordered you to speak with me?
17        OFFICER BILLY SUN:  No.
18        SPECIAL AGENT PAUL ZURAWSKI:  Again,
19  this is a voluntary interview.  Do you wish to
20  proceed with the interview?
21        OFFICER BILLY SUN:  Yes.
22        SPECIAL AGENT PAUL ZURAWSKI:  Okay.
23  Sir, what is your date of birth?
24        OFFICER BILLY SUN:  ███████████.
25        SPECIAL AGENT PAUL ZURAWSKI:  Okay.


                         5


1  What is your current height and weight?
2        OFFICER BILLY SUN:  I am 5'8 and I
3  weigh 175.
4        SPECIAL AGENT PAUL ZURAWSKI:  Okay.
5  How many years of service do you have?
6        OFFICER BILLY SUN:  Approximately six
7  years.
8        SPECIAL AGENT PAUL ZURAWSKI:  Six
9  years.  Do you have any specialized training?
10        OFFICER BILLY SUN:  I have training as
11  a SWAT operator, firearms training.  I'm a range
12  instructor, rifle instructor, red dot handgun
13  instructor.  I'm also a Glock armorer and I am a
14  chemical agents instructor and I have various
15  investigative training courses I've been to which
16  mostly comprise of financial crimes.
17        SPECIAL AGENT PAUL ZURAWSKI:  Okay.  Do
18  you have any other previous law enforcement or
19  military experience?
20        OFFICER BILLY SUN:  Prior to being
21  hired here, I was at ████████  I was an intern
22  for them in the crime prevention unit.  It was a
23  non-sworn civilian unit.
24        SPECIAL AGENT PAUL ZURAWSKI:  Okay.
25  Thank you.  I know you already stated it, but

6

1 employee number and/or badge number?
2       OFFICER BILLY SUN:  Employee number is
3 2788 and my badge number is 39.
4       SPECIAL AGENT PAUL ZURAWSKI:  Okay.
5 What is your date of hire?
6       OFFICER BILLY SUN:  February 23, 2016.
7       SPECIAL AGENT PAUL ZURAWSKI:  Okay, and
8 your current rank?
9       OFFICER BILLY SUN:  Police officer.
10       SPECIAL AGENT PAUL ZURAWSKI:  And what
11 department do you currently work for?
12       OFFICER BILLY SUN:  The Covina Police
13 Department.
14       SPECIAL AGENT PAUL ZURAWSKI:  What is
15 your patrol area?
16       OFFICER BILLY SUN:  That night, my
17 patrol area was the west end, or the west side of
18 the city.
19       SPECIAL AGENT PAUL ZURAWSKI:  Okay, and
20 what is your current assignment?
21       OFFICER BILLY SUN:  Patrol.
22       SPECIAL AGENT PAUL ZURAWSKI:  And what
23 date did you start patrol?
24       OFFICER BILLY SUN:  It was late
25 August/early September of 2016, approximately six

7

1 months after I was hired.
2       SPECIAL AGENT PAUL ZURAWSKI:  Okay.
3 What shift were you working that night?
4       OFFICER BILLY SUN:  I was working Watch
5 3, which is our swing shift.  It starts at 4
6 p.m., 1600 hours and concludes at 2 a.m.
7       SPECIAL AGENT PAUL ZURAWSKI:  Okay.
8 How much sleep did you get prior to the start of
9 your shift?
10       OFFICER BILLY SUN:  About nine hours.
11       SPECIAL AGENT PAUL ZURAWSKI:  Okay.
12 Did you consume any alcohol or prescription
13 medication prior to or during your shift which
14 could have impaired you at the time of the OIS?
15       OFFICER BILLY SUN:  No.
16       SPECIAL AGENT PAUL ZURAWSKI:  What was
17 your callsign that evening?

18      OFFICER BILLY SUN:  Paul-35.
19          SPECIAL AGENT PAUL ZURAWSKI:  And what
20  was your unit number?
21      OFFICER BILLY SUN:  I believe I was in
22  Patrol Vehicle 14.
23          SPECIAL AGENT PAUL ZURAWSKI:  Did you
24  have a partner that evening?
25      OFFICER BILLY SUN:  Not in the vehicle

8

1  with me.  However Cory Avila was assigned as
2  Paul-36.  So he was my beat partner.  But we
3  weren't in the same vehicle.
4          SPECIAL AGENT PAUL ZURAWSKI:  Okay.  Do
5  you recall who your direct supervisor was for the
6  day?
7      OFFICER BILLY SUN:  It was Sergeant
8  Statler.
9          SPECIAL AGENT PAUL ZURAWSKI:  Okay.
10  Now we're going to talk about what uniform you
11  were wearing that evening.  We're going to go
12  pretty much head to toe, if you can describe it
13  for me.  But before we get there, you were
14  photographed in the uniform by investigators
15  after the incident?
16      OFFICER BILLY SUN:  Correct.
17          SPECIAL AGENT PAUL ZURAWSKI:  What was
18  -- was your appearance, uniform or equipment
19  altered in any way before the photographs were
20  taken?
21      OFFICER BILLY SUN:  The only thing
22  different was I had my name plate, it's probably
23  not even a centimeter by like four centimeters,
24  it says B. Sun on there.  Throughout the night,
25  it fell off and then I had reattached it.

9

1          SPECIAL AGENT PAUL ZURAWSKI:  Okay.
2  Thank you.  So if you could, can you start at
3  your head and work your way down to your toes and
4  list what equipment you had on you?
5      OFFICER BILLY SUN:  I was not wearing a
6  hat.  My radio was clipped to my front.  It goes
7  around my shoulder.

