# Exhibit 14

**(Officer Sun's DOJ Interview part 2 audio – CPD000949)**

**[LODGED MANUALLY]**