Mildred K. O'Linn (State Bar No. 159055)
  *missy.olinn@manningkass.com*
Yury A. Kolesnikov (State Bar No. 271173)
  *yury.kolesnikov@manningkass.com*
Roslynn Wilfert (State Bar No. 303024)
  *roslynn.wilfert@manningkass.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California  90017-3012
Telephone:  (213) 624-6900
Facsimile:   (213) 624-6999

*Attorneys for Defendants City of Covina, Vanessa Cardoza, David Meadows, and Billy Sun*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.V. and X.V., minors by and through their guardian *ad litem*, Karla Juarez; D.V., a minor, by and through his guardian *ad litem*, Elias Valdivia; individually and as successors-in-interest to Daniel Luis Valdivia, deceased; JESSICA VALDIVIA; LUIS VALDIVIA JR., individually,<br><br>  Plaintiffs,<br><br>  v.<br><br>CITY OF COVINA; VANESSA CARDOZA; DAVID MEADOWS; BILLY SUN; DOES 1–10, inclusive,<br><br>  Defendants. | Case No. 5:23-cv-1562 CBM (SHK)<br><br>**Notice of Manual Lodging of Exhibits in Support of Defendants' Motion for Summary Judgment as to Plaintiff's Complaint**<br><br>Date:  July 15, 2025<br>Time:  10:00 a.m.<br>Judge:  Hon. Consuelo B. Marshall<br>Courtroom:  8D<br><br>Filed Dated:  August 4, 2023<br>Trial Date:  October 21, 2025 |

**TO THE COURT, PLAINTIFFS, AND COUNSEL OF RECORD:**

In accordance with C.D. Cal. Local Rules 5-4.2(b)(1) and 11-5.1, Defendants City of Covina, Vanessa Cardoza, David Meadows, and Billy Sun hereby provide notice that the following non-paper exhibits in support of Defendants' motion for summary judgment will be lodged manually via a USB drive:

1. **Exhibit 1**, which is a true and correct copy of the video recorded by Officer Billy Sun's body-worn camera during the incident, and which was produced in this action under Bates number CPD000037;

2. **Exhibit 2**, which is a true and correct copy of the video recorded by Officer David Meadows's body-worn camera during the incident, and which was produced in this action under Bates number CPD000045;

3. **Exhibit 3**, which is a true and correct copy of the video recorded by Officer Vanessa Cardoza's body-worn camera during the incident, and which was produced in this action under Bates number CPD000054;

4. **Exhibit 4**, which is a true and correct copy of the video recorded by Officer Avila's body-worn camera during the incident, and which was produced in this action under Bates number CPD000055;

5. **Exhibit 5**, which is a true and correct copy of another video recorded by Officer Avila's body-worn camera during the incident, and which was produced in this action under Bates number CPD000955;

6. **Exhibit 6**, which is a true and correct copy of an audio recording of a 911 call received by Covina Police Department with regard to the incident, and which was produced in this action under Bates number CPD000001;

7. **Exhibit 7**, which is a true and correct copy of an audio recording of a 911 call received by Covina Police Department with regard to the incident, and which was produced in this action under Bates number CPD000003;

8. **Exhibit 8**, which is a true and correct copy of an audio recording of a 911 call received by Covina Police Department with regard to the incident, and which

was produced in this action under Bates number CPD000004;

9. **Exhibit 9**, which is a true and correct copy of an audio recording of a Covina Police Department radio dispatch transmission on April 9, 2022, and which was produced in this action under Bates number CPD000006;

10. **Exhibit 10**, which is a true and correct copy of an audio recording of a Covina Police Department radio dispatch transmission on April 9, 2022, and which was produced in this action under Bates number CPD000009;

11. **Exhibit 11**, which is a true and correct copy of an audio recording of a Covina Police Department radio dispatch transmission on April 9, 2022, and which was produced in this action under Bates number CPD000017;

12. **Exhibit 12**, which is a true and correct copy of an audio recording of an April 18, 2022 interview (part 1) of Officer Sun by Special Agent Paul Zurawski with regard to California DOJ's investigation of the incident, and which was produced in this action under Bates number CPD000948;

13. **Exhibit 14**, which is a true and correct copy of an audio recording of an April 18, 2022 interview (part 2) of Officer Sun by Special Agent Zurawski with regard to California DOJ's investigation of the incident, and which was produced in this action under Bates number CPD000949;

14. **Exhibit 16**, which is a true and correct copy of an audio recording of an April 18, 2022 interview (part 1) of Officer Meadows by Special Agent Zurawski with regard to California DOJ's investigation of the incident, and which was produced in this action under Bates number CPD000950;

15. **Exhibit 18**, which is a true and correct copy of an audio recording of an April 18, 2022 interview (part 2) of Officer Meadows by Special Agent Zurawski with regard to California DOJ's investigation of the incident, and which was produced in this action under Bates number CPD000951;

16. **Exhibit 20**, which is a true and correct copy of an audio recording of an April 18, 2022 interview (part 1) of Officer Cardoza by Special Agent Zurawski with

regard to California DOJ's investigation of the incident, and which was produced in this action under Bates number CPD000946; and

17.  **Exhibit 22**, which is a true and correct copy of an audio recording of an April 18, 2022 interview (part 2) of Officer Cardoza by Special Agent Zurawski with regard to California DOJ's investigation of the incident, and which was produced in this action under Bates number CPD000947.

DATED:  June 3, 2025                    Respectfully submitted,

**MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP**

By:  ___/s/ Yury A. Kolesnikov___
Mildred K. O'Linn
Yury A. Kolesnikov
Roslynn Wilfert

*Attorneys for Defendants City of Covina, Vanessa Cardoza, David Meadows, and Billy Sun*