1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.V. and X.V., minors by and through their guardian *ad litem*, Karla Juarez; D.V., a minor, by and through his guardian *ad litem*, Elias Valdivia; individually and as successors-in-interest to Daniel Luis Valdivia, deceased; JESSICA VALDIVIA; LUIS VALDIVIA JR., individually, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF COVINA; VANESSA CARDOZA; DAVID MEADOWS; BILLY SUN; DOES 1–10, inclusive, <br><br> Defendants. | Case No.: 5:23-cv-1562 CBM (SHK) <br><br> **Order Granting Stipulation re: Voluntary Dismissal Without Prejudice of Claims 1, 3, 5, and 6 in Plaintiffs' Complaint and Briefing Schedule on Defendants' Motion for Summary Judgment** <br><br> [NOTE CHANGES MADE BY COURT] |

1  The Court, having considered the parties' Stipulation re: Voluntary Dismissal Without Prejudice of Claims 1, 3, 5, and 6 in Plaintiffs' Complaint and Briefing Schedule on Defendants' Motion for Summary Judgment (Dkt. No. 43), and finding **GOOD CAUSE** therefor, approves the Stipulation and **ORDERS** as follows:

   1. Plaintiffs' claims 1, 3, 5, and 6 in the complaint (~~Dkt. No. 1~~) are **VOLUNTARILY DISMISSED WITHOUT PREJUDICE**;

   2. Consistent with the prior scheduling order, Defendants shall file their motion for summary judgment on or before **June 3, 2025**;

   3. Plaintiffs shall have up to and including **June 17, 2025**, to file their opposition to Defendants' motion for summary judgment;

   4. Defendants shall have up to and including **July 1, 2025**, to file their reply brief in further support of their motion for summary judgment; and

   5. The hearing on Defendants' motion for summary judgment shall be set for **August 12, 2025, at 10:00 a.m.**

   **IT IS SO ORDERED.**

DATED: June 3, 2025

_____
HON. CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE