**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Marcel F. Sincich, Esq. (SBN 319508)
msincich@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333
Fax: (818) 347-4118

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.V. and X.V., minors by and through their guardian ad litem, Karla Juarez; D.V., a minor, by and through his guardian ad litem, Elias Valdivia; individually and as successors-in-interest to Daniel Luis Valdivia, deceased; JESSICA VALDIVIA; LUIS VALDIVIA JR., individually,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF COVINA; VANESSA CARDOZA; DAVID MEADOWS; BILLY SUN; DOES 1-10, inclusive,<br><br>Defendants. | Case No.: **5:23-cv-01562-CBM-SHK**<br><br>[*Honorable Consuelo B. Marshall*]<br>Magistrate Judge Shashi H. Kewalramani<br><br>**PLAINTIFFS' ADDITIONAL MATERIAL FACTS**<br><br>[*Filed concurrently with* Plaintiffs' Opposition to Defendants' Motion for Summary Judgment; Memorandum of Points and Authorities in support thereof; Plaintiffs' Objections to Evidence Presented in Defendants' Separate Statement; Declaration of Marcel F. Sincich and exhibits thereto; Declaration of Roger Clark; Declaration of Scott Holdaway]<br><br>Hearing: July 15, 2025<br>Time: 10:00 a.m.<br>Crtrm: 8D<br><br>Trial Date: October 21, 2025<br>Complaint Filed: August 4, 2023 |

**PLAINTIFFS' ADDITIONAL MATERIAL FACTS**

Pursuant to Local Rule 56-2, Plaintiffs respectfully submit their Statement of Additional Material Facts.

DATED: June 17, 2025          **LAW OFFICES OF DALE K. GALIPO**

                              By:  ___/s/___Marcel F. Sincich_____
                                   Dale K. Galipo, Esq.
                                   Marcel F. Sincich, Esq.
                                   *Attorney for Plaintiffs*

# PLAINTIFFS STATEMENT OF ADDITIONAL FACTS

| Plaintiffs Additional Material Facts | Plaintiffs Supporting Evidence |
|---|---|
| **Officers were Not Responding to an Emergency Call and Had No Plan** ||
| **161.** The call alleging a male, Hispanic, wearing a black sweater and shorts, brandishing a weapon, needed to be investigated because sometimes the information given is incorrect. | **Exh. A, Sun Depo**, to Sincich Decl ¶2, at 40:8-22, 46:17-24.<br>**Exh. C, Cardoza Depo**, to Sincich Decl ¶4, at 47:21-23.<br>**Exh. E, Meadows Depo**, to Sincich Decl ¶6, at 30:18-20. |
| **162.** The circumstances did not reasonably indicate an emergency response, so Officers respond with lights and sirens. | **Exh. A, Sun Depo**, to Sincich Decl ¶2, at 83:12-14.<br>**Exh. C, Cardoza Depo**, to Sincich Decl ¶4, at 50:24-51:5.<br>**Exh. M, Policy 307**, to Sincich Decl¶14, at 1. |
| **163.** Upon arrival, Officers were updated that the call de-escalated, without officer intervention, from brandishing to the firearm being placed in the subject's pocket. | **Exh. A, Sun Depo**, to Sincich Decl ¶2, at 44:10-16.<br>**Exh. E, Meadows Depo**, to Sincich Decl ¶6, at 29:8-14. |
| **164.** Believing there was no supervisor on scene, Officer Sun took charge of the incident. | **Exh. A, Sun Depo**, to Sincich Decl ¶2, at 24:12-15, 25:6-9.<br>**Exh. E, Meadows Depo**, to Sincich Decl ¶6, at 64:1-10: Knowing Officer Sun was a SWAT officer, Officer Meadows considered Officer Sun the primary officer. |
| **165.** The area was contained and "locked down" to prevent escape. | **Exh. A, Sun Depo**, to Sincich Decl ¶2, at 57:17-58:2.<br>**Exh. B, Sun Statement**, to Sincich Decl ¶3, at 30:14-24.<br>**Exh. E, Meadows Depo**, to Sincich Decl ¶6, at 46:23-47:5. |
| **166.** Defendants did not know that there were two sergeants on scene prior to using force given that Sergeants Statler or Rasmussen did not communicate their presence. | **Exh. A, Sun Depo**, to Sincich Decl ¶2, at 56:1-3.<br>**Exh. C, Cardoza Depo**, to Sincich Decl ¶4, at 19:24-20-6, 20:23-21:5. |

