**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Marcel F. Sincich, Esq. (SBN 319508)
msincich@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333
Fax: (818) 347-4118

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.V. and X.V., minors by and through their guardian ad litem, Karla Juarez; D.V., a minor, by and through his guardian ad litem, Elias Valdivia; individually and as successors-in-interest to Daniel Luis Valdivia, deceased; JESSICA VALDIVIA; LUIS VALDIVIA JR., individually,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF COVINA; VANESSA CARDOZA; DAVID MEADOWS; BILLY SUN; DOES 1-10, inclusive,<br><br>Defendants. | Case No.: **5:23-cv-01562-CBM-SHK**<br><br>[*Honorable Consuelo B. Marshall*]<br>Magistrate Judge Shashi H. Kewalramani<br><br>**DECLARATION OF MARCEL F. SINCICH IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>[*Filed concurrently with* Plaintiffs' Points and Authorities in Opposition to Summary Judgment; Separate Statement of Genuine Disputes and Additional Material Facts; Objections to Defendants Separate Statement]<br><br>Hearing:   July 15, 2025<br>Time:       10:00 a.m.<br>Crtrm:     8D<br><br>Trial Date: October 21, 2025<br>Complaint Filed: August 4, 2023 |

# DECLARATION OF MARCEL F. SINCICH

I, Marcel F. Sincich, hereby declare as follows:

1. I am an attorney duly licensed to practice law in the State of California and the United States District Court for the Central District of California. I am one of the attorneys of record for the Plaintiffs. I make this declaration in support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment. I have personal knowledge of the facts contained herein and could testify competently thereto if called.

2. Attached hereto as "**Exhibit A**" is a true and correct copy of the relevant portions of the March 6, 2025, Deposition Transcript of Officer Cheng Wei Sun ("**Exh. A, Sun Depo**").

3. Attached hereto as "**Exhibit B**" is a true and correct copy of the relevant portions of the April 18, 2022, Transcript of the Audio Recorded Statement of Officer Billy Sun by Detectives ("**Exh. B, Sun Statement**") regarding the facts of this incident, produced to Plaintiffs during discovery.

4. Attached hereto as "**Exhibit C**" is a true and correct copy of the relevant portions of the March 6, 2025, Deposition Transcript of Officer Vanessa Cardoza ("**Exh. C, Cardoza Depo**").

5. Attached hereto as "**Exhibit D**" is a true and correct copy of the relevant portions of the April 18, 2022, Transcript of the Audio Recorded Statement of Officer Vanessa Cardoza by Detectives ("**Exh. D, Cardoza Statement**") regarding the facts of this incident, produced to Plaintiffs during discovery.

6. Attached hereto as "**Exhibit E**" is a true and correct copy of the relevant portions of the March 7, 2025, Deposition Transcript of Officer David Meadows ("**Exh. E, Meadows Depo**").

7. Attached hereto as "**Exhibit F**" is a true and correct copy of the relevant portions of the April 18, 2022, Transcript of the Audio Recorded Statement

of Officer David Meadows by Detectives ("**Exh. F, Meadows Statement**") regarding the facts of this incident, produced to Plaintiffs during discovery.

8. Attached hereto as "**Exhibit G**" is a true and correct copy of relevant pages of the "4-up – BWC's (synchronized with graphics)," depicting this incident, which was produced to Defendants as an exhibit to the Rule 26 Report of Scott Holdaway – included in Plaintiffs' Initial Expert Disclosures on April 10, 2025 ("**4-Up Screenshots**").

9. Attached hereto as "**Exhibit H**" is a true and correct copy of relevant pages of Screenshots from Officer Sun's Body-Worn Camera, depicting this incident, which was produced to Defendants as an exhibit to the Rule 26 Report of Scott Holdaway – included in Plaintiffs' Initial Expert Disclosures on April 10, 2025 ("**Exh. H, Sun BWC Screenshots**").

