# EXHIBIT B

| In the Matter of: | ) |
|---|---|
| Officer-involved shooting | ) Case No. |
| Transcription of Tape-recorded | ) 5:23-cv-01562 |
| Interview of Cheng Wei Sun | ) -CBM-SHK |
| | ) |

**Transcriptions of tape-recorded interview of**

**Interview of Witness Cheng Wei Sun**

**by Special Agent. Zurawski.**

Transcribed by:
Gianna Pereria

Job Number:
TP11529B

"Witness Cheng Wei Sun"

SPECIAL AGENT ZURAWSKI: All right, recorder is going, t. So today's date is April 18th, 2022. It is now 1104 hours. This interview is being audio recorded by myself, Special Agent Paul Zurawski. Detective Oswaldo Preciado, P-r-e-c-i-a-d-o. Attorney Vanessa Munos, M-u-n-o-s.

This interview is also being monitored by the following people in the next room as well. Special Agent Supervisor Samuel Richardson, R-i-c-h-a-r-d-s-o-n. Special Agent Allen Oratovsky, O-r-a-t-o-v-s-k-y. And Deputy Attorney General Namita Patel, P-a-t-e-l. We're going to identify everyone in the room right now, starting with you, Oswaldo.

DETECTIVE PRECIADO: Detective Oswaldo Preciado. Last name spelled P-r-e-c-i-a-d-o. Badge number 2243.

CHENG WEI SUN: My name is Officer -- or my name is Cheng Wei Sun spelled C-h-e-n-g dash W-e-i last of Sun. I go by Billy as well, B-i-l-l-y. I'm an officer with the Covina PD. Badge number 2788.

ATTORNEY MUNOS: And Vanessa Munos, Mastagni Holstedt representing Officer Sun. And my last name is spelled M-u-n-o-s.

SPECIAL AGENT ZURAWSKI: Okay. This is going to be

SPECIAL AGENT ZURAWSKI: Thank you. During this incident, were you injured at all?

CHENG WEI SUN: No.

SPECIAL AGENT ZURAWSKI: No. Okay. Have you prepared or have you been ordered to prepare a written report regarding this incident?

CHENG WEI SUN: No.

SPECIAL AGENT ZURAWSKI: Not yet. Okay.

CHENG WEI SUN: Not yet.

SPECIAL AGENT ZURAWSKI: All right. So right now I'm going to give you the time to give me a detailed account of the incident. So at this point, I want you to provide me with a detailed account of the incident and what you remember from start to finish. Once you are done, I'll most likely have some follow up questions. If a break is needed or wanted, please ask and I'll provide you the time that you need.

CHENG WEI SUN: Yes, sir.

SPECIAL AGENT ZURAWSKI: All right.

CHENG WEI SUN: So on that night, it was almost 10:00 p.m. A little bit before that I had some reports to write. So I had parked at the Metrolink parking structure. That parking structure is in our downtown area. I was parked there, writing my reports shortly after Officer Meadows showed up as well to write his

already, you know, produced a handgun at somebody in a threatening manner. We had multiple callers stating the same thing, which means the credibility is -- is pretty high at this point. That his actions are rapidly evolving, consistently getting into arguments with people. So like, I'm thinking already like, hey, this potentially could cause mass -- he could cause mass casualties.

And it sounds pretty credible. So I -- I'm already thinking like, hey, how am I going to set this up tactically. Paul 36, who was Corey Avilo at the time says he starting to head that way as well. And I see Officer Meadows behind me driving down the ramp. So I know that I have like at least five units with me and I know that there's going to be more people coming.

So I -- I set up two units on the east side, Officer Avilo on the west side, and I tell Meadows over the radio, "Hey, me and you are going to park behind Starbucks and then we're going to go ahead and make our approach once we get there."

I tell the person, "Hey, whoever's behind us, go ahead and just set up at the Salvation Army area to hold that containment spot." And -- I guess, describe the area to you.

So Country Liquor right there, that -- that plaza is

decided we're going to take a stealth approach and set up containment.

So knowing that this guy's, you know, possibly at the liquor store, there's no point of us coming lights and sirens, having him hear us giving him that moment to think, what am I going to do. And potentially start taking people hostage. So once me and Meadows -- I hear Dixon, Cardoza get there, me and Meadows get there, and we parked behind Starbucks.

As I'm getting out of the car in my seat of my patrol vehicle. I remember hearing dispatch say, "Hey the guy has the gun in his right pocket."

So -- so I -- I instantly think, hey, so this -- this information is at least a couple seconds delayed by dispatch. He could have moved from the liquor store already to Starbucks if he saw us. So when I got out of my car, I don't know when it happened.

I just know I had my gun out already. So I got out of my car, then my gun out was out. As I was kind of walking up, I heard Officer Marquez, who was Paul three one, he said something on the radio and I -- to me it sounded like he was checking one, which is like -- it sounded like to me that he was out there with the subject and I didn't even know he was at the call.

So I was like, oh, like, give me that. I was kind of

of concerned for him, so I was like, he shouldn't be there by himself. So I kind of moved up a little bit and I saw that he wasn't there. I was probably about 20 to 25 yards away from the subject. I saw him. So he was -- on the radio call, he was described as a male Hispanic in his 40s wearing a black hoodie.

