EXHIBIT D

```
In the Matter of:                    )
Officer-involved shooting            ) Case No.
Transcription of Tape-recorded       ) 5:23-cv-01562
Interview of Officer Vanessa Cardoza) -CBM-SHK
_____)
```

<u>Transcriptions of tape-recorded interview of</u>

<u>Interview of Officer Cardoza</u>

<u>by Special Agent. Zurawski.</u>

Transcribed by:
Gianna Pereria

Job Number:
TP11529A

```
 1                    "Officer Vanessa Cardoza"

 2

 3        SPECIAL AGENT ZURAWSKI:  We're going to go live.

 4    All right.  Good morning everyone.

 5        ATTORNEY MUNOS:  Good morning.

 6        SPECIAL AGENT ZURAWSKI:  Today's date is April 18th,

 7    2022, and it is 0917 hours.  My recorder is going.  This

 8    interview is going to be digitally recorded by me and

 9    two other people in the interview room.  Detective

10    Oswaldo Preciado and Attorney Vanessa Munos.  This

11    interview is being monitored by the following people in

12    the next room as well.

13        Special Agent Supervisor Samuel Richardson,

14    R-i-c-h-a-r-d-s-o-n.  Special Agent Allen Oratovsky,

15    O-r-a-t-o-v-s-k-y.  And Deputy Attorney General Namita

16    Patel, P-a-t-e-l.  Now, we'll go along and we'll

17    identify everyone in the room.  I'll go last if you can

18    go and spell your last name please.

19        DETECTIVE PRECIADO:  Detective Oswaldo Preciado.

20    Last name spelling, P-r-e-c-i-a-d-o.

21        VANESSA CARDOZA:  Officer Vanessa Cardoza.  Last

22    name C-a-r-d-o-z-a.

23        ATTORNEY MUNOS:  And Vanessa Munoz with Mastagni

24    Holstedt representing Ms. Cardoza.  And my last name is

25    spelled M-u-n-o-s.
```

2

1   mil, the magazines you can actually add one in.  I think

2   I accidentally added one in.

3         SPECIAL AGENT ZURAWSKI:  Okay.  So do you think you

4   had 17, 17, 17 plus one on you when you went 10-8 that

5   day?

6         VANESSA CARDOZA:  I believe so, yeah.

7         SPECIAL AGENT ZURAWSKI:  Okay.  Were you injured at

8   all during this incident?

9         VANESSA CARDOZA:  No.

10        SPECIAL AGENT ZURAWSKI:  Okay, cool.  So have you --

11   have you prepared or been ordered to prepare any written

12   reports regarding this incident?

13        VANESSA CARDOZA:  No.

14        SPECIAL AGENT ZURAWSKI:  No.  Not yet.  Well, you

15   probably -- probably will have to write a report at the

16   end, right?  But as -- as of yet, no reports yet?

17        VANESSA CARDOZA:  No, sir.

18        SPECIAL AGENT ZURAWSKI:  Okay.  So that's all the --

19   that's all the intro questions I have for you.  Now, I'm

20   going to give you the -- the time to provide a detailed

21   account of this -- of this incident.  I would like you

22   to provide me a detailed account of the incident and

23   what you remember from start to finish.

24        Once you're done, I'll most likely have some follow

25   up questions.  If a break is needed or wanted, just

17

1        VANESSA CARDOZA:  I honestly cannot say, sir.

2        SPECIAL AGENT ZURAWSKI:  So why did you stop firing

3    your weapon?

4        VANESSA CARDOZA:  The suspect no longer had the

5    firearm in his hand.

6        SPECIAL AGENT ZURAWSKI:  Okay.  Do you recall, I

7    think you already said your background was clear.  You

8    didn't -- you didn't have anything behind your

9    background.  Did you render any aid to the decedent?

10       VANESSA CARDOZA:  No.  My focus was on everybody

11   else.  My partners were rendering the aid.

12       SPECIAL AGENT ZURAWSKI:  Okay.  So this question,

13   I'll -- I'll explain this one a little bit more.  I am

14   interested to see if you experience any physiological

15   effects during or after the officer-involved shooting.

16   Some examples of those are tunnel vision, auditory

17   exclusion, which is not hearing, or hyper hearing shots,

18   or not hearing shots.  Increased heart rate, time

19   slowing down, speeding up.  Do you -- do you recall if

20   you experienced any of those?

21       VANESSA CARDOZA:  I don't remember hearing the

22   shots.  And I do believe there was some type of like,

23   slow motion going on mentally, because everything in my

24   head it was kind of just like there's a firearm, he's

25   pointing it, he's going to kill them.

30

LYNDEN J. AND ASSOCIATES, INC.    (800) 972-3376

```
1      STATE OF CALIFORNIA        )

2                                 )      SS.

3      COUNTY OF LOS ANGELES      )

4

5              I, Gianna Pereira, a transcriber for

6      Lynden J. And Associates, Inc., do hereby certify:

7              That said proceedings were listened to by me

8      and were transcribed into typewriting under my direction

9      and supervision; and I hereby certify that the foregoing

10     transcript of the proceedings is a full, true, and

11     correct transcript to the best of my ability.

12              I further certify that I am neither

13      counsel for nor related to any party to said action,

14      not in anywise interested in the outcome

15      thereof.

16              In witness whereof, I have hereunto

17     subscribed my name this 1st day of October, 2024.

18

19

20

21

22                     Gianna Pereira

23

24

25
```

34