# EXHIBIT G



**PLAINTIFFS' EXHIBIT "G"**

Page 1





**PLAINTIFFS' EXHIBIT "G"**

Page 3









**PLAINTIFFS' EXHIBIT "G"**



PLAINTIFFS' EXHIBIT "G"



PLAINTIFFS' EXHIBIT "G"







PLAINTIFFS' EXHIBIT "G"



OFFICER SUN BWC
FRAME: 4431

Time until item leaves decedents hand: -01.24

COVPD44_LL0044   N34/05/23   W117/53/18   0MPH   2022/04/09 22:17:07

OFFICER MEADOWS BWC
FRAME: 1376

COVPD36_LL0036   N34/06/23   W117/53/22   0MPH   2022/04/09 22:17:09

OFFICER STATLER BWC
FRAME: 1692

ALL FRAME NUMBERS BELOW REFER TO OFFICER SUN'S BWC

COVPD07_LL0007   2022/04/09 22:17:07

OFFICER RASMUSSEN BWC
FRAME: 351

COVPD48_LL0048   2022/04/09 22:17:12

**PLAINTIFFS' EXHIBIT "G"**          **Page 13**



PLAINTIFFS' EXHIBIT "G"







OFFICER SUN BWC
FRAME: 4435

Time until item leaves decedents hand: -01.08

COVPD44_LL0044  N34/05/23    W117/53/18    0MPH    2022/04/09 22:17:07

OFFICER MEADOWS BWC
FRAME: 1380

COVPD36_LL0036  N34/06/23    W117/53/22    0MPH    2022/04/09 22:17:09

OFFICER STATLER BWC
FRAME: 1696

COVPD07_LL0007    2022/04/09 22:17:07

ALL FRAME NUMBERS BELOW REFER TO OFFICER SUN'S BWC

OFFICER RASMUSSEN BWC
FRAME: 355

COVPD48_LL0048    2022/04/09 22:17:12

**PLAINTIFFS' EXHIBIT "G"**                    **Page 17**





OFFICER SUN BWC
FRAME: 4437

Time until item leaves decedents hand: -01.00

COVPD44_LL0044   N34/05/23   W117/53/18   0MPH   2022/04/09 22:17:07

OFFICER MEADOWS BWC
FRAME: 1382

COVPD36_LL0036   N34/06/23   W117/53/22   0MPH   2022/04/09 22:17:09

OFFICER STATLER BWC
FRAME: 1698

COVPD07_LL0007   2022/04/09 22:17:07

ALL FRAME NUMBERS BELOW REFER TO OFFICER SUN'S BWC

OFFICER RASMUSSEN BWC
FRAME: 357

COVPD48_LL0048   2022/04/09 22:17:12

**PLAINTIFFS' EXHIBIT "G"**

**Page 19**







PLAINTIFFS' EXHIBIT "G"





