# EXHIBIT H









PLAINTIFFS' EXHIBIT "H"



PLAINTIFFS' EXHIBIT "H"





OFFICER SUN BWC
FRAME: 4425

COVPD44_LL0044 N34/05/23    W117/53/18    0MPH    2022/04/09 22:17:07



OFFICER SUN BWC
FRAME: 4426

COVPD44_LL0044 N34/05/23    W117/53/18    0MPH    2022/04/09 22:17:07





PLAINTIFFS' EXHIBIT "H"





OFFICER SUN BWC
FRAME: 4430

COVPD44_LL0044  N34/05/23    W117/53/18    0MPH    2022/04/09 22:17:07



OFFICER SUN BWC
FRAME: 4431

COVPD44_LL0044 N34/05/23    W117/53/18    0MPH    2022/04/09 22:17:07









PLAINTIFFS' EXHIBIT "H"





PLAINTIFFS' EXHIBIT "H"





PLAINTIFFS' EXHIBIT "H"



OFFICER SUN BWC
FRAME: 4440

COVPD44_LL0044 N34/05/23   W117/53/18   0MPH   2022/04/09 22:17:08











PLAINTIFFS' EXHIBIT "H"











OFFICER SUN BWC
FRAME: 4450

COVPD44_LL0044 N34/05/23    W117/53/18    0MPH    2022/04/09 22:17:08



OFFICER SUN BWC
FRAME: 4451

LENSLOCK

COVPD44_LL0044 N34/05/23   W117/53/18   0MPH   2022/04/09 22:17:08



OFFICER SUN BWC
FRAME: 4452

COVPD44_LL0044 N34/05/23    W117/53/18    0MPH    2022/04/09 22:17:08









PLAINTIFFS' EXHIBIT "H"













PLAINTIFFS' EXHIBIT "H"









PLAINTIFFS' EXHIBIT "H"                                    Page 48









OFFICER SUN BWC
FRAME: 4470

COVPD44_LL0044 N34/05/23   W117/53/18   0MPH   2022/04/09 22:17:09























OFFICER SUN BWC
FRAME: 4481

COVPD44_LL0044 N34/05/23    W117/53/18    0MPH    2022/04/09 22:17:09



OFFICER SUN BWC
FRAME: 4482

COVPD44_LL0044  N34/05/23    W117/53/18    0MPH    2022/04/09 22:17:09



PLAINTIFFS' EXHIBIT "H"



















OFFICER SUN BWC
FRAME: 4492

COVPD44_LL0044 N34/05/23    W117/53/18    0MPH    2022/04/09 22:17:10











OFFICER SUN BWC
FRAME: 4497

COVPD44_LL0044 N34/05/23    W117/53/18    0MPH    2022/04/09 22:17:10









OFFICER SUN BWC
FRAME: 4501

COVPD44_LL0044 N34/05/23    W117/53/18    0MPH    2022/04/09 22:17:10









PLAINTIFFS' EXHIBIT "H"





PLAINTIFFS' EXHIBIT "H"



