# EXHIBIT I





Cardoza Shot 1



**PLAINTIFFS' EXHIBIT "I"**  **Page 2**



Sun Shot 1





Meadows Shot





Cardoza Shot 2





Sun Shot 3



OFFICER SUN BWC
FRAME: 4498

Cardoza Shot 3







OFFICER SUN BWC
FRAME: 4506

Cardoza Shot 4



Sun Shot 5



**PLAINTIFFS' EXHIBIT "I"**   **Page 11**