# EXHIBIT J

# AUTOPSY REPORT

**12**

at the DEPARTMENT OF MEDICAL EXAMINER-CORONER

I performed an autopsy on the body of → **VALDIVIA, DANIEL**

No. 2022-03966

Los Angeles, California on APRIL 14, 2022   900 HOURS
(Date)   (Time)

From the anatomic findings and pertinent history I ascribe the death to:

(A) **MULTIPLE GUNSHOT WOUNDS**
DUE TO OR AS A CONSEQUENCE OF
(B)
DUE TO OR AS A CONSEQUENCE OF
(C)
DUE TO OR AS A CONSEQUENCE OF
(D)
OTHER CONDITIONS CONTRIBUTING BUT NOT RELATED TO THE IMMEDIATE CAUSE OF DEATH

MANNER OF DEATH
   **HOMICIDE**
HOW INJURY OCCURRED
   **SHOT BY OTHER(S), LAW ENFORCEMENT RELATED**

*Anatomic Summary:*

   I. Multiple gunshot wounds.

      A. Total of eight gunshot wounds.
         1. Gunshot wound of right scalp, penetrating, fatal.
            a) Projectile recovered.
         2. Gunshot wound of left parietal scalp, penetrating, fatal.
            a) Projectile recovered.
         3. Gunshot wound of right shoulder, penetrating, fatal.
            a) Projectile recovered.
         4. Gunshot wound of abdomen, penetrating, fatal.
            a) Projectile recovered.
         5. Gunshot wound of right thigh, perforating, non-fatal.
         6. Gunshot wound of right upper back, penetrating, non-fatal.
            a) Projectile recovered.
         7. Gunshot wound of left lower back, penetrating, non-fatal.
            a) Projectile recovered.
         8. Gunshot wound of posterior right leg, perforating, non-fatal.

# AUTOPSY REPORT

No. 2022-03966

VALDIVIA, DANIEL

**12**

Page 2

II. Other injuries.

    A. Abrasion of left thigh.
    B. Abrasion of left ankle.

III. See Toxicology Report.

SUMMARY OF EVENTS:

The decedent is a 24-year-old Hispanic male who was shot multiple times by Police Officers after reportedly producing a firearm in front of them. He was transported to Pomona Valley Hospital Medical Center where despite medical intervention he was pronounced dead on 4/9/2022 at 2306 hours.

EVIDENCE OF INJURY:

MULTIPLE GUNSHOT WOUNDS:

The gunshot wounds are arbitrary numbered for the convenience of the Examiner and do not indicate a sequence of injury.

Gunshot Wound #1 to Right Parietal Scalp:

The entry wound is located to the right parietal scalp 1 inch from the top of the head, 2-1/4 inches right of the midline. The oval wound measures ½ x 5/16 inches with minimal red abrasion as well as a ½ inch laceration present at the 9 o'clock position. There is no soot or stippling. The direction is right to left, front to back and downward. After perforating the scalp the projectile fractures the right parietal skull causing a 1-1/2 x ½ inch keyhole defect with a sharp anterior border and positive external beveling on the inferior border. The projectile then enters the skull cavity perforating the dura and impacting the right temporal parietal lobe. The projectile causes tissue disruption and hemorrhage of the right cerebral hemisphere including the basal ganglia, crosses the midline and terminates at the left temporal lobe.

CONFIDENTIAL — FOR LAW ENFORCEMENT USE ONLY

COUNTY OF LOS ANGELES     Case 5:23-cv-01562-CBM-SHK     Document 49-10     Filed 06/17/25     Page 4 of 5     Page DEPARTMENT OF MEDICAL EXAMINER-CORONER
ID #:1191

## AUTOPSY REPORT

**12**

No.

2022-03966

VALDIVIA, DANIEL

Page 6

There is no soot or stippling. The direction is back to front, right to left and slightly upward. After perforating the skin the projectile travels through the right leg musculature only exiting on the medial aspect of the right lower leg. The oval to irregular wound measures 9/16 x ½ inches with a 3/16-inch dark abrasion at the 8 o'clock position. No projectile is recovered. This is a non-fatal wound.

OTHER INJURY:

Located on the medial left ankle is a ½ inch round to slightly irregular red abrasion.

EXTERNAL EXAMINATION:

The body is identified by toe tags and is that of an unembalmed, refrigerated adult male Hispanic who appears about the reported age of 24 years. The body weighs 215 pounds, measures 70 inches, and is well built, muscular and well nourished. Multiple tattoos are identified and consists of the following: a musical note on the right neck; the number 100 on the right shoulder; the word "Valdivia" across the upper chest; the letters "SELA" across the abdomen; and the word "Kings" across the upper back; and a tattoo of what appears to be trees on the left forearm. A scar is noted to the right dorsal wrist. There are two brown contusions noted to the mid right forearm. Rigor has presumably been abolished.

The head is normocephalic and covered by brown hair. There is no balding and the hair can be described as short and wavy. Mustache and goatee are present. Examination of the eyes reveals irides that appear to be brown in color and sclera that are clear. There are no petechial hemorrhages of the conjunctivae of the lids or the sclera. The oronasal passages are unobstructed. Upper and lower teeth are present. The neck is unremarkable. There is no chest deformity. There is no increased anterior-posterior diameter. The abdomen is not unusual. The genitalia are those of an adult male. The penis appears uncircumcised.

# AUTOPSY REPORT

**12**

No. 2022-03966

VALDIVIA, DANIEL

Page 12

WITNESSES:

Detective Oswaldo Preciado of the City of Covina along with Special Agent Alan Oratovsky and Paul Zurawski of the State of California Department of Justice Office of the Attorney General Office witnessed the autopsy.

DIAGRAMS USED:

Diagram Forms 20 (two sets), 28 and 29 were used during the performance of the autopsy. The diagrams are not intended to be facsimiles.

OPINION:

The cause of death of this 24-year-old male is due to multiple gunshot wounds. Gunshot wounds one and two to the head along with three to the right shoulder and four to the abdomen are considered to be fatal. No soot or stippling is noted to the wounds indicating range of fire is indeterminate. This is a law enforcement related incident.

The manner of death is deemed homicide.

_____      APR 29 2022
JUAN M. CARRILLO, M.D.                DATE
DEPUTY MEDICAL EXAMINER

JMC:bbtt/mp
D:04/14/22
T:04/18/22