# Exhibit L

Officer Slater's BWC Video

(manually lodged)