# Exhibit N

Country Liquor Surveillance Video

(manually lodged)