# Exhibit O

Synchronized BWC Videos

(manually lodged)