# Exhibit P

Officer Sun BWC Video w/ Frame Counter

(manually lodged)