# Exhibit Q

Officer Sun BWC Video

(manually lodged)