# Exhibit R

Officer Meadows BWC Video

(manually lodged)