**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Marcel F. Sincich, Esq. (SBN 319508)
msincich@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333
Fax: (818) 347-4118

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.V. and X.V., minors by and through their guardian ad litem, Karla Juarez; D.V., a minor, by and through his guardian ad litem, Elias Valdivia; individually and as successors-in-interest to Daniel Luis Valdivia, deceased; JESSICA VALDIVIA; LUIS VALDIVIA JR., individually, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF COVINA; VANESSA CARDOZA; DAVID MEADOWS; BILLY SUN; DOES 1-10, inclusive, <br><br> Defendants. | Case No.: **5:23-cv-01562-CBM-SHK** <br><br> [*Honorable Consuelo B. Marshall*] Magistrate Judge Shashi H. Kewalramani <br><br> **DECLARATION OF <u>SCOTT HOLDAWAY</u>** <br><br> [*Filed concurrently with* Plaintiffs' Points and Authorities in Opposition to Summary Judgment; Separate Statement of Genuine Disputes and Additional Material Facts; Objections to Defendants Separate Statement] <br><br> Hearing:  July 15, 2025 <br> Time:  10:00 a.m. <br> Crtrm:  8D <br><br> Trial Date: October 21, 2025 <br> Complaint Filed: August 4, 2023 |

# DECLARATION OF SCOTT HOLDAWAY

I, Scott Holdaway, declare as follows:

1. I am a competent adult and personally familiar with the facts contained herein and would and could competently testify thereto if called upon to do so.

2. I am a Forensic Video Analyst with over six years of experience and expertise in video clarification, timing, graphics, stabilization, and conversions. I have experience as an instructor teaching classes on digital video production and editing. I have a Bachelor of Arts Degree in Digital Media Arts, graduating with honors as magna cum laude.

3. In examining the videos in this matter, I reviewed the complaint for damages, the DOJ Report re Policy and Practice Recommendations, and the body-worn camera (BWC) videos of Officers Statler, Sun, Meadows, Rasmussen, and Cardoza, along with a surveillance video from the Country Liquor store.

4. "Exhibit P" filed in Opposition to Defendants' Motion to Summary Judgment is a true and correct copy of "Officer Sun BWC (with frame counter).mov". Using the videos that were produced by Defendants, I created an 18-second clip of Officer Sun's BWC video that has an on-screen name title and frame counter graphic. The frame counter starts at 0 on the first frame of video and sequentially numbers each individual frame up until the last frame of video. The audio track from officer Sun's BWC is synchronized to the video track. The audio from officer Sun's BWC is used because it is the least distorted audio captured near the incident. Exhibit P was produced to Defendants as an exhibit to my Rule 26 Report, disclosures on April 10, 2025.

5. "Exhibit H" filed in Opposition to Defendants' Motion to Summary Judgment is a true and correct copy of the folder titled "Officer Sun BWC (with frame counter)". The folder contains all the images, in the same order that make up the video Exhibit P. Exhibit H was produced to Defendants as an exhibit to my Rule 26 Report, disclosures on April 10, 2025.

6. "Exhibit O" filed in Opposition to Defendants' Motion to Summary Judgment is a true and correct copy of the video "4-up - BWC's (synchronized with graphics).mov". Using the videos that were produced by Defendants, I created a video where I synchronized 4 BWC videos and then put those 4 videos on one screen next to one another so that they all can be viewed at the same time. A hundredths counter has been overlaid on the video that indicates when the item can be visually seen leaving the decedent's hand. The counter displays the time counting down until the item leaves the decedent's hand and then changes to display the time since the item has left the decedent's hand. An on-screen text box has been added that describes indications of gunshots in the media and what frame number the indication occurred on (using Officer Sun's BWC video frame counter). In a separate exhibit, Exhibit N, I synchronized the Country Liquor Surveillance with the 4 BWC videos used in Exhibit O. The purpose of synchronizing the liquor store surveillance video with the BWC videos is to include the flashes of light seen coming from Officer Cardoza that cannot be seen in the BWC videos. The security footage was synchronized in a separate timeline because it has a different frame rate than the BWC videos. Since the security footage is 30fps and the BWC's are 25fps, the BWC footage needs 5 extra frames per second to play at the same speed as the security footage. A duplicate frame is added every 5 frames to the 25fps footage to play it at the same speed as the 30fps video. This could cause an offset in the synchronization of the two videos by up to 3 frames. Exhibit O was produced to Defendants as an exhibit to my Rule 26 Report, disclosures on April 10, 2025.

7. "Exhibit G" filed in Opposition to Defendants' Motion to Summary Judgment is a true and correct copy of the folder titled "4-up - BWC's (synchronized with graphics)". Exhibit G is an image sequence of still frames derived from Exhibit O. The folder contains all the images, in the same order that make up the video Exhibit O. Exhibit G was produced to Defendants as an exhibit to my Rule 26 Report, disclosures on April 10, 2025.

8. "Exhibit N" filed in Opposition to Defendants' Motion to Summary Judgment is a folder that contains a frame-by-frame image sequence of the liquor store surveillance video synchronized to the 4 BWC's. As I stated previously for Exhibit O, the purpose of synchronizing the liquor store surveillance video with the BWC videos is to include the flashes of light that are seen coming from Officer Cardoza that cannot be seen in the provided BWC videos. The security footage has been synchronized in a separate timeline because it has a different frame rate than the BWC videos. Exhibit N was produced to Defendants as an exhibit to my Rule 26 Report, disclosures on June 9, 2025.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 17th day of June, 2025.

*/s/ Scott Holdaway*

Scott Holdaway | CVisualEvidence LLC