# "EXHIBIT A"

Case 5:23-cv-01562-CBM-SHK     Document 51-1     Filed 06/17/25     Page 1 of 9     Page ID #:1301

# CURRICULUM VITAE

## SCOTT HOLDAWAY

**FORENSIC VIDEO ANALYST**

CVisualEvidence LLC
2441 W 205th St., Suite C102, Torrance, CA 90501
Phone: (310) 831-8900
Scott@CVisualEvidence.com

## EMPLOYMENT HISTORY

**FORENSIC VIDEO ANALYST**
CVisualEvidence LLC
Torrance, CA
(2019 – present)
Video clarification, timing, graphics, stabilization, conversions

**INSTRUCTOR, EDITOR, AND MEMBERSHIP SERVICES**
PADNET (Public Access Digital Network)
Long Beach, CA
(2019)
Video production and editor. Instructed classes on digital video editing

## EDUCATION AND ACADEMIC BACKGROUND

**BACHELOR OF ARTS DEGREE**
Major in Digital Media Arts
California State University, Dominguez Hills
Carson, CA
(2017 – 2019)
*Honors: Dean's List Fall 2017, Spring 2018, Fall 2018, Spring 2019, Graduating with University Honors, 2019 - Magna Cum Laude*

**ASSOCIATE OF ARTS DEGREE**
Major in Digital Media Arts
Long Beach City College
Long Beach, CA
(2014 – 2017)
*Received a Certificate of Accomplishment in Fundamentals of Digital Media Art*

**LEVA - LEVEL 3: THE PRINCIPLES OF FORENSIC VIDEO/IMAGE COMPARE AND CONTRAST**
*40-hour course* (February 2025)

**AXON INVESTIGATE (FORMERLY INPUT-ACE) RECERTIFICATION**
*5-hour course* (October 2024)

**LEVA - LEVEL 2: DIGITAL MULTIMEDIA EVIDENCE PROCESSING**
*40-hour course* (July 2024)

**LEVA - LEVEL 1: FORENSIC VIDEO ANALYSIS & THE LAW**
*40-hour course* (May 2024)

**LEVA - ADVANCED VIDEO EXAMINATION**
*24-hour course* (February 2024)

**LEVA - COURTROOM TESTIMONY FOR EXPERT WITNESSES**
*24-hour course* (January 2023)

**INPUT-ACE - INTRO & BEST PRACTICE**
*4-hour course* (September 2022)

**INPUT-ACE - VIDEO REVIEW AND WORKFLOW**
*4-hour course* (September 2022)

**INPUT-ACE - NARRATIVE REPORTS**
*4-hour course* (August 2022)

**INPUT-ACE - WORKFLOW AND TECHNICAL CONSIDERATIONS**
*4-hour course* (August 2022)

**INPUT-ACE - CASE MANAGEMENT**
*4-hour course* (August 2022)

**INPUT-ACE - INTRO TO INPUT-ACE**
*4-hour course* (August 2022)

**INPUT-ACE - DIGITAL MULTIMEDIA EVIDENCE**
*1-hour webinar* (July 2022)

**INPUT-ACE - ASPECT RATIO: RESIZING AND INTERPOLATION**
*1-hour webinar* (July 2022)

**INPUT-ACE - GETTING STARTED**
*1-hour webinar* (July 2022)

## CERTIFICATIONS AND COMMISSIONS

**LEVA - FORENSIC VIDEO TECHNICIAN CERTIFICATION**
(2024 - Present)

**AXON INVESTIGATE - OPERATOR CERTIFICATION**
(2022 - Present)

**AXON INVESTIGATE - EXAMINER CERTIFICATION**
(2022 - Present)

**STATE OF CALIFORNIA NOTARY PUBLIC**
(2019 - Present)


## COURTROOM TESTIMONY

**Lam vs. State of California**
The Superior Court of California, County of Los Angeles – Airport Courthouse
May 2024
*Philip Kent Cohen, APC*

**Rusanovskaya vs. City of Los Angeles**
The Superior Court of California, County of Los Angeles – Van Nuys Courthouse East
April 2023
*Panish Shea Ravipudi LLP*


