Marcel F. Sincich, SBN 319508
Law Offices of Dale K. Galipo
21800 Burbank Blvd., Suite 310
Woodland HIlls, CA 91367

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| E.V., et al, | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 5:23-cv-01562-CBM-SHK |
| v. | |
| CITY OF COVINA, et al., | **NOTICE OF MANUAL FILING OR LODGING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☐ Filed ☑ Lodged: **(List Documents)**

Exhibits to the Declaration of Marcel F. Sincich in Support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment:
Exhibit L - Officer Slater BWC Video (CPD 000038)
Exhibit N - Country Liquor Surveillance Video
Exhibit O - Synchronized BWC Videos
Exhibit P - Officer Sun BWC Video with frame counter
Exhibit Q - Officer Sun BWC Video (CPD 000037)
Exhibit R - Officer Meadows BWC Video (CPD 000045)

**Reason:**
☐ Under Seal
☐ In Camera
☑ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

June 17, 2025                                s/ Marcel F. Sincich
Date                                         Attorney Name

                                             Plaintiffs, E.V., et al
                                             Party Represented

Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).

G-92 (05/15)                NOTICE OF MANUAL FILING OR LODGING