Mildred K. O'Linn (State Bar No. 159055)
   *missy.olinn@manningkass.com*
Yury A. Kolesnikov (State Bar No. 271173)
   *yury.kolesnikov@manningkass.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California  90017-3012
Telephone:  (213) 624-6900
Facsimile:  (213) 624-6999

*Attorneys for Defendants City of Covina, Vanessa Cardoza, David Meadows, and Billy Sun*



# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.V. and X.V., minors by and through their guardian *ad litem*, Karla Juarez; D.V., a minor, by and through his guardian *ad litem*, Elias Valdivia; individually and as successors-in-interest to Daniel Luis Valdivia, deceased; JESSICA VALDIVIA; LUIS VALDIVIA JR., individually,<br><br>                    Plaintiffs,<br><br>v.<br><br>CITY OF COVINA; VANESSA CARDOZA; DAVID MEADOWS; BILLY SUN; DOES 1–10, inclusive,<br><br>                    Defendants. | Case No. 5:23-cv-1562 CBM (SHK)<br><br>**Reply Declaration of Yury A. Kolesnikov in Further Support of Defendants' Motion for Summary Judgment as to Plaintiff's Complaint**<br><br>Date:    August, 2025<br>Time:   10:00 a.m.<br>Judge:  Hon. Consuelo B. Marshall<br>Courtroom:  8D<br><br>Filed Dated:  August 4, 2023<br>Trial Date:    October 21, 2025 |

Kolesnikov Reply Declaration in Support of Defendants' Motion for Summary Judgment

I, Yury A. Kolesnikov, declare as follows:

1.     I am an attorney with Manning & Kass, Ellrod, Ramirez, Trester LLP, counsel for Defendants City of Covina, Vanessa Cardoza, David Meadows, and Billy Sun in this action. I submit this reply declaration in further support of Defendants' motion for summary judgment as to Plaintiffs' complaint.

2.     The facts set forth in this declaration are based on my personal knowledge and documents maintained by Manning & Kass in the ordinary course of business. These facts and events are true, or believed by me to be true, and I would testify competently to them if called upon to do so.

3.     Attached as **Exhibit 33** is a true and correct copy of additional excerpts from the certified transcript from the deposition of Officer Cardoza taken on March 6, 2025, highlighted for the Court's convenience.

4.     Attached as **Exhibit 34** is a true and correct copy of the expert rebuttal report by Jeffrey Alan Martin (without the electronic exhibits) served in this matter on May 2, 2025, highlighted for the Court's convenience.

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 1, 2025, in San Diego, California.

                                        ___*/s/ Yury A. Kolesnikov*___
                                        Yury A. Kolesnikov

Kolesnikov Reply Declaration in Support of Defendants' Motion for Summary Judgment