# Exhibit 33

(Officer Cardoza's deposition)

```
 1                  UNITED STATES DISTRICT COURT

 2                  CENTRAL DISTRICT OF CALIFORNIA

 3

 4
    _____
 5  E.V. and X.V., minors by and          )
    through their guardian ad litem,      )
 6  Karla Juarez; D.V., a minor, by       )
    and through his guardian ad litem,    )
 7  Elias Valdivia; individually and      )
    as successors-in-interest to          )
 8  Daniel Luis Valdivia, deceased;       )
    Jessica Valdivia; Luis Valdivia       )
 9  Jr., individually,                    )
                                          )
10         Plaintiffs,                    )
                                          ) CASE NO.
11      vs.                               ) 5:23-cv-01562-CBM-SHK
                                          )
12  CITY OF COVINA; VANESSA CARDOZA;      )
    DAVID MEADOWS; BILLY SUN; DOES        )
13  1-10, inclusive,                      )
                                          )
14         Defendants.                    )
                                          )
15  _____)

16

17
                         VIDEOCONFERENCE
18
            DEPOSITION OF OFFICER VANESSA CARDOZA
19

20

21  Date:             Thursday, March 6, 2025
    Time:             10:03 a.m. - 12:35 p.m.
22
    Location:         MANNING KASS
23                    801 S. Figueroa Street, 15th Floor
                      Los Angeles, California 90017
24
    Reporter:         Cynthia F. Zeller, CSR
25                    Certified Shorthand Reporter #10834
```

Page 5

```
 1                OFFICER VANESSA CARDOZA,
 2   called as a witness and having been first duly sworn by
 3   the Certified Shorthand Reporter, was examined and
 4   testified as follows:
 5          THE WITNESS:  I do.
 6
 7             EXAMINATION BY MR. SINCICH, ESQ.
 8   BY MR. SINCICH:
 9      Q.  Good morning.  Could you please state and spell
10   your name for the record.
11      A.  Yes.  My name is Vanessa, V-a-n-e-s-s-a.  Last
12   name Cardoza, C-a-r-d-o-z-a.
13      Q.  Have you had your deposition taken before?
14      A.  Yes.
15      Q.  How many times?
16      A.  Once.
17      Q.  Was it work related?
18      A.  Yes.
19      Q.  What was the general circumstances of that
20   deposition?
21      A.  I was a witness to a use of force.
22      Q.  What type of force was used in that incident?
23      A.  Just effecting an arrest, so just hands-on.
24      Q.  Were you one of the officers that used force?
25      A.  Yes.
```

Page 79

 1      A.  Yes.
 2      Q.  All right.  Were you required to undergo any
 3  retraining as a result of this incident?
 4      A.  No.
 5      Q.  What about receive any additional training?
 6      A.  No.
 7      Q.  Were you reprimanded at all as a result of this
 8  incident?
 9          MS. O'LINN:  Objection; argumentative as to
10  "reprimand."
11      You can explain.
12          THE WITNESS:  I was verbally counselled for not
13  turning on my body-worn camera.
14  BY MR. SINCICH:
15      Q.  You had a body-worn camera on your person, right?
16      A.  Correct.
17      Q.  And why didn't you turn it on?
18      A.  At the time I just didn't remember with the way
19  things happened so quickly.
20          MR. SINCICH:  Let's go off the record.
21          (Off the record.)
22  BY MR. SINCICH:
23      Q.  All right.  Officer Cardoza, we just came back
24  from a bit of a break.  I understand that you have a
25  couple of points of clarification that you would like to

```
 1  put on the record.
 2       A.   Yes.  When we were speaking about my firearm, I
 3  said I had the red dot on there, but I didn't have the
 4  red dot at the time.  We got the red dot on my firearm, I
 5  would say a couple of months after the incident.
 6            MS. O'LINN:  And then with regard to the
 7  instructions she received or comment from Officer Sun
 8  with regard to the beanbag round.
 9            THE WITNESS:  Yes.  I asked him do you want me
10  to get the less lethal, and he said yes, if you want to.
11  BY MR. SINCICH:
12       Q.   Okay.  With regards to the red dot, were you
13  utilizing iron sights at the time of the incident?
14       A.   Yes.
15       Q.   Okay.  Shooting with iron sights is a little bit
16  different than shooting with a red dot; is that fair?
17       A.   Yes.
18       Q.   Where was your focus when you were firing your
19  five shots?
20            MS. O'LINN:  Objection; asked and answered.
21  We went through that, Counsel.
22            THE WITNESS:  My sight picture was on
23  Mr. Valdivia.
24  BY MR. SINCICH:
25       Q.   Okay.  And was your focus on your front sight
```

VALDIVIA, ET AL. vs CITY OF COVINA, ET AL.
Officer Vanessa Cardoza on 03/06/2025

Page 93

```
 1  into oblivion, quite frankly.  If you can make sure she's
 2  on the emails, and we'll take a copy with a condensed and
 3  a word index.
 4          THE REPORTER:  Sounds good.  Marcel, you'll take
 5  a copy, I take it?
 6          MR. SINCICH:  Yeah, we'll have whatever the
 7  regular copy that it came with.
 8          (The deposition concluded at 12:35 p.m.)
 9                       --oOo--
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 94

1  UNITED STATES DISTRICT COURT    )
                                   )
2  CENTRAL DISTRICT OF CALIFORNIA  )

3

       The witness, Officer Vanessa Cardoza, in the
4  foregoing deposition appeared before me, Cynthia F.
   Zeller, a Certified Shorthand Reporter, in and for the
5  State of California.

6      Said witness was then and there at the time and
   place previously stated, by me placed under oath to tell
7  the truth, the whole truth and nothing but the truth in
   the testimony given on the date of the within deposition.
8
       The testimony of the witness and all questions and
9  remarks requested by Counsel and reported thereafter,
   under my direction and control, caused to be transcribed
10 into typewritten form by means of Computer-Aided
   Transcription.
11
       I am a Certified Shorthand Reporter licensed by the
12 State of California.  I further certify that I am not of
   counsel or attorney for either or any of the parties to
13 the case named in the within caption, and that I am not
   related to any party thereto.
14
       IN WITNESS WHEREOF, I have hereunto affixed my
15 signature this 17th day of March 2025.

16

17

18 *Cynthia F. Zeller*
   _____
19 CYNTHIA F. ZELLER, CSR
   Certified Shorthand Reporter #10834
20

21

22

23

24

25