Mildred K. O'Linn (State Bar No. 159055)
   *missy.olinn@manningkass.com*
Yury A. Kolesnikov (State Bar No. 271173)
   *yury.kolesnikov@manningkass.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

*Attorneys for Defendants City of Covina, Vanessa Cardoza, David Meadows, and Billy Sun*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.V. and X.V., minors by and through their guardian *ad litem*, Karla Juarez; D.V., a minor, by and through his guardian *ad litem*, Elias Valdivia; individually and as successors-in-interest to Daniel Luis Valdivia, deceased; JESSICA VALDIVIA; LUIS VALDIVIA JR., individually,<br><br>                Plaintiffs,<br><br>v.<br><br>CITY OF COVINA; VANESSA CARDOZA; DAVID MEADOWS; BILLY SUN; DOES 1–10, inclusive,<br><br>                Defendants. | Case No. 5:23-cv-1562 CBM (SHK)<br><br>**Defendants' Objections to Plaintiffs' Evidence**<br><br>Date: August 12, 2025<br>Time: 10:00 a.m.<br>Judge: Hon. Consuelo B. Marshall<br>Courtroom: 8D<br><br>Filed Dated: August 4, 2023<br>Trial Date: October 21, 2025 |

| **Evidence Objected to** | **Objection** | **Ruling** |
|---|---|---|
| Ex. G (4-up screenshots) | **Relevance (Rules 401, 402)**<br><br>This is a demonstrative exhibit that clearly was not available to the officers at the time of the incident and, thus, is not relevant to the totality of the circumstances known to the officers.<br><br>**Misleading / Unduly Prejudicial / Unknown Information (Rule 403)**<br><br>The screenshots pause the events using sophisticated video technology and the benefit of 20/20 hindsight, a luxury that was ***not*** available to the officers. | S / O |
| Ex. H (Sun BWC screenshots) | **Relevance (Rules 401, 402)**<br><br>This is a demonstrative exhibit that clearly was not available to the officers at the time of the incident and, thus, is not relevant to the totality of the circumstances known to the officers.<br><br>**Misleading / Unduly Prejudicial / Unknown Information (Rule 403)**<br><br>The screenshots pause the events using sophisticated video technology and the benefit of 20/20 hindsight, a luxury that was ***not*** available to the officers. | S / O |
| Ex. I (Shots screenshots) | **Relevance (Rules 401, 402)**<br><br>This is a demonstrative exhibit that clearly was not available to the officers at the time of the incident and, thus, is not relevant to the totality of the circumstances known to the officers. | S / O |

1

Defendants' Objections to Plaintiffs' Evidence

| | | | |
|---|---|---|---|
| | | **Misleading / Unduly Prejudicial / Unknown Information (Rule 403)**  The screenshots pause the events using sophisticated video technology and the benefit of 20/20 hindsight, a luxury that was *not* available to the officers. | |
| | Ex. O (4-up video) | **Relevance (Rule 401, 402)**  This is a demonstrative exhibit that clearly was not available to the officers at the time of the incident and, thus, is not relevant to the totality of the circumstances known to the officers. | S / O |
| | Declaration of Roger Clark | **Unreliable, lack of qualifications, and irrelevant (Rules 402, 702, 703)**  Fails to establish necessary qualifications and expertise.  Relies on unreliable data and facts.  Includes improper legal conclusions. | S / O |
| | Declaration of Scott Holdaway | **Unreliable, lack of qualifications, and irrelevant (Rules 402, 702, 703)**  Fails to establish necessary qualifications and expertise.  Relies on unreliable data and facts.  Includes improper legal conclusions. | S / O |

2

Defendants' Objections to Plaintiffs' Evidence

DATED: July 1, 2025

Respectfully submitted,

**MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP**

  ____/s/ Yury A. Kolesnikov_____
Mildred K. O'Linn
Yury A. Kolesnikov

*Attorneys for Defendants City of Covina, Vanessa Cardoza, David Meadows, and Billy Sun*