8          SPECIAL AGENT PAUL ZURAWSKI:  Like a
9 lapel mic?
10          OFFICER BILLY SUN:  Yeah.  I have --
11          SPECIAL AGENT PAUL ZURAWSKI:  Okay.
12          OFFICER BILLY SUN:  My badge was
13 affixed to my left chest area.
14          SPECIAL AGENT PAUL ZURAWSKI:  Cloth
15 badge or metal badge?
16          OFFICER BILLY SUN:  It's a metal badge.
17          SPECIAL AGENT PAUL ZURAWSKI:  Metal
18 badge.  All right.
19          OFFICER BILLY SUN:  I had a Covina
20 patch -- a Covina Police Department patrol patch
21 on my left side and my right shoulder, both left
22 and right shoulder.  It was a long-sleeved
23 uniform.  I had a plate -- or a vest carrier,
24 like an -- what do you call it --
25          DETECTIVE OSWALDO PRECIADO:  The over-

10

1 vest.
2          OFFICER BILLY SUN:  The over-vest.
3 Moving down, I had two pouches right here.  One
4 had a flashlight in it.  The other one had a
5 multitool, like a Leatherman style multitool.
6 That was on my left torso/stomach area.  On my
7 right stomach area was -- it's like a double
8 patch.  It had handcuffs in the front.  That's
9 where I place my backup gun as well.  It's in an
10 enclosed zipper holster.
11          On my right side, like my 3 o'clock
12 position is my baton.  It's an expandable,
13 collapsible baton.  And I had another set of
14 cuffs on my left stomach area, like my 9 o'clock
15 position.  On my belt, going from left to right,
16 left starting at the 9 o'clock position, I had a
17 Taser in the department-issued holder.  I had a
18 baton ring for a wooden baton which I wasn't
19 carrying on my person.  I had a double mag pouch
20 carrier.  I had two magazines for my Glock 17
21 inside there.
22          And then on my -- so at my 1 o'clock
23 position, I had a key holder for my patrol keys,
24 whatever else it may be.  And then on my right
25 hip was my duty firearm.  It was a Glock within

1  its holster and there's a tourniquet affixed to
2  the holster as well.
3        SPECIAL AGENT PAUL ZURAWSKI:  Okay.  So
4  what type of make and model is your backup
5  firearm?
6        OFFICER BILLY SUN:  It's a Ruger LCP.
7        SPECIAL AGENT PAUL ZURAWSKI:  What
8  condition do you carry it in?
9        OFFICER BILLY SUN:  In terms of if it
10 was loaded or not?
11       SPECIAL AGENT PAUL ZURAWSKI:  Yeah.
12 Like is there one in the pipe?  Is it cocked?
13       OFFICER BILLY SUN:  There was none in
14 the chamber, in the magazine, in the mag wall at
15 the time.
16       SPECIAL AGENT PAUL ZURAWSKI:  Okay.  Do
17 you carry any OC spray?
18       OFFICER BILLY SUN:  I do not.
19       SPECIAL AGENT PAUL ZURAWSKI:  Okay.
20 Body camera?
21       OFFICER BILLY SUN:  Yes.
22       SPECIAL AGENT PAUL ZURAWSKI:  Yes.  How
23 about an audio recorder?
24       OFFICER BILLY SUN:  No.
25       SPECIAL AGENT PAUL ZURAWSKI:  No.


                    12


1  Okay.  Pocket knife or anything or --
2        OFFICER BILLY SUN:  Not that day.
3        SPECIAL AGENT PAUL ZURAWSKI:  No.
4  Okay.  Hobbles?
5        OFFICER BILLY SUN:  Hobble?
6        SPECIAL AGENT PAUL ZURAWSKI:  Yeah.
7  Like a --
8        OFFICER BILLY SUN:  Not on my person.
9  Just in my bag.
10       SPECIAL AGENT PAUL ZURAWSKI:  All
11 right.  All right.  Thank you for that.  We'll go
12 through some additional equipment you might have
13 had in your unit.  Did you have any long guns in
14 your unit?
15       OFFICER BILLY SUN:  I did.  There's an
16 AR-15 style rifle.  It's locked in our patrol
17 vehicle between the driver's seat and the
18 passenger's seat.
19       SPECIAL AGENT PAUL ZURAWSKI:  In like

20 an electro-lock?
21    OFFICER BILLY SUN:  Mm-hmm.
22    SPECIAL AGENT PAUL ZURAWSKI:  Okay.
23    OFFICER BILLY SUN:  There's also a 12-
24 gauge shotgun, a Remington 870 right next to it
25 as well in the same style lock.  It's all in the

13

1 same mechanism.
2    SPECIAL AGENT PAUL ZURAWSKI:  Okay.
3    OFFICER BILLY SUN:  In the rear, in the
4 trunk, there is another Remington 870 that's
5 purposed specifically for less lethal rounds.
6 That was in the trunk also in the similar style
7 locking mechanism.
8    SPECIAL AGENT PAUL ZURAWSKI:  Like a
9 beanbag, a dedicated beanbag shotgun?
10    OFFICER BILLY SUN:  Yes.  Yeah.
11    SPECIAL AGENT PAUL ZURAWSKI:  Any 40 mm
12 foam launchers or anything else?
13    OFFICER BILLY SUN:  No.  We don't have
14 those in patrol vehicles.
15    SPECIAL AGENT PAUL ZURAWSKI:  Okay.
16 Any ballistic shields?
17    OFFICER BILLY SUN:  They're not in
18 patrol vehicles.
19    SPECIAL AGENT PAUL ZURAWSKI:  Okay.
20 Any other equipment in your vehicles, plate
21 carriers, medic bags, anything like that?
22    OFFICER BILLY SUN:  Not that day.
23    SPECIAL AGENT PAUL ZURAWSKI:  Okay.
24 Thank you.  I think I asked you about a digital
25 recorder.  You do not carry one.  Does the unit

14

1 you were driving have a dash camera?
2    OFFICER BILLY SUN:  It does.
3    SPECIAL AGENT PAUL ZURAWSKI:  Okay.
4 Was it activated?
5    OFFICER BILLY SUN:  It was not.  It
6 gets activated when we turn on our lights and
7 sirens and, for tactical considerations, I did
8 not use lights and sirens.
9    SPECIAL AGENT PAUL ZURAWSKI:  Okay.