| Plaintiffs Additional Material Facts | Plaintiffs Supporting Evidence |
|---|---|
| | **Exh. E, Meadows Depo**, to Sincich Decl ¶6, at 61:10-15, 60:22-24. |
| **167.** Besides Officer Sun setting up containment, telling Officer Cardoza he wanted her to grab the less-lethal shotgun, and telling Officer Meadows to approach with him, there was no attempt to establish a tactical plan, including no communication between Officers as to how to meet and approach, no coordination of movement, no communication about maintaining cover, and no communication about a stealth approach. | **Exh. A, Sun Depo**, to Sincich Decl ¶2, at 52:7-14, 52:19-23, 54:11-13, 54:23-55:7.<br>**Exh. C, Cardoza Depo**, to Sincich Decl ¶4, at 47:24-48:1, 48:20-49:1, 49:9-11, 53:3-6, 56:3-11.<br>**Exh. E, Meadows Depo**, to Sincich Decl ¶6, at 47:1-13, 55:5-8. |
| **168.** No officers checked with Officer Cardoza to ensure she had the beanbag shotgun before they approached and despite her plan to get the less-lethal shotgun, she failed to have it with her. | **Exh. C, Cardoza Depo**, to Sincich Decl ¶4, at 56:13-17, 81:3-9. |
| **169.** Officer Sun did not know if Officer Cardoza would join the approach and did not even know if Officer Meadows was lethal cover despite the officers being next to each other. | **Exh. A, Sun Depo**, to Sincich Decl ¶2, at 58:2-11, 79:10-16. |
| **170.** Officer Cardoza, who arrived first, did not advise her partners of her location when she was observing the subjects. | **Exh. C, Cardoza Depo**, to Sincich Decl ¶4, at 55:25-56:2. |
| **171.** Officer Sun erroneously thought Officer Marquez was already on scene, and was in contact with a subject, so Officer Sun rushed in thinking he was supporting Officer Marquez. | **Exh. B, Sun Statement**, to Sincich Decl ¶3, at 19:19-20:4. |
| **172.** Officer Meadows had to jog to catch up with Officer Sun to prevent him from approaching on his own. | **Exh. E, Meadows Depo**, to Sincich Decl ¶6, at 50:4-6.<br>**Exh. F, Meadows Statement**, to Sincich Decl ¶7, at 17:1-2. |

| Plaintiffs Additional Material Facts | Plaintiffs Supporting Evidence |
|---|---|
| | **Exh. R, Meadows BWC** at 00:20-00:37, to Sincich Decl ¶19. |
| **173.** Officer Cardoza also rushed in without her less-lethal shotgun because the other officers started giving commands. | **Exh. C, Cardoza Depo**, to Sincich Decl ¶4, at 56:18-23, 67:18-25. |
| **174.** When Officers arrived, Valdivia was not pointing a gun at anyone and did not even have a gun in hand or visible on his person. | **Exh. A, Sun Depo**, to Sincich Decl ¶2, at 47:7-15, 56:22-24, 57:2-7.<br>**Exh. C, Cardoza Depo**, to Sincich Decl ¶4, at 58:1-3.<br>**Exh. P, Sun BWC with Counter** at 00:00-00:05 to Sincich Decl ¶17. |
| **175.** Despite training to avoid giving simultaneous and/or conflicting commands, both Officers Sun and Meadows started giving commands. | **Exh. C, Cardoza Depo**, to Sincich Decl ¶4, at 60:18-20.<br>**Exh. E, Meadows Depo**, to Sincich Decl ¶6, at 9:8-10, 49:5-10.<br>**Exh. P, Sun BWC** with Counter at 00:00-00:15 to Sincich Decl ¶17. |
| **176.** When more than one officer is giving commands to a subject, it could cause confusion. | **Exh. E, Meadows Depo**, to Sincich Decl ¶6, at 49:11-17. |
| **177.** Defendants failed to announce and had an inadequate announcement of their presence as police officers. | **Exh. A, Sun Depo**, to Sincich Decl ¶2, at 58:12-16.<br>**Exh. C, Cardoza Depo**, to Sincich Decl ¶4, at 68:8-10.<br>**Exh. P, Sun BWC** with Counter at 00:00-00:15 to Sincich Decl ¶17.<br>**Clark Decl** ¶8a. |
| **178.** Defendants also failed to give adequate commands and instead gave simultaneous and conflicting commands which cause confusion and cause the subject to not be able to hear and/or understand commands. | **Exh. P, Sun BWC** with Counter at 00:00-00:15 to Sincich Decl ¶17.<br>**Clark Decl** ¶8a. |
| **179.** Nevertheless, Valdivia complied with officer commands (1) to not reach, | **Exh. A, Sun Depo**, to Sincich Decl ¶2, at 58:12-59:1, 59:8-10, 60:6-61:5. |

| Plaintiffs Additional Material Facts | Plaintiffs Supporting Evidence |
|---|---|
| (2) to put his hands up, and (3) to get on the ground. | **Exh. E, Meadows Depo**, to Sincich Decl ¶6, at 14:7-12, 49:25-50:3. **Exh. P, Sun BWC** with Counter at 00:00-00:15 to Sincich Decl ¶17. |
| **Defendants' Reasonable Alternatives Yet Used Deadly Force without Warning** | |
| 180.  Officers were trained on the equation, Distance + Cover = Time, and Time = Options. | **Exh. E, Meadows Depo**, to Sincich Decl ¶6, at 54:25-55:4. |
| 181.  A K9 apprehension team, air support, and Special Response Team, were available at the time. | **Exh. C, Cardoza Depo**, to Sincich Decl ¶4, at 42:1-11. **Exh. K, Policy 300**, to Sincich Decl ¶12, at 5. |
| 182.  Sergeant vehicles have ballistic shields. | **Exh. C, Cardoza Depo**, to Sincich Decl ¶4, at 41:13-25. |
| 183.  Officers are told to carry batons and tasers. | **Exh. A, Sun Depo**, to Sincich Decl ¶2, at 34:13-24, 38:5-7. **Exh. C, Cardoza Depo**, to Sincich Decl ¶4, at 37:1-5. **Exh. E, Meadows Depo**, to Sincich Decl ¶6, at 26:23-27:2. |
| 184.  As trained, Tasers can cause neuromuscular incapacitation, and officers can take a subject into custody during the five-second cycle. | **Exh. C, Cardoza Depo**, to Sincich Decl ¶4, at 37:16-18. **Exh. E, Meadows Depo**, to Sincich Decl ¶6, at 37:4-6, 37:12-19, 38:6-10. |
| 185.  Officers Cardoza and Meadows left their OC spray in his patrol vehicle, which causes burning to the eyes and nose and can cause the subject to be disoriented. | **Exh. C, Cardoza Depo**, to Sincich Decl ¶4, at 37:19-23. **Exh. E, Meadows Depo**, to Sincich Decl ¶6, at 35:14-16, 36:4-9. |
| 186.  Officer Cardoza was supposed to be the less-lethal option but left her baton and less-lethal shotgun in her vehicle. | **Exh. C, Cardoza Depo**, to Sincich Decl ¶4, at 38:8-9, 39:1-4, 49:2-4. |