10. Attached hereto as "**Exhibit I**" is a true and correct copy of a demonstrative compilation of Screenshots from Officer Sun's Body-Worn Camera from Plaintiffs' Exhibit H, which is merely cropped and enlarged by counsel (i.e., zoomed in) view of the incident from Officer Sun's perspective to make them more accessible for the viewer. Plaintiffs submit this Exhibit as a demonstrative to assist the Court. The Court has the authority to control the mode of presenting evidence. Fed. R. Evid. 611. The Court can accept this demonstrative because based on the capability of the Court's video viewing software, the images may not be conveniently examined by the Court. See Fed. R. Evid. 1006. Plaintiffs' demonstratives streamline the process of viewing the facts in the light most favorable to the non-movants by synthesizing the videos into graphics that show Defendants' inconsistencies and contradictions. *See Scott v. Henrich*, 39 F.3d 912, 915 (9th Cir. 1994); *Sandifer v. U.S. Steel Corp.*, 678 F.3d 590, 592 (7th Cir. 2012), *aff'd*, 571 U.S. 220 (2014) (stating, "since a picture is worth a thousand words, here is a photograph of a man modeling the clothes"); *Atwood v. Ryan*, 870 F3.d 1033,

1066-79 (9th Cir. 2017); *United States v. Kelly*, 874 F.3d 1037, 1045 (9th Cir. 2017) ("**Exh. I, Shots Screenshots**").

11. Attached hereto as "**Exhibit J**" is a true and correct copy of relevant portions of the Autopsy Report dated April 29, 2022, produced to Plaintiffs' by Defendants during discovery as CPD 120-137 ("**Exh. J, Autopsy Report**").

12. Attached hereto as "**Exhibit K**" is a true and correct copy of relevant portions of the Covina Police Department Use of Force Policy 300, dated March 17, 2022, which was in effect at the time of the incident, produced to Plaintiffs' by Defendants during discovery as CPD 972-981 ("**Exh. K, Use of Force Policy**").

13. Attached hereto as "**Exhibit L**" is a true and correct copy of the Body Worn Camera Video of Sergeant Statler (CPD 38), depicting the incident, produced by Defendants ("**Exh. L, Statler BWC**").

14. Attached hereto as "**Exhibit M**" is a true and correct copy of relevant portions of the Covina Police Department Use of Force Policy 307, dated March 17, 2022, which was in effect at the time of the incident, produced to Plaintiffs' by Defendants during discovery as CPD 975-977 ("**Exh. M, Officer Response to Calls Policy**").

15. Attached hereto as "**Exhibit N**" is a true and correct copy of the County Liquor Surveillance Video with frame counter depicting the incident, which was produced to Defendants on June 9, 2025 pursuant to the Rule 26 as part of materials created by Plaintiffs' expert Scott Holdaway ("**Exh. N, Surveillance Video**").

16. Attached hereto as "**Exhibit O**" is a true and correct copy of the video "4-up – BWC's (synchronized with graphics)," depicting this incident, which was produced to Defendants as an exhibit to the Rule 26 Report of Scott Holdaway – included in Plaintiffs' Initial Expert Disclosures on April 10, 2025 ("**4-Up Video**").

17. Attached hereto as "**Exhibit P**" is a true and correct copy of the Officer Sun's Body-Worn Camera with frame counter, depicting the incident, depicting this incident, which was produced to Defendants as an exhibit to the Rule 26 Report of

Scott Holdaway – included in Plaintiffs' Initial Expert Disclosures on April 10, 2025 ("**Exh. P, Sun BWC with Counter**").

18. Attached hereto as "**Exhibit Q**" is a true and correct copy of the Body Worn Camera Video of Officer Sun (CPD 37), depicting the incident, produced by Defendants ("**Exh. Q, Sun BWC**").

19. Attached hereto as "**Exhibit R**" is a true and correct copy of the Body Worn Camera Video of Officer Meado (CPD 4), depicting the incident, produced by Defendants ("**Exh. R, Meadows BWC**").

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 17th day of June, 2025.

_____

_____
Marcel F. Sincich