I saw a male Hispanic who looked like he was in his forties wearing a black hoodie wearing baggy clothing, cover his waistband, baggy jeans. You know, all places where I know people conceal weapons at. I see him arguing with two other subjects. He's like facing the liquor store, arguing with these two subjects. Meadows is behind me. He doesn't see us. So I think like, hey, like, do we move up or do we stay here?

And my reason to move up was, if he decided to take a hostage at that point, there's no way I can -- distance wise, I could react safely before he, you know, kills one of these people. He's reassured a propensity for violence. There's multiple callers calling about him. People know exactly where this gun is, and he's currently in an argument and everything's rapidly involving.

And the last thing I want to do is not have the distance to react to it, right? So preservation of life. So I make my approach with Officer Meadows. When

bringing his hand down and I just let go of my radio, bring both my hands up, and I tell him -- I yell as a loud as I can, "Don't reach for it."

And it's like I was giving him the command not to reach for it. But I felt like I was begging him, like, please don't reach for it. Please don't reach for it. That's what I felt like it was happening. And he just decided to keep going. And he put his hand in his pocket. It was like -- it's not like he reached around, he went straight into his pocket. It was so deliberate, still looking at me, and almost instantly he pulls it out.

And like, that was another huge red flag to me. Because for someone to be able to have a gun in their pocket, go in, grip, come out with like a good grip like that shows me that, hey, this guy is a trained shooter, or he has some kind of firearms experience like coming out from the pocket. That deliberate -- that deliberately without any mistake.

This guy has a massive grip, which is like the technical term for having a good grip on your gun from when you're about to shoot. It comes out and I see a black handgun. He's coming up -- he's coming up, and I -- I -- it's like, it was in slow motion for me, right? I see him bringing it here -- and at this point, I -- I

knew that if he even pointed it towards us he would have the advantage on us.

We wouldn't be like -- reaction time-wise. But I'm thinking, please don't point it at us. Please don't point it at us. I don't want to have to make that decision. I don't -- please don't force us to make this decision. I'm thinking about if he points that at us, he's going to kill Officer Meadows. He's going to kill me. He's going to -- you know, create all these, you know, further deaths.

And honestly, like, I made it -- I was in fear of, you know, being killed by him. He pulls it out and as he brings it forward towards us, I'm just like, slow motion thinking. Please don't point it. Please don't point it. And at one point he gets to like right here. Like, it's -- the barrel's in our direction now. And I don't have -- I don't have a choice anymore. So I decide to pull the trigger.

I fired a sequence of shots. As I was firing, I saw him still moving. The handgun dropped at some point, I noticed was within arm's reach of him, like inches away. And I kept shooting until he stopped moving. I believe I shot around five or six rounds. He stopped moving. And at that point I stopped shooting. I kind of stood there, like kind of how we're trained. I stood there, I

what you received from dispatch. So what type of person did you think you were going to be dealing with when you went 97?

CHENG WEI SUN: It sounded like from the radio call that he was argumentative. He didn't fear taking his weapon out and pointing it at people. That he wanted to intimidate people, and he was in some kind of altercation. Armed altercation.

SPECIAL AGENT ZURAWSKI: You -- looks like the area you were very familiar with it. Sounds like a -- it's a -- it's a high -- high crime, high calls of service area.

CHENG WEI SUN: Yes. Yes.

SPECIAL AGENT ZURAWSKI: So you -- you -- you mentioned the -- the tactical plan as you guys were responding to the location, what was the intended goal of the plan?

CHENG WEI SUN: The containment -- the intention of the containment was if this dude decided to -- sorry, if this subject decided to flee he would not be able to. It sounded like it was locked down. The intention of us going in, in -- in a stealth manner of not being detected is to get enough distance to be effective in detaining him.

Where he felt like, you know, he didn't have the

SPECIAL AGENT ZURAWSKI: Okay. Do you recall if there was any visual obstructions between you and -- and the decedent?

CHENG WEI SUN: No.

SPECIAL AGENT ZURAWSKI: Okay. So approximately how many rounds did you fire?

CHENG WEI SUN: Five to six.

SPECIAL AGENT ZURAWSKI: And how many volleys did you deliver those rounds?

CHENG WEI SUN: One.

SPECIAL AGENT ZURAWSKI: One. Why did you stop firing your weapon?

CHENG WEI SUN: So the -- at some point during the shooting, the gun had -- he had -- the gun had dropped, but he was within arms reach of it. He was still moving, which means that he still going to, at any time, pick up that gun and shoot at us, shoot other civilians and kill us and kill civilians.

So the moment he stopped moving, I stopped shooting. Because, you know, there was that -- there was that mindset of, hey, like, well, I -- I still had my sights on him, but couldn't give him the opportunity not to reach for it again.

SPECIAL AGENT ZURAWSKI: Were you aware of your decedent and his backdrop?

STATE OF CALIFORNIA )
) SS.
COUNTY OF LOS ANGELES )

I, Gianna Pereira, a transcriber for Lynden J. And Associates, Inc., do hereby certify:

That said proceedings were listened to by me and were transcribed into typewriting under my direction and supervision; and I hereby certify that the foregoing transcript of the proceedings is a full, true, and correct transcript to the best of my ability.

I further certify that I am neither counsel for nor related to any party to said action, not in anywise interested in the outcome thereof.

In witness whereof, I have hereunto subscribed my name this 1st day of October, 2024.

GiannaMaria

Gianna Pereira