OFFICER SUN BWC
FRAME: 4442

Time until item leaves decedents hand: -00.80

COVPD44_LL0044   N34/05/23   W117/53/18   0MPH   2022/04/09  22:17:08

OFFICER MEADOWS BWC
FRAME: 1387

COVPD36_LL0036   N34/06/23   W117/53/22   0MPH   2022/04/09  22:17:10

ALL FRAME NUMBERS BELOW REFER TO OFFICER SUN'S BWC

OFFICER STATLER BWC
FRAME: 1703
COVPD07_LL0007   2022/04/09  22:17:07

OFFICER RASMUSSEN BWC
FRAME: 362
COVPD48_LL0048   2022/04/09  22:17:12









OFFICER SUN BWC
FRAME:  4446

OFFICER MEADOWS BWC
FRAME:  1391

Time until item leaves decedents hand:  - 00.64

COVPD44_LL0044  N34/05/23    W117/53/18    0MPH    2022/04/09  22:17:08

COVPD36_LL0036  N34/06/23    W117/53/22    0MPH    2022/04/09  22:17:10

ALL FRAME NUMBERS BELOW REFER TO OFFICER SUN'S BWC

OFFICER STATLER BWC
FRAME:  1707

OFFICER RASMUSSEN BWC
FRAME:  366

COVPD07_LL0007  2022/04/09  22:17:07

COVPD48_LL0048  2022/04/09  22:17:13

**PLAINTIFFS' EXHIBIT "G"**                                          **Page 28**



OFFICER SUN BWC
FRAME:  4447

OFFICER MEADOWS BWC
FRAME:  1392

Time until item leaves decedents hand:  - 00.60

COVPD44_LL0044    N34/05/23    W117/53/18    0MPH    2022/04/09  22:17:08

COVPD36_LL0036    N34/06/23    W117/53/22    0MPH    2022/04/09  22:17:10

ALL FRAME NUMBERS BELOW REFER TO OFFICER SUN'S BWC

OFFICER STATLER BWC
FRAME:  1708

OFFICER RASMUSSEN BWC
FRAME:  367

COVPD07_LL0007    2022/04/09  22:17:08

COVPD48_LL0048    2022/04/09  22:17:13

**PLAINTIFFS' EXHIBIT "G"**

**Page 29**







OFFICER SUN BWC
FRAME: 4450

OFFICER MEADOWS BWC
FRAME: 1395

Time until item leaves decedents hand: -00.48

COVPD44_LL0044 N34/05/23     W117/53/18     0MPH     2022/04/09 22:17:08

COVPD36_LL0036 N34/06/23     W117/53/22     0MPH     2022/04/09 22:17:10

ALL FRAME NUMBERS BELOW REFER TO OFFICER SUN'S BWC

OFFICER STATLER BWC
FRAME: 1711

OFFICER RASMUSSEN BWC
FRAME: 370

COVPD07_LL0007 2022/04/09 22:17:08

COVPD48_LL0048 2022/04/09 22:17:13

**PLAINTIFFS' EXHIBIT "G"**          **Page 32**



PLAINTIFFS' EXHIBIT "G"









OFFICER SUN BWC
FRAME: 4455

OFFICER MEADOWS BWC
FRAME: 1400

Time until item leaves decedents hand: -00.28

COVPD44_LL0044    N34/05/23    W117/53/18    0MPH    2022/04/09 22:17:08

COVPD36_LL0036    N34/06/23    W117/53/22    0MPH    2022/04/09 22:17:10

ALL FRAME NUMBERS BELOW REFER TO OFFICER SUN'S BWC

OFFICER STATLER BWC
FRAME: 1716

OFFICER RASMUSSEN BWC
FRAME: 375

COVPD07_LL0007    2022/04/09 22:17:08

COVPD48_LL0048    2022/04/09 22:17:13

**PLAINTIFFS' EXHIBIT "G"**                    **Page 37**



PLAINTIFFS' EXHIBIT "G"



OFFICER SUN BWC 🔊
FRAME: 4457

OFFICER MEADOWS BWC
FRAME: 1402

Time until item leaves decedents hand: -00.20

COVPD44_LL0044   N34/05/23   W117/53/18   0MPH   2022/04/09 22:17:08

COVPD36_LL0036   N34/06/23   W117/53/22   0MPH   2022/04/09 22:17:10

ALL FRAME NUMBERS BELOW REFER TO OFFICER SUN'S BWC

OFFICER STATLER BWC
FRAME: 1718

COVPD07_LL0007   2022/04/09 22:17:08

OFFICER RASMUSSEN BWC
FRAME: 377

COVPD48_LL0048   2022/04/09 22:17:13

**PLAINTIFFS' EXHIBIT "G"**                                    **Page 39**









OFFICER SUN BWC
FRAME: 4461

OFFICER MEADOWS BWC
FRAME: 1406

Time until item leaves decedents hand: -00.04

COVPD44_LL0044    N34/05/23    W117/53/18    0MPH    2022/04/09 22:17:08

COVPD36_LL0036    N34/06/23    W117/53/22    0MPH    2022/04/09 22:17:10

ALL FRAME NUMBERS BELOW REFER TO OFFICER SUN'S BWC

OFFICER STATLER BWC
FRAME: 1722

COVPD07_LL0007    2022/04/09 22:17:08

OFFICER RASMUSSEN BWC
FRAME: 381

COVPD48_LL0048    2022/04/09 22:17:13

**PLAINTIFFS' EXHIBIT "G"**                                    **Page 43**









OFFICER SUN BWC
FRAME: 4465

Time since item leaves decedents hand: +00.12

COVPD44_LL0044  N34/05/23    W117/53/18    0MPH    2022/04/09 22:17:09

OFFICER MEADOWS BWC
FRAME: 1410

COVPD36_LL0036  N34/06/23    W117/53/22    0MPH    2022/04/09 22:17:10

OFFICER STATLER BWC
FRAME: 1726

ALL FRAME NUMBERS BELOW REFER TO OFFICER SUN'S BWC
Frame 4464 - Spike in audio waveform from first gunshot
Frame 4464 - Flash of light seen coming from Officer Cardoza in security footage *(May be off by up to 3 frames)*