## DEPOSITION TESTIMONY

**Kress vs. Union Pacific Railroad Company**
March 2025
*Panish Shea Ravipudi LLP*

**Mitschiener vs. The Parking Spot**
March 2024
*Panish Shea Ravipudi LLP*

**Murillo vs. City of Los Angeles**
January 2024
*The Law Offices of Dale K. Galipo*

**Tabares vs. The City of Huntington Beach**
May 2023
*The Law Offices of Dale K. Galipo*

**Rusanovskaya vs. City of Los Angeles**
April 2023
*Panish Shea Ravipudi LLP*

**IM vs. CHP**
November 2022
*Carrillo Law Firm LLP*

**McClain vs. City of Pasadena**
September 2022
*Carrillo Law Firm LLP*

**Sesma vs. State of California**
July 2022
*The Law Offices of Dale K. Galipo*

## **EVIDENCE ACCEPTED IN COURT WITHOUT TESTIMONY**

**XM vs. Gonco**
September 2024
*Panish Shea Ravipudi LLP*

**Loeser vs. Norcal Beverage Co., Inc**
April 2024
*Greene Broillet & Wheeler LLP*

**Greener, Jack vs. Del Mar Jiu Jitsu**
March 2023
*Panish Shea Ravipudi LLP*

**Murillo vs. City of Los Angeles**
September 2022
*The Law Offices of Dale K. Galipo*

**French vs. City of Los Angeles**
October 2021
*The Law Offices of Dale K. Galipo*

**Lee vs. Pacific Dining Group**
August 2021
*Panish Shea Ravipudi LLP*

*Valdivia v City of Covina*

## Scott Holdaway
Forensic Video Analyst
CVisualEvidence LLC
2441 W 205th Street, Suite C102
Torrance, CA 90501

I have personal knowledge of the facts set forth herein, except as to those stated on information and belief and, as to those, I am informed and believe them to be true. If called as a witness, I could and would competently testify to the matters stated herein.

### 1. Summary Report of Evidence Examination

On March 10th, 2025, our office received an email from Alejandro Monguia to retain my professional services to analyze the videos provided.

Case Materials Received:
- [01] 2023.08.04 - Complaint.pdf
- CPD 001076-1110 - DOJ Report re Policy and Practice Recommendations Aug 2024 [042. C].pdf
- CPD 000038 - BWC Officer STATLER 001 (Incident) [038. C].mp4
- CPD 000037 - BWC Officer SUN (Arrival & Inident) [037. C].mp4
- CPD 000045 - BWC Officer MEADOWS (Incident & Guns Drawn) [045. C].mp4
- Confidential_XVR_ch4_main_20220409100000_20220409102500.mp4
- CPD 000042 - BWC Officer RASMUSSEN (Speaking w Witnesses in Liquor Store) [040. C].mp4
- CPD 000054 - BWC Officer V. CARDOZA [054. C].mp4

### 2. Scope of Work Performed

- I have created 6 videos using the following case materials:

- CPD 001076-1110 - DOJ Report re Policy and Practice Recommendations Aug 2024 [042. C].pdf
- CPD 000038 - BWC Officer STATLER 001 (Incident) [038. C].mp4
- CPD 000037 - BWC Officer SUN (Arrival & Inident) [037. C].mp4
- CPD 000045 - BWC Officer MEADOWS (Incident & Guns Drawn) [045. C].mp4
- Confidential_XVR_ch4_main_20220409100000_20220409102500.mp4
- CPD 000042 - BWC Officer RASMUSSEN (Speaking w Witnesses in Liquor Store) [040. C].mp4

## 3. Technical Characteristics of the Multimedia Evidence

CPD 000038 - BWC Officer STATLER 001 (Incident) [038. C].mp4
There is an on-screen time/date stamp represented in this video that begins on 4/9/2022 at 22:15:59 and ends at 4/9/2022 at 22:38:11.The total running time of the video is 22 minutes and 11 seconds. The recorded images are 1280x720 pixels, h.264 encoding with a frame rate of 25 frames per second (FPS). This video has a mono audio track present.

CPD 000037 - BWC Officer SUN (Arrival & Inident) [037. C].mp4:
There is an on-screen time/date stamp represented in this video that begins on 4/9/2022 at 22:14:10 and ends at 4/9/2022 at 23:10:07. The total running time of the video is 55 minutes and 57 seconds. The recorded images are 1280x720 pixels, h.264 encoding with a frame rate of 25 frames per second (FPS). This video has a mono audio track present.

CPD 000045 - BWC Officer MEADOWS (Incident & Guns Drawn) [045. C].mp4
There is an on-screen time/date stamp represented in this video that begins on 4/9/2022 at 22:16:14 and ends at 4/9/2022 at 22:55:44. The total running time of the video is 39 minutes and 30 seconds. The recorded images are 1280x720 pixels, h.264 encoding with a frame rate of 25 frames per second (FPS). This video has a mono audio track present.

CPD 000042 - BWC Officer RASMUSSEN (Speaking w Witnesses in Liquor Store) [040. C].mp4
There is an on-screen time/date stamp represented in this video that begins on 4/9/2022 at 22:16:14 and ends at 4/9/2022 at 22:55:44. The total running time of the video is 39 minutes and 30 seconds. The recorded images are 1280x720 pixels, h.264 encoding with a frame rate of 25 frames per second (FPS). This video has a mono audio track present.

Confidential_XVR_ch4_main_20220409100000_20220409102500.mp4
There is an on-screen time/date stamp represented in this video that begins on 4/9/2022 at 10:00:00 AM and ends at 4/9/2022 at 10:24:59 AM. The total running time of the video is 24 minutes and 46 seconds. The recorded images are 1280x720 pixels, hevc encoding with a frame rate of 30 frames per second (FPS). This video does not have an audio track present.