10 You were wearing a body camera?
11      OFFICER BILLY SUN:  I was.
12      SPECIAL AGENT PAUL ZURAWSKI:  When did
13 you activate it?
14      OFFICER BILLY SUN:  I activated it -- I
15 was at the intersection of -- basically leaving
16 Metrolink parking structure, I had activated it
17 probably two minutes prior to arriving.  It was
18 shortly after I was dispatched to the call.
19      SPECIAL AGENT PAUL ZURAWSKI:  Okay.
20 Did you have a chance to review any audio or
21 video recordings of the incident before this
22 interview?
23      OFFICER BILLY SUN:  Yes.
24      SPECIAL AGENT PAUL ZURAWSKI:  Okay.
25 When and where were you provided access to these

15

1 recordings?
2      OFFICER BILLY SUN:  It as Friday, and I
3 was provided it here in this briefing room and I
4 watched it on that screen.
5      SPECIAL AGENT PAUL ZURAWSKI:  Okay.
6 This last Friday?
7      OFFICER BILLY SUN:  Yes, sir.
8      SPECIAL AGENT PAUL ZURAWSKI:  Okay.
9 Which recordings did you view?
10      OFFICER BILLY SUN:  I saw mine, my
11 bodycam, Sergeant Statler's bodycam, Officer
12 Meadows's bodycam and Officer Cardoza's bodycam.
13      SPECIAL AGENT PAUL ZURAWSKI:  Okay.
14 Did you review any written reports?
15      OFFICER BILLY SUN:  No.
16      SPECIAL AGENT PAUL ZURAWSKI:  No.
17 Okay.  So at the scene, did you take any photos
18 of anything?
19      OFFICER BILLY SUN:  No.
20      SPECIAL AGENT PAUL ZURAWSKI:  Okay.
21 All right.  So we're going to get back to
22 equipment now.  So what model department-issued
23 firearm were you carrying that night?
24      OFFICER BILLY SUN:  It's a Glock 17 MOS
25 Gen 5, and on the gun I had a Streamlight TLR HL-

16

1 1 which is the light and that was affixed to the
2 light rail.  On the MOS slide part, I had an
3 optic on there.  It's a Holosun 509T X2 is the
4 model or the spec.
5        SPECIAL AGENT PAUL ZURAWSKI:  Okay.  So
6 Glock 17 Gen 5 9 mm?
7        OFFICER BILLY SUN:  Correct.
8        SPECIAL AGENT PAUL ZURAWSKI:  Do you
9 recall what make and model and grain ammunition
10 you have in that firearm?
11        OFFICER BILLY SUN:  I know it's our
12 department-issued hollow-point rounds.
13        SPECIAL AGENT PAUL ZURAWSKI:  Okay.
14 How do you typically load your magazines?
15        OFFICER BILLY SUN:  I'll take my gun
16 out the holster, rack it to the rear, ensure
17 there's nothing in it.  I'll take my fully loaded
18 magazine, 17 rounds, place it in the mag well.  I
19 release the slide.
20        After it gets released, I verify that
21 there is a round in the chamber.  I holster my
22 weapon, take out the magazine.  I insert another
23 round into the magazine and then I put it into
24 the mag well.  And after putting it into the mag
25 well, I do a push and pull on the mag well to

17

1 ensure it's seated correctly.
2        SPECIAL AGENT PAUL ZURAWSKI:  Okay, and
3 you carry a total of two spare magazines?
4        OFFICER BILLY SUN:  Correct.
5        SPECIAL AGENT PAUL ZURAWSKI:  So 17,
6 17, 17 plus one.
7        OFFICER BILLY SUN:  Correct, sir.
8        SPECIAL AGENT PAUL ZURAWSKI:  Okay.
9 Thank you.  During this incident, were you
10 injured at all?
11        OFFICER BILLY SUN:  No.
12        SPECIAL AGENT PAUL ZURAWSKI:  No.
13 Okay.  Have you prepared or have you been ordered
14 to prepare a written report regarding this
15 incident?
16        OFFICER BILLY SUN:  No.
17        SPECIAL AGENT PAUL ZURAWSKI:  Not yet.
18 Okay.
19        OFFICER BILLY SUN:  Not yet.
20        SPECIAL AGENT PAUL ZURAWSKI:  All
21 right.  So right now I'm going to give you the

22  time to give me a detailed account of the
23  incident.  So at this point I want you to provide
24  me with a detailed account of the incident and
25  what you remember from start to finish.

18

1          Once you are done, I will most likely
2   have some follow-up questions.  If a break is
3   needed or wanted, please ask and I will provide
4   you the time that you need.
5          OFFICER BILLY SUN:  Yes, sir.
6          SPECIAL AGENT PAUL ZURAWSKI:  All
7   right.
8          OFFICER BILLY SUN:  So on that night,
9   it was almost 10 p.m., a little bit before that.
10  I had some reports to write.  So I had parked at
11  the Metrolink parking structure.  That parking
12  structure is in our downtown area.  I was parked
13  there, writing up my reports.  Shortly after,
14  Officer Meadows showed up as well to write his
15  reports.
16          As I was sitting there writing my
17  reports, we got a radio call.  I got sent to 124
18  East Arrow, County Liquor.  It was three units
19  that were dispatched.  It was I believe Officer
20  Dickson, Cardoza and myself, and usually when
21  three units are dispatched, it's like something
22  that's a little more bit more elevated, something
23  that's a little bit more like could be violent or
24  physical, something that's not typical, a regular
25  typical radio call.  So we're instantly a little

19

1   bit more like aware of our surroundings and
2   everything else like that.
3          So I start heading out the parking
4   structure.  Dispatch tells us that, hey, it's a
5   417 call which means a man with a gun who had
6   brandished it in a threatening manner.  So I'm
7   still driving down.  I start dedicating units.
8   As I'm driving down, dispatch advises even
9   further that, hey, we have three calls received
10  now and that this guy's actively 415 with other
11  people in the area.