| Plaintiffs Additional Material Facts | Plaintiffs Supporting Evidence |
|---|---|
| **187.** Officer Cardoza had the opportunity to get her less-lethal shotgun and chose not to. | **Exh. C, Cardoza Depo** at 54:9-12, 57:7-12, 86:11-15, to Sincich Decl ¶4. Officer Cardoza was about 5-10 feet away from her vehicle while the beanbag shotgun was in her trunk; had time to put gloves on when she first arrived on scene; had approximately 36 seconds of observing Valdivia and 36 seconds of time available to communicate with officers—but failed to, and 36 seconds of time available to retrieve the beanbag shotgun—but failed to. <br> **Exh. Q, Sun BWC** at 02:00-02:43 to Sincich Decl ¶18. |
| **188.** Knowing the call involved a potential brandishing of a gun, one of the reasons Officer Meadows specifically responded to the call is that he knew he had the K9 option. | **Exh. E, Meadows Depo**, to Sincich Decl ¶6, at 4:23-24, 20:19-21, 21:20-23, 26:20-22, 42:20-43:6. |
| **189.** The K9 was trained for apprehension and used as a show of force to gain compliance and make the subject less likely to flee. | **Exh. E, Meadows Depo**, to Sincich Decl ¶6, at 22:14-15, 23:7-20, 23:21-24. |
| **190.** Yet, despite not knowing if there was going to be a less-lethal shotgun option for this call, Officer Meadows did not take the K9 out of the vehicle during the incident. | **Exh. E, Meadows Depo**, to Sincich Decl ¶6, at 21:25-22:2, 44:13-16. |
| **191.** Based on the nature of the call, the Taser, beanbag shotgun, and K9 were less-lethal options to consider. | **Exh. E, Meadows Depo**, to Sincich Decl ¶6, at 46:10-18. <br> **Exh. F, Meadows Statement**, to Sincich Decl ¶7, at 16:7-11. |
| **192.** Yet, Officers failed to consider less-lethal options, even when Valdivia was perceived to be noncompliant and prior to seeing the gun on his person. | **Exh. A, Sun Depo**, to Sincich Decl ¶2, at 78:9-79:9. |

| Plaintiffs Additional Material Facts | Plaintiffs Supporting Evidence |
|---|---|
| 193. One trained option, for officer safety, was to command the subject to face away from officers, making it more difficult for the subject to use a firearm. | **Exh. A, Sun Depo**, to Sincich Decl ¶2, at 77:4-7, 77:16-20.<br>**Exh. E, Meadows Depo**, to Sincich Decl ¶6, at 53:5-8, 54:5-16.<br>**Clark Decl** ¶10c. |
| 194. Officers failed to consider instructing the compliant Valdivia to turn away as an option. | **Exh. A, Sun Depo**, to Sincich Decl ¶2, at 76:8-15. |
| 195. Cover was available to the Officers yet Officers Sun and Cardoza did not use the cover when using force. | **Exh. A, Sun Depo**, to Sincich Decl ¶2, at 16:5-21, 75:3-4.<br>**Exh. C, Cardoza Depo**, to Sincich Decl ¶4, at 66:23-25, 67:1-4.<br>**Exh. E, Meadows Depo**, to Sincich Decl ¶6, at 13:1-17, 66:10-16.<br>**Exh. O, 4-Up Video** at 00:00:00:10, to Sincich Decl ¶16. |
| 196. Officers should consider their backdrop when using deadly force for the safety of the public and involved parties, including because officers can miss and their shots could ricochet and harm innocent people. | **Exh. A, Sun Depo**, to Sincich Decl ¶2, at 14:6-24.<br>**Exh. K, Policy 300**, to Sincich Decl ¶12, at 4. |
| 197. Officer Cardoza's backdrop was in the direction of the two other subjects, and a store occupied by several people. | **Exh. O, 4-Up Video** at 00:00:00:10, to Sincich Decl ¶16. |
| 198. Officers Sun and Meadows backdrop included businesses and several other civilians. | **Exh. E, Meadows Depo**, to Sincich Decl ¶6, at 10:7-23.<br>**Exh. F, Meadows Statement**, to Sincich Decl ¶7, at 18:1-2.<br>**Exh. O, 4-Up Video** at 00:00:00:10, to Sincich Decl ¶16. |
| 199. In this incident, two civilian vehicles were struck by officer bullets. | **Exh. A, Sun Depo**, to Sincich Decl ¶2, at 14:25-15:1. |
| 200. Additionally, one of the subjects in the incident stated that he was hit by shrapnel from officer bullets. | **Exh. A, Sun Depo**, to Sincich Decl ¶2, at 15:23-16:1. |