COVPD07_LL0007  2022/04/09 22:17:08

OFFICER RASMUSSEN BWC
FRAME: 385

COVPD48_LL0048  2022/04/09 22:17:13

**PLAINTIFFS' EXHIBIT "G"**                              **Page 47**



PLAINTIFFS' EXHIBIT "G"



PLAINTIFFS' EXHIBIT "G"









OFFICER SUN BWC
FRAME: 4471

Time since item leaves decedents hand: +00.36

COVPD44_LL0044    N34/05/23    W117/53/18    0MPH    2022/04/09 22:17:09

OFFICER MEADOWS BWC
FRAME: 1416

COVPD36_LL0036    N34/06/23    W117/53/22    2MPH    2022/04/09 22:17:11

ALL FRAME NUMBERS BELOW REFER TO OFFICER SUN'S BWC
Frame 4464 - Spike in audio waveform from first gunshot
Frame 4464 - Flash of light seen coming from Officer Cardoza in security footage *(May be off by up to 3 frames)*
Frame 4469 - Officer Sun gunshot *(Vibration and gun smoke seen in Officer Sun's BWC)*

OFFICER STATLER BWC
FRAME: 1732

COVPD07_LL0007    2022/04/09 22:17:08

OFFICER RASMUSSEN BWC
FRAME: 391

COVPD48_LL0048    2022/04/09 22:17:14

**PLAINTIFFS' EXHIBIT "G"**







PLAINTIFFS' EXHIBIT "G"



OFFICER SUN BWC
FRAME:  4475

Time since item leaves decedents hand:  +00.52

COVPD44_LL0044    N34/05/23    W117/53/18    0MPH    2022/04/09 22:17:09

OFFICER MEADOWS BWC
FRAME:  1420

COVPD36_LL0036    N34/06/23    W117/53/22    2MPH    2022/04/09 22:17:11

OFFICER STATLER BWC
FRAME:  1736

COVPD07_LL0007    2022/04/09 22:17:09

ALL FRAME NUMBERS BELOW REFER TO OFFICER SUN'S BWC
Frame 4464 - Spike in audio waveform from first gunshot
Frame 4464 - Flash of light coming from Officer Cardoza in security footage *(May be off by up to 3 frames)*
Frame 4469 - Officer Sun gunshot *(Vibration and gun smoke seen in Officer Sun's BWC)*

OFFICER RASMUSSEN BWC
FRAME:  395

EXIT ONLY

COVPD48_LL0048    2022/04/09 22:17:14

**PLAINTIFFS' EXHIBIT "G"**          **Page 57**









OFFICER SUN BWC
FRAME: 4479

OFFICER MEADOWS BWC
FRAME: 1424

Time since item leaves decedents hand: +00.68

COVPD44_LL0044    N34/05/23    W117/53/18    0MPH    2022/04/09    22:17:09

COVPD36_LL0036    N34/06/23    W117/53/22    2MPH    2022/04/09    22:17:11

ALL FRAME NUMBERS BELOW REFER TO OFFICER SUN'S BWC
Frame 4464 - Spike in audio waveform from first gunshot
Frame 4464 - Flash of light seen coming from Officer Cardoza in security footage (May be off by up to 3 frames)
Frame 4469 - Officer Sun gunshot (Vibration and gun smoke seen in Officer Sun's BWC)
Frame 4477 - Officer Sun gunshot (Vibration seen in Officer Sun's BWC)