CPD 000054 - BWC Officer V. CARDOZA [054. C].mp4
There is an on-screen time/date stamp represented in this video that begins on 4/9/2022 at 21:12:51 and ends at 4/9/2022 at 23:07:02.The total running time of the video is 1 hour, 5 minutes, and 23 seconds. The recorded images are 1280x720 pixels, h.264 encoding with a frame rate of 25 frames per second (FPS). This video has a mono audio track present. When viewing file *CPD 000054 - BWC Officer V. CARDOZA [054. C].mp4* there is a jump in time at 16:08 where the time/date stamp jumps from

21:28:59 to 22:18:07. This could be an indication that the footage has been edited and encoded and that I have not been provided with the camera original footage.

## 4. My Production of Video Exhibits

**Exhibits:**

Officer Sun BWC (with frame counter).mov
This exhibit is an 18-second clip of Officer Sun's BWC. For this exhibit, an on-screen frame counter and name title graphic has been added. The frame counter starts at 0 on the first frame of footage and sequentially numbers each individual frame. The audio track from officer Sun's BWC is synchronized to the video track. To verify the synchronization, on frame 3390 there is movement in the video that is caused by officer Sun briefly touching his BWC. When viewing the audio waveform for video frame 3390, there is a spike in the audio track that aligns with officer Sun touching his BWC. The audio from officer Sun's BWC is used because it is the least distorted audio captured near the incident. I have also created an uncompressed (.bmp) image sequence, PDF, and .mp4 version of this video.

Officer Statler BWC (with frame counter) - Audio from Officer Sun's BWC.mov
This exhibit is an 18-second clip of Officer Statler's BWC. For this exhibit, an on-screen frame counter and name title graphic has been added. The frame counter starts at 0 on the first frame of footage and sequentially numbers each individual frame up until the last frame of footage. The video was visually synchronized to Officer Sun's BWC using the Country Liquor store sign that cycles between different colors. The audio from officer Sun's BWC is used because it is the least distorted audio captured near the incident. I have also created an uncompressed (.bmp) image sequence, PDF, and .mp4 version of this video.

Officer Meadows BWC (with frame counter) - Audio from Officer Sun's BWC.mov
This exhibit is an 18-second clip of Officer Meadows's BWC. For this exhibit, an on-screen frame counter and name title graphic has been added. The frame counter starts at 0 on the first frame of footage and sequentially numbers each individual frame up until the last frame of footage. The video was visually synchronized to Officer Sun's BWC using the Country Liquor store sign that cycles between different colors. The audio from officer Sun's BWC is used because it is the least distorted audio captured near the incident. I have also created an uncompressed (.bmp) image sequence, PDF, and .mp4 version of this video.

Officer Rasmussen BWC (with frame counter) - Audio from Officer Sun's BWC.mov
This exhibit is an 18-second clip of Officer Rasmussen's BWC. For this exhibit, an on-screen frame counter and name title graphic has been added. The frame counter starts at 0 on the first frame of footage and sequentially numbers each individual frame up until the last frame of footage. The video was visually synchronized to Officer Sun's BWC using the Country Liquor store sign that cycles between different colors. The audio from officer Sun's BWC is used because it is the least distorted audio captured

near the incident. I have also created an uncompressed (.bmp) image sequence, PDF, and .mp4 version of this video.

4-up - BWC's (synchronized).mov
This exhibit is an 18-second clip of officer Sun, Meadows, Statler, and Rasmussen's BWC's synchronized. Each BWC has the same frame numbers it was given in the previous exhibits, meaning the first frame starts at 0 and then sequentially numbering each individual frame up until the last frame of footage. Officer Sun's BWC audio is used because it is the least distorted audio captured near the incident. I have also created an uncompressed (.bmp) image sequence, PDF, and .mp4 version of this video.

4-up - BWC's (synchronized with graphics).mov
This exhibit is a copy of the previous exhibit, except on-screen graphics have been added. A hundredths counter has been overlayed on the video that indicates when the item leaves the decedent's hand. The counter displays the time counting down until the item leaves the decedents hand and then changes to display the time since the item has left the decedents hand. An on-screen text box has been added that shows indications of gunshots in the media, including the frame number and a description of the event. In a separate video, the security footage has been synchronized to this video to include the flashes of light seen coming from Officer Cardoza. The security footage was synchronized in a separate timeline because it has a different frame rate than the BWC's. Note: Since the security footage is 30fps, and the BWC's are 25fps, the BWC footage needs 5 extra frames per second to play at the same speed as the security footage. A duplicate frame is added every 5 frames to the 25fps footage to play it at the same speed as the 30fps video. This could cause an offset in the synchronization of the two videos by up to 3 frames. I have also created an uncompressed (.bmp) image sequence, PDF, and .mp4 version of this video.

If any additional media is received later, I may supplement my report based on that information.

Regards,

*[signature: Scott Holdaway]*

**Scott Holdaway** | CVisualEvidence LLC