12         What that means, what 415 means to us
13  is that like he's not just arguing, but like
14  possibly going to fight.  It's kind of like an
15  elevated word of uncooperative or a disturbance.
16  So in my mind already, that's like hey, this guy
17  already produced a handgun at somebody in a
18  threatening manner.
19         We had multiple callers stating the
20  same thing which means that, hey, the credibility
21  is pretty high at this point, that his actions
22  are rapidly evolving, consistently getting into
23  arguments with people.  So like I'm thinking
24  already this could potentially cause -- he could
25  cause mass casualties, and it sounds pretty

20

1  credible.  So I'm already thinking like, hey, how
2  am I going to set this up tactically.
3         Paul-36, who was Cory Avila at the
4  time, says he's starting to head that way as
5  well, and I see Officer Meadows behind me driving
6  down the ramp.  So I know that I have at least
7  five units with me and I know there's going to be
8  more people coming.
9         So I set up two units on the east side,
10  Officer Avila on the west side and I tell Meadows
11  over the radio, hey, me and you are going to park
12  behind Starbucks and then we're going to go ahead
13  and make our approach once we get there.  I tell
14  the person, hey, whoever's behind this, go ahead
15  and just set up at the Salvation Army area to
16  hold that containment spot.
17          And let me I guess describe the area to
18  you.  So Country Liquor, right there, that plaza
19  is in the southeast corner of Citrus and Arrow.
20  That intersection is undoubtedly our most
21  serviced area within our city.  We've had
22  stabbings there, domestic violence there, always
23  narcotics and alcohol violations.  Huge transient
24  population there as well.
25          So that southeast corner, it's like a

21

1  plaza.  The first business is Starbucks.  It's in

2  a standalone building.  And to the right of that,
3  east of that, is a strip mall which is Country
4  Liquor is the first business and then there's
5  like a little barber shop, a laundromat and then
6  a Trumpettas.  It used to be called Final Four.
7  Both of those businesses are open, and both of
8  those businesses do generate a lot of radio calls
9  with disturbances, intoxicated subjects and a lot
10 of people do run, fight with us in those areas.
11       Just in the surrounding area, there's
12 going to eb transients who are high and
13 everything else in that area.  That's something
14 we see on an everyday occurrence.  North of us is
15 an apartment complex that's serviced by Azusa PD.
16 We've had multiple people run into those
17 apartments away from the cops.  I know that there
18 are people who live there that are active gang
19 members.  it's in general just something we're on
20 a little bit more high alert with.
21       So that's why I decided we're going to
22 take a stealth approach and set up containment.
23 So I know that this guy is possibly at the liquor
24 store.  There's no point in us coming lights and
25 sirens, having him hear us, giving him that


                              22


1  moment to think what am I going to do and
2  potentially start to take people hostage.  So
3  once me and Meadows -- I hear Dickson, Cardoza
4  get there.  me and Meadows get there and we park
5  behind Starbucks.
6       As I'm getting out my car, in my seat
7  of my patrol vehicle, I remember hearing dispatch
8  say, hey, the guy has the gun in his right
9  pocket.  So I instantly think, hey, so this
10 information is at least a couple seconds delayed
11 by dispatch.  He could have moved from the liquor
12 store already to Starbucks if he saw us.
13       So when I got out of my car, I don't
14 know when it happened.  I just know I had my gun
15 out already.  So I got out of my car and then my
16 gun was out.
17       As I was kind of walking up, I heard
18 Officer Marquez, who was Paul-31, he said
19 something on the radio and it sounded to me like
20 he was checking one, which is like it sounded
21 like to me that he was out there with the
22 subject, and I didn't know he was at the call.
23 So I was like, oh, like give me that -- I was

24 kind of concerned for him.  So I was like he
25 shouldn't be there by himself.  So I kind of move

23

1 up a little bit, and I saw that he wasn't there.
2 That was probably about 20 to 25 yards away from
3 the subject.
4      I saw him.  So on the radio call, he
5 was described as a male Hispanic in his 40s
6 wearing a black hoodie.  I saw a male Hispanic
7 who looked like he was in his 40s wearing a black
8 hoodie, wearing baggy clothing that covered his
9 waistband, baggy jeans, you know, all places
10 where I know people conceal weapons at.
11      I see him arguing with two other
12 subjects.  He's like facing the liquor store,
13 arguing with these two subjects.  Meadows is
14 behind me.  He doesn't see us.  So I think like,
15 hey, do we move up or do we stay here.  and my
16 reason to move up was if he decided to take a
17 hostage at that point, there's no way distance-
18 wise I could react safely before he kills one of
19 these people.  He's already shown a propensity
20 for violence.
21      There's multiple callers calling about
22 him.  People know exactly where this gun is, and
23 he's currently in an argument and everything's
24 rapidly evolving.  And the last thing I want to
25 do is not have the distance to react to it,

24

1 right?  So preservation of life.
2      So I make my approach with Officer
3 Meadows.  When I get to maybe about like the
4 drive-through area, it's probably like 7 to 10
5 yards.  I tell him -- I was like, hey, let me see
6 -- I said, hey, let me see your hands.  And he
7 looks at me and I see the two other people that
8 he was kind of arguing with, they kind of -- they
9 put their hands up and start backing away as he
10 shifts his body towards us.
11      And they're looking to face -- like I
12 remember so clearly, it was like -- that look was
13 like, oh my God, the police are here, thank God.