| Plaintiffs Additional Material Facts | Plaintiffs Supporting Evidence |
|---|---|
| **201.** Defendants never gave a deadly force warning prior to using deadly force. | **Exh. A, Sun Depo**, to Sincich Decl ¶2, at 18:7-16.<br>**Exh. C, Cardoza Depo**, to Sincich Decl ¶4, at 68:2-7.<br>**Exh. E, Meadows Depo**, to Sincich Decl ¶6, at 64:15-22.<br>**Exh. K, Policy 300**, to Sincich Decl ¶12, at 6.<br>**Exh. O, 4-Up Video** at 00:00:00:10, to Sincich Decl ¶16. |
| **202.** Within approximately 45 seconds of arriving, Officer Sun intentionally used deadly force firing six rounds with the intent of striking Valdivia center mass, knowing his hollow-point rounds designed to expand upon impact could cause death or serious bodily injury. | **Exh. A, Sun Depo**, to Sincich Decl ¶2, at 8:13-9:5, 20:6-9, 35:7-15, 71:24-25.<br>**Exh. G, 4-Up Screenshots**, to Sincich Decl ¶8: at 44-91 shots fired without gun in hand.<br>**Exh. H, Sun BWC Screenshots**, to Sincich Decl ¶9: at 44-91 shots fired without gun in hand.<br>**Exh. I, Shots Screenshots** at 1-11 to Sincich Decl ¶10.<br>**Exh. O, 4-Up Video** at 00:12-00:18, to Sincich Decl ¶16. |
| **203.** Officer Sun used a pistol mounted optic, a red dot, to provide a better view of the totality of the incident by allowing the officer to keep both eyes open and focus on the target as well and the scene. | **Exh. A, Sun Depo**, to Sincich Decl ¶2, at 10:8-24. |
| **204.** Officer Sun assessed between each shot as required and important to continuously evaluate the threat and determine if deadly force was inappropriate. | **Exh. A, Sun Depo**, to Sincich Decl ¶2, at 12:9-19, 13:4-8. |
| **205.** Officer Sun described seeing Valdivia's actions in slow motion prior to using deadly force. | **Exh. A, Sun Depo**, to Sincich Decl ¶2, at 13:9-11, 39:16-40:5.<br>**Exh. B, Sun Statement**, to Sincich Decl ¶3, at 25:23-24. |

| Plaintiffs Additional Material Facts | Plaintiffs Supporting Evidence |
|---|---|
| 206. Officer Cardoza intentionally used deadly force by firing five rounds with the intent of striking Valdivia center mass, knowing it would cause death or serious bodily injury. | **Exh. C, Cardoza Depo**, to Sincich Decl ¶4, at 9:6-9, 9:13-24, 23:8-11, 36:21-22.<br>**Exh. G, 4-Up Screenshots**, to Sincich Decl ¶8: at 44-91 shots fired without gun in hand.<br>**Exh. H, Sun BWC Screenshots**, to Sincich Decl ¶9: at 44-91 shots fired without gun in hand.<br>**Exh. I, Shots Screenshots** at 1-11 to Sincich Decl ¶10.<br>**Exh. O, 4-Up Video** at 00:12-00:18, to Sincich Decl ¶16. |
| 207. Officer Cardoza also used a red dot optic to aim her shots more accurately and fire with both eyes open to assess while using force. | **Exh. C, Cardoza Depo**, to Sincich Decl ¶4, at 10:10-11:6. |
| 208. Officer Cardoza assessed between shots as trained to determine whether the subject is still a threat and decide whether or not to continue shooting. | **Exh. C, Cardoza Depo**, to Sincich Decl ¶4, at 11:19-20, 12:5-20.<br>**Exh. G, 4-Up Screenshots**, to Sincich Decl ¶8: at 44-91 shots fired without gun in hand.<br>**Exh. H, Sun BWC Screenshots**, to Sincich Decl ¶9: at 44-91 shots fired without gun in hand.<br>**Exh. I, Shots Screenshots** at 1-11 to Sincich Decl ¶10.<br>**Exh. O, 4-Up Video** at 00:12-00:18, to Sincich Decl ¶16. |
| 209. Officer Cardoza also saw the shooting in slow motion. | **Exh. D, Cardoza Statement**, to Sincich Decl ¶5, at 30:12-25. |
| 210. After hearing Officer Sun start shooting, Officer Meadows intentionally used deadly force firing one round intended for his shot to strike Valdivia center mass, knowing even one shot can cause death or serious bodily injury. | **Exh. E, Meadows Depo**, to Sincich Decl ¶6, at 7:13-8:3, 8:4-19, 9:1-3, 9:11-13, 15:6-10, 15:24-16:5.<br>**Exh. G, 4-Up Screenshots**, to Sincich Decl ¶8: at 44-91 shots fired without gun in hand. |