OFFICER STATLER BWC
FRAME: 1740

OFFICER RASMUSSEN BWC
FRAME: 399

COVPD07_LL0007    2022/04/09    22:17:09

COVPD48_LL0048    2022/04/09    22:17:14

**PLAINTIFFS' EXHIBIT "G"**

**Page 61**





**PLAINTIFFS' EXHIBIT "G"**  **Page 63**



OFFICER SUN BWC
FRAME: 4482

OFFICER MEADOWS BWC
FRAME: 1427

Time since item leaves decedents hand: +00.80

COVPD44_LL0044  N34/05/23  W117/53/18  0MPH  2022/04/09 22:17:09

COVPD36_LL0036  N34/06/23  W117  2022/04/09 22:17:11

ALL FRAME NUMBERS BELOW REFER TO OFFICER SUN'S BWC
Frame 4464 - Spike in audio waveform from first gunshot
Frame 4464 - Flash of light seen coming from Officer Cardoza in security footage *(May be off by up to 3 frames)*
Frame 4469 - Officer Sun gunshot *(Vibration and gun smoke seen in Officer Sun's BWC)*
Frame 4477 - Officer Sun gunshot *(Vibration seen in Officer Sun's BWC)*

OFFICER STATLER BWC
FRAME: 1743

OFFICER RASMUSSEN BWC
FRAME: 402

COVPD07_LL0007  2022/04/09 22:17:09

COVPD48_LL0048  2022/04/09 22:17:14

**PLAINTIFFS' EXHIBIT "G"**









PLAINTIFFS' EXHIBIT "G"









**ALL FRAME NUMBERS BELOW REFER TO OFFICER SUN'S BWC**
Frame 4464 - Spike in audio waveform from first gunshot
Frame 4464 - Flash of light seen coming from Officer Cardoza in security footage *(May be off by up to 3 frames)*
Frame 4469 - Officer Sun gunshot *(Vibration and gun smoke seen in Officer Sun's BWC)*
Frame 4477 - Officer Sun gunshot *(Vibration seen in Officer Sun's BWC)*
Frame 4483 - Officer Meadows gunshot *(Vibration and gun smoke seen in Officer Meadow's BWC)*
Frame 4488 - Officer Sun gunshot *(Vibration seen in Officer Sun's BWC)*
Frame 4490 - Flash of light seen coming from Officer Cardoza in security footage *(May be off by up to 3 frames)*







OFFICER SUN BWC
FRAME: 4493

Time since item leaves decedents hand: +01.24

COVPD44_LL0044   N34/05/23   W117/53/18   0MPH   2022/04/09 22:17:10

OFFICER MEADOWS BWC
FRAME: 1438

COVPD36_LL0036   N34/06/23   W117/53/22   1MPH   2022/04/09 22:17:12

OFFICER STATLER BWC
FRAME: 1754

COVPD07_LL0007   2022/04/09 22:17:09

OFFICER RASMUSSEN BWC
FRAME: 413

COVPD48_LL0048   2022/04/09 22:17:14

ALL FRAME NUMBERS BELOW REFER TO OFFICER SUN'S BWC
Frame 4464 - Spike in audio waveform from first gunshot
Frame 4464 - Flash of light seen coming from Officer Cardoza in security footage (May be off up to 3 frames)
Frame 4469 - Officer Sun gunshot (Vibration and gun smoke seen in Officer Sun's BWC)
Frame 4477 - Officer Sun gunshot (Vibration seen in Officer Sun's BWC)
Frame 4483 - Officer Meadows gunshot (Vibration and gun smoke seen in Officer Meadow's BWC)
Frame 4488 - Officer Sun gunshot (Vibration seen in Officer Sun's BWC)
Frame 4490 - Flash of light seen coming from Officer Cardoza in security footage (May be off up to 3 frames)
Frame 4493 - Officer Sun gunshot (Vibration seen in Officer Sun's BWC)

**PLAINTIFFS' EXHIBIT "G"**                    **Page 75**



PLAINTIFFS' EXHIBIT "G"