14 So they're relieved that this guy's attention is
15 now diverted to us.  But at the same time, this
16 guy's attention is now diverted to us.  So I know
17 that, hey, his attention is on us.  If he wanted
18 to shoot at us, he has a better stance of aiming
19 at us now.
20        And then he looks at us and I say like
21 keep your hands up, keep your hands up, don't
22 move.  He puts his hands down -- or at one point
23 he switches -- he has a beer bottle in his right
24 hand and at some point he switches over to his
25 left hand.  And then he puts his hand down right

25

1 towards his right pocket.  It looked so
2 intentional.  I told him, put your fucking hands
3 up.  Obviously me not cussing and everything
4 else, he just didn't care about.  So at this
5 point, I've got to elevate it, you know?  So a
6 little more serious, right?
7        So I told him, put your fucking hands
8 up or don't reach for your pocket or something to
9 that effect, basically not to reach for that
10 area.  He puts it up and he says, whatever.  Like
11 the way he said it was the biggest -- it sounded
12 like he just didn't care about anybody there,
13 anybody's safety there.  he was like, whatever.
14 And then I tell him don't fucking move.  So he
15 had already reached for it once, exactly where we
16 were told the gun was, baggy clothing.
17        And then Officer Meadows had ordered
18 him to get on the ground.  That's something we
19 do, when we want to prone somebody out.  It's how
20 we detain somebody at a higher level of threat,
21 right?  And our intention was to prone him out
22 like we're taught, handcuff him, pat him down and
23 investigate the whole entire 417 allegation.
24        So he gets down on the ground and it's
25 like -- it's when everything started going like

26

1 slow motion to me.  and I remember it was so
2 intentional.  I remember when he moved the bottle
3 from his right hand to his left hand, that

4  automatically told me like, hey, this guy is
5  freeing up his hand.  It's something we're taught
6  in the academy.  Like hey, don't carry anything
7  in your right hand in case you need to draw your
8  weapon in your primary hand.
9          And that screamed to me like, hey, this
10  guy is going to free up his hand to possibly
11  reach for a gun and shoot us, you know?  That
12  elevated my set of lines in terms of I'm really
13  hoping he doesn't reach for anything, but it
14  looks like he's getting ready to.
15          When he gets down on the ground, he
16  gets on his knees first.  And then he's looking
17  down at the ground, like he's looking exactly
18  where he's going to land.  It looked so
19  deliberate.  He put his right hand down, like
20  palm down.  And then he sets his left elbow down,
21  which I found really weird.
22          And he's kind of is almost planking on
23  it, like he has a good platform.  Like he has a
24  triangle platform with his left elbow and his two
25  legs.  His torso is still up.  He leans to his

27

1  left, like stretching out his body.  He looks
2  directly at me, and I think this guy's about to
3  reach for his waistband, his waistband or his
4  right pocket where the gun is.  He looks at me
5  and I'm thinking please don't reach for the gun,
6  please don't reach for the gun.  I don't want to
7  have to make a decision.
8          And I'm thinking he's going to pull out
9  this gun and he's going to shoot me.  He's going
10  to shoot Meadows.  He's going to kill us.  He's
11  going to kill whoever else this bullet hits
12  behind us in this big old plaza.  It was a busy
13  night.  There's other people in the shopping
14  center probably behind us as well.  And if he
15  shoots us, he's going to be willing to shoot
16  civilians.  He's going to barricade himself,
17  create a hostage situation in the liquor store
18  and go on a shootout with officers and cause
19  mass, mass casualties.
20          And I see him looking at me, which to
21  me is -- this guy is acquiring his sights to know
22  where his target's at.  So he's like prepping to
23  shoot.  His stance originally when he laid
24  towards us, the way that he braced himself,
25  right, like in a prone shooting position, the way

28

1  he positioned his body so he could reach for it,
2  the way he's looking at me, everything said, hey,
3  this guy probably has some firearms training and
4  he's setting himself up to shoot me, shoot and
5  kill me.
6        So as he's looking at me, I'm putting
7  our radio -- I was on my radio.  I had one hand
8  on my gun.  I said, hey, he already reached for
9  his -- I was going to put out that he already
10  reached for his waistband.  As I was putting that
11  out, he starts bringing his hand down and I just
12  let go of my radio, bring my both hands up and I
13  tell him -- I yell as loud as I can, don't reach
14  for it.
15        And it's like I was giving him a
16  command not to reach for it, but I felt like I
17  was begging him.  Like please don't reach for it,
18  please don't reach for it.  That's what I felt
19  like was happening.
20        And he just decided to keep going.  And
21  he put his hand in his pocket.  It was like --
22  it's not like he reached around.  He went
23  straight into his pocket.  It was so deliberate,
24  still looking at me, and almost instantly he
25  pulls it out.  And like that was another huge red


29

1  flag for me because for someone to be able to
2  have a gun in their pocket, go in, grip, come out
3  with like a good grip, like that shows me that
4  this guy is a trained shooter or he has some kind
5  of firearms experience, like coming out of the
6  pocket that deliberately without any mistake.
7        This guy has a master grip, which is
8  like the technical term for having a good grip on
9  your gun for when you're about to shoot.  It
10  comes out, and I see a black handgun.  He's
11  coming up.  He's coming up.  And it's like it was
12  in slow motion for me.  I see him bringing it
13  here.  and at this point, I knew that if he even
14  pointed it towards us, he would have the
15  advantage on us.  We wouldn't be -- like reaction

16  timewise.
17       But I'm thinking please don't point it
18  at us, please don't point it at us.  I don't want
19  to have to make that decision.  Please don't
20  force us to make this decision.  I'm thinking
21  about if he points it at us, he's going to kill
22  Officer Meadows.  He's going to kill me.  He's
23  going to create all these further deaths.  I was
24  honestly -- like I admit I was in fear of being
25  killed by him.