| Plaintiffs Additional Material Facts | Plaintiffs Supporting Evidence |
|---|---|
|  | **Exh. H, Sun BWC Screenshots**, to Sincich Decl ¶9: at 44-91 shots fired without gun in hand.<br>**Exh. I, Shots Screenshots** at 1-11 to Sincich Decl ¶10.<br>**Exh. O, 4-Up Video** at 00:12-00:18, to Sincich Decl ¶16. |
| 211. Officer Meadows also described that time slowed down and that he could see exactly every step that Valdivia was doing. | **Exh. F, Meadows Statement**, to Sincich Decl ¶7, at 21:3-9.<br>**Exh. G, 4-Up Screenshots**, to Sincich Decl ¶8: at 44-91 shots fired without gun in hand.<br>**Exh. H, Sun BWC Screenshots**, to Sincich Decl ¶9: at 44-91 shots fired without gun in hand.<br>**Exh. I, Shots Screenshots** at 1-11 to Sincich Decl ¶10.<br>**Exh. O, 4-Up Video** at 00:12-00:18, to Sincich Decl ¶16. |
| **Valdivia was Not an Immediate Threat of Death or Serious Bodily Injury** ||
| 212. Given that Officers did not know what Valdivia was thinking, officers must analyze *apparent* intent by the subject's observed conduct and statements made. | **Exh. A, Sun Depo**, to Sincich Decl ¶2, at 26:4-6, 69:9-19.<br>**Exh. C, Cardoza Depo**, to Sincich Decl ¶4, at 25:2-4.<br>**Exh. K, Policy 300**, to Sincich Decl ¶12, at 6.<br>**Clark Decl** ¶12e. |
| 213. Defendants had never met Valdivia before, had no information about his personal or family life, no information about whether he had a criminal history, no information about whether he was involved in a gang, no information about whether he had a history of drug or alcohol use, and no information as to whether Valdivia had any experience handling weapons. | **Exh. A, Sun Depo**, to Sincich Decl ¶2, at 47:21-48:25.<br>**Exh. C, Cardoza Depo**, to Sincich Decl ¶4, at 46:3-17.<br>**Exh. E, Meadows Depo**, to Sincich Decl ¶6, at 30:21-31:10. |

| Plaintiffs Additional Material Facts | Plaintiffs Supporting Evidence |
|---|---|
| 214. Valdivia never verbally threatened any officer and only said "whatever" the entire incident. | **Exh. A, Sun Depo**, to Sincich Decl ¶2, at 51:1-8, 61:6-8.<br>**Exh. C, Cardoza Depo**, to Sincich Decl ¶4, at 49:25-50:2.<br>**Exh. O, 4-Up Video** at 00:00-00:14, to Sincich Decl ¶16. |
| 215. Officer Cardoza had no information that Valdivia ever verbally threatened anybody. | **Exh. C, Cardoza Depo**, to Sincich Decl ¶4, at 49:22-24. |
| 216. Further, Valdivia was not yelling any anyone around him. | **Exh. A, Sun Depo**, to Sincich Decl ¶2, at 49:4-8.<br>**Exh. C, Cardoza Depo**, to Sincich Decl ¶4, at 53:24-54:8. |
| 217. Valdivia never attempted to shoot anyone; never attempted to grab, strike, punch or kick anyone; never attempted to take a hostage; never physically harm anyone; only Valdivia was injured during this incident. | **Exh. A, Sun Depo**, to Sincich Decl ¶2, at 46:14-16, 71:13-19.<br>**Exh. B, Sun Statement**, to Sincich Decl ¶3, at 15:1-3.<br>**Exh. C, Cardoza Depo**, to Sincich Decl ¶4, at 21:19-21, 23:12-15, 49:12-21, 53:24-54:8, 70:10-12, 70:19-71:4.<br>**Exh. D, Cardoza Statement**, to Sincich Decl ¶5, at 17:7-9.<br>**Exh. E, Meadows Depo**, to Sincich Decl ¶6, at 16:18-17:9, 32:3-5, 32:9-21.<br>**Exh. O, 4-Up Video** at 00:00-00:14, to Sincich Decl ¶16. |
| 218. Valdivia never attempted to flee, run or lung; never attempted to enter any nearby business; and never attempted to enter any nearby vehicle. | **Exh. A, Sun Depo**, to Sincich Decl ¶2, at 71:10-12.<br>**Exh. C, Cardoza Depo**, to Sincich Decl ¶4, at 68:19-23, 71:6-11. |
| 219. Instead, Valdivia was compliant with several commands. | **Exh. A, Sun Depo**, to Sincich Decl ¶2, at 59:8-10, 60:6-18.<br>**Exh. C, Cardoza Depo**, to Sincich Decl ¶4, at 61:24-62:1. |