OFFICER SUN BWC
FRAME: 4495

Time since item leaves decedents hand: +01.32

COVPD44_LL0044    N34/05/23    W117/53/18    0MPH    2022/04/09 22:17:10

OFFICER MEADOWS BWC
FRAME: 1440

COVPD36_LL0036    N34/06/23    W117/53/22    1MPH    2022/04/09 22:17:12

OFFICER STATLER BWC
FRAME: 1756

COVPD07_LL0007    2022/04/09 22:17:09

ALL FRAME NUMBERS BELOW REFER TO OFFICER SUN'S BWC
Frame 4464 - Spike in audio waveform from first gunshot
Frame 4464 - Flash of light seen coming from Officer Cardoza in security footage (May be off by up to 3 frames)
Frame 4469 - Officer Sun gunshot (Vibration and gun smoke seen in Officer Sun's BWC)
Frame 4477 - Officer Sun gunshot (Vibration seen in Officer Sun's BWC)
Frame 4483 - Officer Meadows gunshot (Vibration and gun smoke seen in Officer Meadow's BWC)
Frame 4488 - Officer Sun gunshot (Vibration seen in Officer Sun's BWC)
Frame 4490 - Flash of light seen coming from Officer Cardoza in security footage (May be off by up to 3 frames)
Frame 4493 - Officer Sun gunshot (Vibration seen in Officer Sun's BWC)

OFFICER RASMUSSEN BWC
FRAME: 415

COVPD48_LL0048    2022/04/09 22:17:15

**PLAINTIFFS' EXHIBIT "G"**    **Page 77**





OFFICER SUN BWC 🔊
FRAME: 4497

OFFICER MEADOWS BWC
FRAME: 1442

Time since item leaves decedents hand: +01.40

COVPD44_LL0044    N34/05/23    W117/53/18    0MPH    2022/04/09 22:17:10

COVPD36_LL0036    N34/06/23    W117/53/22    1MPH    2022/04/09 22:17:

OFFICER STATLER BWC
FRAME: 1758

OFFICER RASMUSSEN BWC
FRAME: 417

**ALL FRAME NUMBERS BELOW REFER TO OFFICER SUN'S BWC**
Frame 4464 - Spike in audio waveform from first gunshot
Frame 4464 - Flash of light seen coming from Officer Cardoza in security footage (May be off by up to 3 frames)
Frame 4469 - Officer Sun gunshot (Vibration and gun smoke seen in Officer Sun's BWC)
Frame 4477 - Officer Sun gunshot (Vibration seen in Officer Sun's BWC)
Frame 4483 - Officer Meadows gunshot (Vibration and gun smoke seen in Officer Meadow's BWC)
Frame 4488 - Officer Sun gunshot (Vibration seen in Officer Sun's BWC)
Frame 4490 - Flash of light seen coming from Officer Cardoza in security footage (May be off by up to 3 frames)
Frame 4493 - Officer Sun gunshot (Vibration seen in Officer Sun's BWC)

COVPD07_LL0007    2022/04/09 22:17:10

COVPD48_LL0048    2022/04/09 22:17:15

**PLAINTIFFS' EXHIBIT "G"**                    **Page 79**



OFFICER SUN BWC
FRAME:  4498

OFFICER MEADOWS BWC
FRAME:  1443

Time since item leaves decedents hand: +01.44

COVPD44_LL0044  N34/05/23    W117/53/18    0MPH    2022/04/09  22:17:10

COVPD36_LL0036  N34/06/23    W117/53/22    1MPH    2022/04/0...

**ALL FRAME NUMBERS BELOW REFER TO OFFICER SUN'S BWC**
Frame 4464 - Spike in audio waveform from first gunshot
Frame 4464 - Flash of light seen coming from Officer Cardoza in security footage (May be off by up to 3 frames)
Frame 4469 - Officer Sun gunshot (Vibration and gun smoke seen in Officer Sun's BWC)
Frame 4477 - Officer Sun gunshot (Vibration seen in Officer Sun's BWC)
Frame 4483 - Officer Meadows gunshot (Vibration and gun smoke seen in Officer Meadow's BWC)
Frame 4488 - Officer Sun gunshot (Vibration seen in Officer Sun's BWC)
Frame 4490 - Flash of light seen coming from Officer Cardoza in security footage (May be off by up to 3 frames)
Frame 4493 - Officer Sun gunshot (Vibration seen in Officer Sun's BWC)
Frame 4498 - Officer Sun gunshot (Vibration seen in Officer Sun's BWC)
Frame 4498 - Flash of light seen coming from Officer Cardoza in security footage (May be off by up to 3 frames)