30

1       He pulls it out and as he brings it
2  forward towards us, I'm just like slow motion,
3  thinking please don't point it, thinking please
4  don't point it.  And at one point he gets to
5  right here.  The barrel was in our direction now.
6  And I don't have a choice anymore.
7       So I decided to pull the trigger.  I
8  fired a sequence of shots.  As I was firing, I
9  saw him still moving.  The handgun dropped at
10  some point and it was within arm's reach of him,
11  like inches away.  Anad I kept shooting until he
12  stopped moving.  I believe I shot around five or
13  six rounds.  He stopped moving, and at that point
14  I stopped shooting.  I kind of stood there, like
15  kind of how we're trained.  I stood there.
16       I scanned and assessed the scene, make
17  sure there's no associates of his that are coming
18  out, popping out of nowhere to try to engage with
19  us as well.  And after that quick pause, he still
20  wasn't moving.  But in my mind, this guy's still
21  alive.  You see it all the time and we're taught,
22  hey, people don't go down all the time after one
23  round.
24       So I tell Meadows, like hey, I'm going
25  to secure the gun because it's still within arm's

31

1  reach of him.  He can get up and grab it at any
2  time.  And Meadows acknowledges that and he says
3  he's going to start medical.  I see additional
4  personnel coming around.
5       So I had a job to do.  It was to secure

6 the gun for the safety of -- our safety because
7 there's so many people around.  There could be
8 associates.  There's all these people, homeless
9 people that are high around.  So I just didn't
10 want to cause another casualty.
11        So I moved it away from him.  We
12 approached.  I grabbed the gun.  I move it back
13 and Meadows starts doing first aid along with
14 other officers and I stand by with the gun until
15 Sergeant Statler allows me to put it in my patrol
16 vehicle.
17        Do you want me to -- do you want me to
18 keep continuing with --
19        SPECIAL AGENT PAUL ZURAWSKI:  As much
20 as you would like.
21        ATTORNEY VANESSA MUÑOS:  Well, not --
22 do you have more to add?  I mean --
23        OFFICER BILLY SUN:  In terms of like
24 that use of force aspect and everything else,
25 that kind of concluded it.  All the officers

32

1 there conducted first aid.  Glendora showed up
2 with the AED and he was eventually transported.
3 Yeah.
4        SPECIAL AGENT PAUL ZURAWSKI:  Okay.
5 All right.  Well, thank you.  I have a few
6 follow-up questions to ask you.
7        OFFICER BILLY SUN:  Yes, sir.
8        SPECIAL AGENT PAUL ZURAWSKI:  Does
9 Covina Police Department have a use of force
10 policy?
11        OFFICER BILLY SUN:  It does.
12        SPECIAL AGENT PAUL ZURAWSKI:  It does.
13 Are you aware of the use of force policy and what
14 its limitations are?
15        OFFICER BILLY SUN:  Yes.
16        SPECIAL AGENT PAUL ZURAWSKI:  Okay.
17 Did you follow the procedures of the Covina
18 Police Department's use of force policy?
19        OFFICER BILLY SUN:  Yes.
20        SPECIAL AGENT PAUL ZURAWSKI:  Okay.
21 Prior to this incident, had you had any contact
22 with the decedent before?
23        OFFICER BILLY SUN:  Not that I know of.
24        SPECIAL AGENT PAUL ZURAWSKI:  Okay.
25 With any of his family members?

33

1    OFFICER BILLY SUN:  Not that I know of.
2    SPECIAL AGENT PAUL ZURAWSKI:  Okay.
3  All right.  We already went through what you knew
4  clearly from the radio call.  What was your
5  reasonable suspicion and/or probable cause for
6  the detention/contact of the decedent?
7    OFFICER BILLY SUN:  It was a radio call
8  of a 417, a man with a gun who had pointed it in
9  a threatening manner.  Multiple calls.  The
10  subject was actively arguing with other subjects.
11  It sounded reasonable to me that this situation
12  needed to be locked down and the subjects needed
13  to be detained to investigate if this crime had
14  happened or not.
15    SPECIAL AGENT PAUL ZURAWSKI:  So it
16  sounds like you gave this decedent many verbal
17  commands.
18    OFFICER BILLY SUN:  Yes.  He was given
19  many verbal commands in an attempt to gain his
20  compliance.
21    SPECIAL AGENT PAUL ZURAWSKI:  Were they
22  effective?
23    OFFICER BILLY SUN:  No.
24    SPECIAL AGENT PAUL ZURAWSKI:  And I
25  think you clearly listed what the suspect's


34

1  response was.
2    OFFICER BILLY SUN:  Yes.
3    SPECIAL AGENT PAUL ZURAWSKI:  So what
4  type of person did you think you were going to be
5  dealing with when you went 97?
6    OFFICER BILLY SUN:  It sounded like
7  from the radio call that he was argumentative.
8  He didn't fear taking his weapon out and pointing
9  it at people.  He wanted to intimidate people and
10  he was in some kind of altercation, armed
11  altercation.
12    SPECIAL AGENT PAUL ZURAWSKI:  All
13  right.  It looks like the area, you're very
14  familiar with it.  It sounds like it's a high
15  crime, high calls of service area.
16    OFFICER BILLY SUN:  Yes.  Yes.
17    SPECIAL AGENT PAUL ZURAWSKI:  So you

18  mentioned the tactical plan as you guys were
19  responding to the location.  What was the
20  intended goal of the plan?
21      OFFICER BILLY SUN:  The containment --
22  the intention of the containment was if this dude
23  decided to -- sorry, if this subject decided to
24  flee, he would not able to.  It sounded like it
25  was locked down.  The intention of us going in a

                    35

1  stealth manner of not being detected is to get
2  enough distance to be effective in detaining him
3  where he felt like he didn't have the opportunity
4  to run or create a hostage situation and cause a
5  loss of life.  So our intention was to detain
6  him, make the area safe and to investigate the
7  crime, alleged crime.
8      SPECIAL AGENT PAUL ZURAWSKI:  All
9  right.  So it sounds like you had quite a few
10  units responding to this area.
11      OFFICER BILLY SUN:  Yes.
12      SPECIAL AGENT PAUL ZURAWSKI:  Can you
13  describe the decision to wait for more backup or
14  to proceed immediately?
15      OFFICER BILLY SUN:  Well, myself and
16  Meadows were -- it seemed like we were almost the
17  last ones to arrive.  The containment units ended
18  up showing up first.  Again, when I showed up and
19  parked my car, as I was in my seat, again,
20  dispatch had advised that he has a gun in his
21  right pocket, right pants pocket.  And based on
22  that delay, he could be right there at the corner
23  of Starbucks.  He could be behind my car.
24      So it was pretty immediate in terms of
25  a threat to me.  Not only that, I also heard my