| Plaintiffs Additional Material Facts | Plaintiffs Supporting Evidence |
|---|---|
|  | **Exh. E, Meadows Depo**, to Sincich Decl ¶6, at 60:19-21, 60:25-61:5. 65:18-20, 66:4-9.<br>**Exh. O, 4-Up Video** at 00:12-00:18, to Sincich Decl ¶16.<br>**Clark Decl** ¶11. |
| 220. Valdivia's apparent intent was to comply with Officers and to discard the gun, which is what he did, prior to the shots being fired. | **Exh. O, 4-Up Video** at 00:00-00:18, to Sincich Decl ¶16.<br>**Clark Decl** ¶12e. |
| 221. Valdivia dropped the gun, moved his hand back towards his head away from the gun, and went face-down to the ground where it remained, not reaching for the gun, and had visibly empty hands at the time of all the shots. | **Exh. A, Sun Depo**, to Sincich Decl ¶2, at 72:16-20.<br>**Exh. C, Cardoza Depo**, to Sincich Decl ¶4, at 63:16-21.<br>**Exh. E, Meadows Depo**, to Sincich Decl ¶6, at 77:19-21, 78:21-24.<br>**Exh. G, 4-Up Screenshots**, to Sincich Decl ¶8: at 44-91 shots fired without gun in hand.<br>**Exh. H, Sun BWC Screenshots**, to Sincich Decl ¶9: at 44-91 shots fired without gun in hand.<br>**Exh. I, Shots Screenshots** at 1-11 to Sincich Decl ¶10.<br>**Exh. O, 4-Up Video** at 00:10-00:18, to Sincich Decl ¶16.<br>**Clark Decl** ¶12c-d. |
| 222. Valdivia did not have the capability and did not have the opportunity to imminently cause death or serious bodily injury after he dropped the gun prior to the shots being fired—was unarmed—moved his hand away from it, and looked down on the ground. | **Exh. A, Sun Depo**, to Sincich Decl ¶2, at 70:19-71:3.<br>**Exh. G, 4-Up Screenshots**, to Sincich Decl ¶8: at 44-91 shots fired without gun in hand.<br>**Exh. H, Sun BWC Screenshots**, to Sincich Decl ¶9: at 44-91 shots fired without gun in hand.<br>**Exh. I, Shots Screenshots** at 1-11 to Sincich Decl ¶10.<br>**Exh. K, Policy 300**, to Sincich Decl ¶12, at 6. |

| Plaintiffs Additional Material Facts | Plaintiffs Supporting Evidence |
|---|---|
| | **Exh. O, 4-Up Video** at 00:12-00:18, to Sincich Decl ¶16.<br>**Clark Decl** ¶12e. |
| 223. In slow motion, Officer Sun continued to assess, saw Valdivia drop the gun and put his right hand on the ground, and continued shooting until Valdivia stopped moving despite knowing he dropped the gun. | **Exh. A, Sun Depo**, to Sincich Decl ¶2, at 13:9-11, 39:16-40:5, 72:8-20, 73:14-24: perceived "the firearm was no longer pointed at me"; saw "everything frame by frame before we had to act."<br>**Exh. B, Sun Statement**, to Sincich Decl ¶3, at 25:23-24, 26:20-22, 36:13-23.)<br>**Exh. G, 4-Up Screenshots**, to Sincich Decl ¶8: at 44-91 shots fired without gun in hand.<br>**Exh. H, Sun BWC Screenshots**, to Sincich Decl ¶9: at 44-91 shots fired without gun in hand.<br>**Exh. I, Shots Screenshots** at 1-11 to Sincich Decl ¶10.<br>**Exh. O, 4-Up Video** at 00:12-00:18, to Sincich Decl ¶16. |
| 224. Officer Sun's described: he was firing, he saw Valdivia moving, he saw the gun drop, he kept shooting, Valdivia stopped moving, then he stopped shooting. | **Exh. B, Sun Statement**, to Sincich Decl ¶3, at 26:19-25.<br>**Exh. G, 4-Up Screenshots**, to Sincich Decl ¶8: at 44-91 shots fired without gun in hand.<br>**Exh. H, Sun BWC Screenshots**, to Sincich Decl ¶9: at 44-91 shots fired without gun in hand.<br>**Exh. I, Shots Screenshots** at 1-11 to Sincich Decl ¶10.<br>**Exh. O, 4-Up Video** at 00:12-00:18, to Sincich Decl ¶16. |
| 225. Still, Officer Sun admitted that Valdivia was no longer a perceived threat when "the firearm was no longer pointed at" him. | **Exh. A, Sun Depo**, to Sincich Decl ¶2, at 72:1-3, 72:8-10. |