OFFICER STATLER BWC
FRAME:  1759

COVPD07_LL0007  2022/04/09  22:17:10

OFFICER RASMUSSEN BWC
FRAME:  418

COVPD48_LL0048  2022/04/09  22:17:15

**PLAINTIFFS' EXHIBIT "G"**                                    **Page 80**



PLAINTIFFS' EXHIBIT "G"







OFFICER SUN BWC 🔊
FRAME:  4502

Time since item leaves decedents hand: +01.60

COVPD44_LL0044    N34/05/23    W117/53/18    0MPH    2022/04/09 22:17:10

OFFICER MEADOWS BWC
FRAME:  1447

COVPD36_LL0036  N34/06/23    W117/53/22    1M    2022/04/09 22:17:12

OFFICER STATLER BWC
FRAME:  1763

COVPD07_LL0007  2022/04/09 22:17:10

OFFICER RASMUSSEN BWC
FRAME:  422

COVPD48_LL0048  2022/04/09 22:17:15

**ALL FRAME NUMBERS BELOW REFER TO OFFICER SUN'S BWC**
Frame 4464 - Spike in audio waveform from first gunshot
Frame 4464 - Flash of light seen coming from Officer Cardoza in security footage *(May be off by up to 3 frames)*
Frame 4469 - Officer Sun gunshot *(Vibration and gun smoke seen in Officer Sun's BWC)*
Frame 4477 - Officer Sun gunshot *(Vibration seen in Officer Sun's BWC)*
Frame 4483 - Officer Meadows gunshot *(Vibration and gun smoke seen in Officer Meadow's BWC)*
Frame 4488 - Officer Sun gunshot *(Vibration seen in Officer Sun's BWC)*
Frame 4490 - Flash of light seen coming from Officer Cardoza in security footage *(May be off by up to 3 frames)*
Frame 4493 - Officer Sun gunshot *(Vibration seen in Officer Sun's BWC)*
Frame 4498 - Officer Sun gunshot *(Vibration seen in Officer Sun's BWC)*
Frame 4498 - Flash of light seen coming from Officer Cardoza in security footage *(May be off by up to 3 frames)*

**PLAINTIFFS' EXHIBIT "G"**



**PLAINTIFFS' EXHIBIT "G"**



**PLAINTIFFS' EXHIBIT "G"**



OFFICER SUN BWC
FRAME: 4505
Time since item leaves decedents hand: +01.72
COVPD44_LL0044   N34/05/23   W117/53/18   0MPH   2022/04/09 22:17:10

OFFICER MEADOWS BWC
FRAME: 1450
COVPD36_LL0036   N34/06/23   W117/53/22   ___   2022/04/09 22:17:12

OFFICER STATLER BWC
FRAME: 1766
COVPD07_LL0007   2022/04/09 22:17:10

OFFICER RASMUSSEN BWC
FRAME: 425
COVPD48_LL0048   2022/04/09 22:17:15

ALL FRAME NUMBERS BELOW REFER TO OFFICER SUN'S BWC
Frame 4464 - Spike in audio waveform from first gunshot
Frame 4464 - Flash of light seen coming from Officer Cardoza in security footage (May be off by up to 3 frames)
Frame 4469 - Officer Sun gunshot (Vibration and gun smoke seen in Officer Sun's BWC)
Frame 4477 - Officer Sun gunshot (Vibration seen in Officer Sun's BWC)
Frame 4483 - Officer Meadows gunshot (Vibration and gun smoke seen in Officer Meadow's BWC)
Frame 4488 - Officer Sun gunshot (Vibration seen in Officer Sun's BWC)
Frame 4490 - Flash of light seen coming from Officer Cardoza in security footage (May be off by up to 3 frames)
Frame 4493 - Officer Sun gunshot (Vibration seen in Officer Sun's BWC)
Frame 4498 - Officer Sun gunshot (Vibration seen in Officer Sun's BWC)
Frame 4498 - Flash of light seen coming from Officer Cardoza in security footage (May be off by up to 3 frames)

**PLAINTIFFS' EXHIBIT "G"**



PLAINTIFFS' EXHIBIT "G"





**PLAINTIFFS' EXHIBIT "G"**