                    36

1  partner.  Like I told you guys, I heard my
2  partner what I believe he said was he was
3  checking one, which was a misread on my part.
4      And then when I moved up from a
5  distance to see -- I saw him actively arguing
6  with these subjects and I decided if I didn't
7  move up, he would likely harm or kill these

8  people.  And so I had to go up there to get his
9  attention towards us and attempt to detain him.
10  There was no other choice.
11       SPECIAL AGENT PAUL ZURAWSKI:  Okay.
12  Thank you.  What was the lighting like at the
13  scene that night?
14       OFFICER BILLY SUN:  There are lights on
15  the street as well as that plaza.  It's very well
16  lit.
17       SPECIAL AGENT PAUL ZURAWSKI:  Okay.
18  Did you deploy a handheld or a weapon-mounted
19  light?
20       OFFICER BILLY SUN:  I did not have to
21  utilize it.
22       SPECIAL AGENT PAUL ZURAWSKI:  Okay.
23  You've already explained who else was in the
24  area.  How many subjects were standing with the
25  decedent?


                          37


1       OFFICER BILLY SUN:  There were two
2  others within his immediate vicinity.
3       SPECIAL AGENT PAUL ZURAWSKI:  Okay.
4       OFFICER BILLY SUN:  Yeah.
5       SPECIAL AGENT PAUL ZURAWSKI:  Okay.
6  Did you consider any other use of force options?
7       OFFICER BILLY SUN:  Officer Cardoza had
8  asked if she should get a less lethal, and I told
9  her that's her choice.  Based on where I was,
10  everything going on, the radio call, I just
11  didn't -- I had a Taser with me and a baton
12  with me.
13       To go back to my vehicle, to the rear
14  of my vehicle, grab that out, it's loud and
15  everything.  It would ruin the stealth aspect
16  that I was also trying to accomplish.  Not only
17  that, I know that I have the options on my
18  person, baton and my Taser.  I know that Cardoza
19  likely has that option as well, as well as other
20  units that are coming in.
21       So I didn't -- I thought, you know, if
22  this guy has a handgun and he presents it and
23  decides to point it in a deadly manner, I would
24  rather have my handgun out before having to
25  transition to other options.

1     SPECIAL AGENT PAUL ZURAWSKI:  Was it
2  feasible to attempt any other form of de-
3  escalation?
4     OFFICER BILLY SUN:  In my mind,
5  absolutely not.  We did what we could with verbal
6  commands and, off the bat, he was noncompliant.
7  We did everything we could to get him to
8  cooperate, and he decided not to.
9     SPECIAL AGENT PAUL ZURAWSKI:  And why
10  did you choose the weapon that you used?
11     OFFICER BILLY SUN:  The call was a man
12  with a handgun.  If he's using deadly force,
13  unfortunately if I don't deploy that and he's
14  able to shoot others, I'm not going to be able to
15  effectively make the scene safe with a Taser or a
16  baton.  It's just not feasible.
17     SPECIAL AGENT PAUL ZURAWSKI:  Did you
18  use any other cover and/or concealment?
19     OFFICER BILLY SUN:  No, not as I was
20  approaching.  I guess concealment that we did
21  have was not a physical concealment.  It was more
22  of like the element of surprise.  Yeah.
23     SPECIAL AGENT PAUL ZURAWSKI:  I think
24  you said you were approximately 7 to 10 yards.
25     OFFICER BILLY SUN:  Correct.


39


1     SPECIAL AGENT PAUL ZURAWSKI:  Okay.
2  From the decedent.  When did you first see the
3  weapon that the decedent produced?
4     OFFICER BILLY SUN:  When he pulled it
5  out of his pocket.
6     SPECIAL AGENT PAUL ZURAWSKI:  Like you
7  stated before, right?
8     OFFICER BILLY SUN:  Mm-hmm.
9     SPECIAL AGENT PAUL ZURAWSKI:  Okay.
10  Anything ese to add, what was going through your
11  mind?  You already gave us a pretty good mindset
12  and describing the suspect's actions.  Anything
13  else you would like to add about what was going
14  through your mind?
15     OFFICER BILLY SUN:  Not right now, no.
16     SPECIAL AGENT PAUL ZURAWSKI:  You also
17  explained how you felt during this situation.  do
18  you have anything additional to add about
19  additional feelings?

20      OFFICER BILLY SUN:  No, nothing
21  additional.
22      SPECIAL AGENT PAUL ZURAWSKI:  Okay.  So
23  why did you fire your weapon?
24      OFFICER BILLY SUN:  I believed his
25  intent was to kill Officer Meadows, kill me, kill

40

1  other civilians in the area, kill additional
2  officers.  It was apparent to me that his intent
3  was to use deadly force by shooting and killing
4  officers.  And by not doing so -- by not shooting
5  at him, it would create mass casualties to the
6  general public and officers as well.
7      SPECIAL AGENT PAUL ZURAWSKI:  Where
8  were you aiming at the decedent?  Were you able
9  to grab a sight picture or were you point
10  shooting?
11      OFFICER BILLY SUN:  I was aiming at his
12  torso.  I had used my optic.  It was on his torso
13  when I was shooting.
14      SPECIAL AGENT PAUL ZURAWSKI:  And I
15  think you stated that you went from the radio,
16  single-handed shooting position to a two-handed
17  shooting position.
18      OFFICER BILLY SUN:  Yes.  I had -- I
19  went from -- I was holding him -- not holding
20  him.  I had my gun up, one-handed and I got off
21  my radio and put both hands on my gun before I
22  started shooting.  So both hands were on the gun
23  before I started shooting.
24      SPECIAL AGENT PAUL ZURAWSKI:  Okay.  Do
25  you recall if there were any visual obstructions