| Plaintiffs Additional Material Facts | Plaintiffs Supporting Evidence |
|---|---|
| 226. Officer Sun admitted, a person armed with a gun would not be an immediate threat of death or serious bodily injury if they discard the gun, the gun is not within arm's reach, the subject has no other weapons on them, and refrain from making any movement to retrieve the gun. | **Exh. A, Sun Depo**, to Sincich Decl ¶2, at 64:22-65:6.<br>**Exh. K, Policy 300**, to Sincich Decl ¶12, at 6. |
| 227. Officer Sun admitted, even if a person points a gun at an officer, then drops the gun, and does not make any movement towards the gun, the subject is no longer an imminent threat of death or serious bodily injury because the subject lost the ability to cause death or serious bodily injury, and it would not be permissible to use deadly force against that person. | **Exh. A, Sun Depo**, to Sincich Decl ¶2, at 67:2-7, 67:19-25, 70:19-71:3.)<br>**Exh. K, Policy 300**, to Sincich Decl ¶12, at 6. |
| 228. Officer Meadows knew that there was no imminent threat when he saw the gun on the ground and because Valdivia did not reach for the gun after it was on the ground, making deadly force inappropriate because there would not be a perceived imminent threat. | **Exh. E, Meadows Depo**, to Sincich Decl ¶6, at 58:17-59:8, 76:24-77:1.<br>**Exh. G, 4-Up Screenshots**, to Sincich Decl ¶8: at 44-91 shots fired without gun in hand.<br>**Exh. H, Sun BWC Screenshots**, to Sincich Decl ¶9: at 44-91 shots fired without gun in hand.<br>**Exh. I, Shots Screenshots** at 1-11 to Sincich Decl ¶10.<br>**Exh. O, 4-Up Video** at 00:12-00:18, to Sincich Decl ¶16. |
| 229. In slow motion, seeing exactly what Valdivia was doing, Officer Meadows saw the gun fall out of Valdivia's hand, and fired only one round because during his assessment he did not perceive a threat since he no longer had the gun in his hand. | **Exh. E, Meadows Depo**, to Sincich Decl ¶6, at 58:14-16: "I saw the gun on the ground, and I didn't see any imminent threat at that point."<br>**Exh. F, Meadows Statement**, to Sincich Decl ¶7, at 21:3-9, 21:18-22, 34:4-9. |

| Plaintiffs Additional Material Facts | Plaintiffs Supporting Evidence |
|---|---|
|  | **Exh. G, 4-Up Screenshots**, to Sincich Decl ¶8: at 44-91 shots fired without gun in hand.<br>**Exh. H, Sun BWC Screenshots**, to Sincich Decl ¶9: at 44-91 shots fired without gun in hand.<br>**Exh. I, Shots Screenshots** at 1-11 to Sincich Decl ¶10.<br>**Exh. O, 4-Up Video** at 00:12-00:18, to Sincich Decl ¶16. |
| 230. After firing, Officer Meadows believed his round impacted Valdivia. | **Exh. E, Meadows Depo**, to Sincich Decl ¶6, at 69:3-12. |
| 231. Officer Cardoza stated that she stopped firing because Valdivia was no longer a threat because he no longer had a gun in his hand. | **Exh. C, Cardoza Depo**, to Sincich Decl ¶4, at 62:12-63:12.<br>**Exh. K, Policy 300**, to Sincich Decl ¶12, at 6. |
| 232. Based on officer training, if an officer does not objectively perceive a deadly threat, then that officer should not use deadly force. | **Exh. C, Cardoza Depo**, to Sincich Decl ¶4, at 63:9-13.<br>**Exh. K, Policy 300**, to Sincich Decl ¶12, at 6. |
| 233. In slow motion, Officer Cardoza saw Valdivia drop the gun and continued to assess between shots. | **Exh. C, Cardoza Depo**, to Sincich Decl ¶4, at 11:19-20, 63:14-15: saw Valdivia drop the gun.<br>**Exh. D, Cardoza Statement**, to Sincich Decl ¶5, at 30:12-25.<br>**Exh. G, 4-Up Screenshots**, to Sincich Decl ¶8: at 44-91 shots fired without gun in hand.<br>**Exh. H, Sun BWC Screenshots**, to Sincich Decl ¶9: at 44-91 shots fired without gun in hand.<br>**Exh. I, Shots Screenshots** at 1-11 to Sincich Decl ¶10.<br>**Exh. O, 4-Up Video** at 00:12-00:18, to Sincich Decl ¶16. |
| 234. Officer Cardoza admits, if a person has a gun and points it at somebody but then discards the gun, it | **Exh. C, Cardoza Depo**, to Sincich Decl ¶4, at 64:24-65:5, 66:19-22. |

| Plaintiffs Additional Material Facts | Plaintiffs Supporting Evidence |
|---|---|
| would not be appropriate to use deadly force because they are unarmed and would not be a threat under the training. | **Exh. K, Policy 300**, to Sincich Decl ¶12, at 6. |
| 235. The ultimate objective of every law enforcement encounter is to avoid or minimize injury, including by de-escalation when feasible. | **Exh. C, Cardoza Depo**, to Sincich Decl ¶4, at 76:2-8.<br>**Exh. E**, **Meadows Depo** 81:17-20, 81:21-23. |
| 236. Officers should only use force when it reasonably appears necessary under the totality of circumstances, which includes the officer's conduct leading up to the use of force. | **Exh. C, Cardoza Depo**, to Sincich Decl ¶4, at 76:10-13.<br>**Exh. E, Meadows Depo**, to Sincich Decl ¶6, at 81:3-12.<br>**Exh. K, Policy 300**, to Sincich Decl ¶12, at 6. |
| 237. To use deadly force there needs to be more than just any threat, it must specifically be an immediate threat of death or serious bodily injury. | **Exh. A, Sun Depo**, to Sincich Decl ¶2, at 25:19-22, 63:8-20.<br>**Exh. E, Meadows Depo**, to Sincich Decl ¶6, at 59:12-16. |
| 238. Meaning the subject must have the present ability, opportunity, and apparent intent to immediately cause death or serios bodily injury. | **Exh. A, Sun Depo**, to Sincich Decl ¶2, at 68:1-5.<br>**Exh. C, Cardoza Depo**, to Sincich Decl ¶4, at 24:21-23.<br>**Exh. E, Meadows Depo**, to Sincich Decl ¶6, at 82:3-9. |
| 239. Under Penal Code 835a, imminent is not fear of future harm no matter how great the fear and no matter how great the likelihood of the harm. | **Exh. E, Meadows Depo**, to Sincich Decl ¶6, at 82:10-25. |
| 240. An officer cannot use deadly force based on subjective fear alone and are trained to control their fear. | **Exh. C, Cardoza Depo**, to Sincich Decl ¶4, at 77:8-10, 78:9-16.<br>**Exh. E, Meadows Depo**, to Sincich Decl ¶6, at 86:24-87:2. |
| 241. Officers cannot use deadly force merely because a person is not complying with commands, cannot use deadly force merely because a person has a gun in their hand, and cannot use deadly force merely because a subject | **Exh. A, Sun Depo**, to Sincich Decl ¶2, at 20:10-21:2, 25:14-18, 68:18-22.<br>**Exh. C, Cardoza Depo**, to Sincich Decl ¶4, at 24:10-19. |