41

1  between you and the decedent?
2      OFFICER BILLY SUN:  No.
3      SPECIAL AGENT PAUL ZURAWSKI:  Okay.  So
4  approximately how many rounds did you fire?
5      OFFICER BILLY SUN:  Five to six.
6      SPECIAL AGENT PAUL ZURAWSKI:  and how
7  many volleys did you deliver those rounds?
8      OFFICER BILLY SUN:  One.
9      SPECIAL AGENT PAUL ZURAWSKI:  One.  Why

10 did you stop firing your weapon?
11      OFFICER BILLY SUN:  So at some point
12 during the shooting, the gun had -- the gun had
13 dropped.  But he was within arm's reach of it.
14 He was still moving, which means that he still
15 could at any time pick up that gun and shoot at
16 us, shoot other civilians and kill us and kill
17 civilians.
18      So the moment he stopped moving, I
19 stopped shooting because, you know, there was --
20 there was that mindset of like, hey -- well, I
21 still had my sights on him but going to give him
22 that opportunity not to reach for it again.
23      SPECIAL AGENT PAUL ZURAWSKI:  Were you
24 aware of your decedent and his backdrop?
25      OFFICER BILLY SUN:  Yes.


                    42


1      SPECIAL AGENT PAUL ZURAWSKI:  Did the
2 two subjects that were there with the decedent,
3 were they out of the backdrop area?
4      OFFICER BILLY SUN:  Yeah.  Like I
5 explained earlier, the moment we approached and
6 he diverted his attention towards us, they kind
7 of backed away from that area.  They were still
8 pretty close.  But they weren't within I guess my
9 sight, I guess my shooting -- my level of
10 accuracy, I guess.
11      The backdrop, the parking lot was
12 empty.  I remember seeing no civilians in the
13 background at the time we were outside.  And the
14 angle I was shooting at was directly towards the
15 ground.  So I had no issues with that as well.
16      SPECIAL AGENT PAUL ZURAWSKI:  So
17 speaking of the three subjects that were there at
18 first, was it very clear that one of them matched
19 the description of the radio calls?
20      OFFICER BILLY SUN:  Yes.  His clothes
21 description, the black sweater, and just his
22 clothing was like larger and baggier than
23 everyone else's which means that, you know, like
24 hey, look, he's the most likely to be able to
25 conceal a handgun into his right pocket.  And


                    43

1  plus, he was the one that seemed the most
2  argumentative with the other people.  So in my
3  mind, this subject was the subject of the radio
4  call.
5      SPECIAL AGENT PAUL ZURAWSKI:  Okay.
6  And I know you've mentioned it but tell me one
7  more time what did you think would have happened
8  if you didn't fire your weapon.
9      OFFICER BILLY SUN:  If I did not fire
10  my weapon, I know for a fact that he would have
11  shot and killed Officer Meadows, me as well,
12  anybody else in the area.  He would further shoot
13  it out with police.  He would take hostages.  He
14  would probably finish the job of his initial acts
15  of 417 with the subjects he was in an argument
16  with.
17      So I know -- I know that he would have
18  shot me and Meadows.  He would have shot those
19  two other subjects, anybody else in the liquor
20  store and shot it out with the officers
21  potentially -- and which would cause mass
22  casualties.  So I know that if I didn't take that
23  shot, a lot of people would die.
24      SPECIAL AGENT PAUL ZURAWSKI:  Okay.
25  Thank you.  Did you render aid to the decedent?


44


1      OFFICER BILLY SUN:  I did not, only
2  because I had -- I designated myself to secure
3  the firearm as Officer Meadows designated himself
4  to initially start first aid.  And there was
5  enough I guess officers around to assist with
6  first aid where I didn't need to assist with
7  that.
8      SPECIAL AGENT PAUL ZURAWSKI:  So this
9  question is going to talk about physiological
10  effects.  Did you experience any physiological
11  effects during or after the officer-involved
12  shooting, including -- I know you mentioned
13  tunnel vision.  Any auditory exclusion, like
14  hearing, not hearing radio traffic or gunshots or
15  anything like that, increased heartrate, time
16  slowing down or speeding up?
17      OFFICER BILLY SUN:  Just I think the
18  only thing I mentioned was time slowing down.  It
19  just felt really slow and I was able to clearly
20  think of everything that was going on and
21  everything that he was doing and nature his

22 actions and doing everything like frame by frame
23 before we had to act, before he forced us to act,
24 you know.  so just a slowdown of time.
25      SPECIAL AGENT PAUL ZURAWSKI:  Okay.


                        45


1      OFFICER BILLY SUN:  What felt like a
2 slowdown of time.
3      SPECIAL AGENT PAUL ZURAWSKI:  All
4 right.  And my last question before we take a
5 little break, is there anything else about this
6 incident hat you would like to tell me other than
7 what we have previously discussed?
8      OFFICER BILLY SUN:  Not at this time.
9      SPECIAL AGENT PAUL ZURAWSKI:  Okay.
10 All right.  So what we'll do is we'll take a
11 little break right now.
12      OFFICER BILLY SUN:  Okay.
13      SPECIAL AGENT PAUL ZURAWSKI:  You can
14 use the restroom, grab some water.  Recording,
15 we're going to end, it's 1150 hours.
16
17
18
19
20
21
22
23
24
25


                        46


1      C E R T I F I C A T I O N
2
3 I, Sonya Ledanski Hyde, certify that the
4 foregoing transcript is a true and accurate
5 record of the proceedings.
6
7
8

9 <%12151,Signature%>
10

11  Veritext Legal Solutions
12  330 Old Country Road
13  Suite 300
14  Mineola, NY 11501
15
16  Date:  July 5, 2022
17
18
19
20
21
22
23
24
25