| Plaintiffs Additional Material Facts | Plaintiffs Supporting Evidence |
|---|---|
| might have the capability of picking up a gun once discarded. | |
| 242. When using deadly force, officers must have reverence for human life, knowing that just one gunshot could kill, officers must justify every shot fired. | **Exh. C, Cardoza Depo**, to Sincich Decl ¶4, at 77:1-7.<br>**Exh. F, Meadows Statement**, to Sincich Decl ¶7, at 32:25-33:1. |
| 243. Valdivia suffered eight gunshot wounds, including two to the head, one to the right shoulder, one to the abdomen, two to the right thigh, and two to the back. | **Exh. J, Autopsy Report** at 1 (CPD 120), to Sincich Decl ¶11. |
| 244. Valdivia died as a result of his injures, the manner of death being "Homicide" and cause of death "Shot by other(s), law enforcement related." | **Exh. J, Autopsy Report** at 1 (CPD 120), to Sincich Decl ¶11. |
| 245. While face down on the ground, having complied several times, Defendants repeatedly shot Valdivia despite his visibly empty hands. | **Exh. G, 4-Up Screenshots**, to Sincich Decl ¶8: at 1-43 discarding gun; at 44-91 shots fired without gun in hand.<br>**Exh. H, Sun BWC Screenshots**, to Sincich Decl ¶9: at 1-43 discarding gun; at 44-91 shots fired without gun in hand.<br>**Exh. I, Shots Screenshots** at 1-11 to Sincich Decl ¶10.<br>**Exh. O, 4-Up Video** at 00:12-00:18, to Sincich Decl ¶16.<br>**Clark Decl** ¶11-12c-d. |
| 246. There were at least 5 units with Officer Sun responding to the call. | **Exh. A, Sun Depo**, to Sincich Decl ¶2, at 53:11-19.<br>**Exh. B, Sun Statement**, to Sincich Decl ¶3, at 17:9-17. |
| 247. Officer Sun was 5'8" and 175 pounds, with 6 years' experience including as a SWAT officer. | **Exh. A, Sun Depo**, to Sincich Decl ¶2, at 22:3-8, 51:14-16. |
| 248. Officer Meadows was 5'10" and 220 pounds, with 11 years' experience. | **Exh. E, Meadows Depo**, to Sincich Decl ¶6, at 14:20-23, 18:11-13. |

| Plaintiffs Additional Material Facts | Plaintiffs Supporting Evidence |
|---|---|
| 249. Officer Cardoza was 5'7" and 170 pounds, with over 3 years' experience. | **Exh. C, Cardoza Depo**, to Sincich Decl ¶4, at 34:13-15. 36:1-6. |
| 250. Valdivia was 5'10" and 215 pounds. | **Exh. A, Sun Depo**, to Sincich Decl ¶2, at 51:10-13.<br>**Exh. J, Autopsy Report** at 6 (CPD 125), to Sincich Decl ¶11. |
| 251. Any reasonable officer under these circumstances would not consider Valdivia to be an immediate threat of death or serious bodily injury at the time; that the use of deadly force against Valdivia by Defendants was inappropriate and unnecessary under the circumstances of this case, violated the standard of care, violated basic law enforcement training, and violated POST standards. | **Exh. G, 4-Up Screenshots**, to Sincich Decl ¶8: at 1-43 discarding gun; at 44-91 shots fired without gun in hand.<br>**Exh. H, Sun BWC Screenshots**, to Sincich Decl ¶9: at 1-43 discarding gun; at 44-91 shots fired without gun in hand.<br>**Exh. I, Shots Screenshots** at 1-11 to Sincich Decl ¶10.<br>**Exh. K, Policy 300**, to Sincich Decl ¶12, at 3-6.<br>**Exh. O, 4-Up Video** at 00:12-00:18, to Sincich Decl ¶16.<br>**Clark Decl** ¶12. |
| 252. Any reasonable officer would know that the law was clearly established at the time of the incident that law enforcement officers could not use deadly force under these circumstances where a subject complies with officer commands, goes to the ground, then discards a gun, then once visibly unarmed as determined by officers who assessed the situation occurring to them in slow motion, repeatedly used deadly force. | **Exh. K, Policy 300**, to Sincich Decl ¶12, at 3-6.<br>**Clark Decl** ¶13. |