Eugene P. Ramirez (State Bar No. 134865)
 *eugene.ramirez@manningkass.com*
Kayleigh Andersen (State Bar No. 306442)
 *kayleigh.andersen@manningkass.com*
David Fleck (State Bar No. 192912)
 *David.Fleck@manningkass.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendants, COUNTY OF RIVERSIDE, RIVERSIDE COUNTY SHERIFF'S DEPARTMENT, SHERIFF CHAD BIANCO, EDWARD DELGADO, JAMES KRACHMER, and VICTORIA VARISCO-FLORES

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| ESTATE OF DAMON BEITZ; LISA PERRY, individually and as successor in interest to DAMON BEITZ,<br><br>Plaintiffs,<br><br>v.<br><br>RIVERSIDE POLICE DEPARTMENT, a public entity; CITY OF RIVERSIDE, a public entity; RIVERSIDE COUNTY SHERIFF'S DEPARTMENT, a public entity; COUNTY OF RIVERSIDE, a public entity; SHERIFF CHAD BIANCO, an individual; EDWARD DELGADO, individually; JAMES KRACHMER, individually; VICTORIA VARISCO-FLORES, individually; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 5:24-cv-02084-SSS-JPR<br><br>District Judge, Sunshine Suzanne Sykes<br>Magistrate Judge, Jean P. Rosenbluth<br><br>**JOINT MOTION AND STIPULATION BETWEEN PLAINTIFF AND DEFENDANTS RE MODIFICATION OF SCHEDULING ORDER**<br><br>Complaint Filed; 09/27/2024 |

**TO THE HONORABLE SUNSHINE SYZANNE SYKES**

WHEREAS, the Court granted the Plaintiffs' motion for leave to file a second amended complaint ("SAC") on August 4, 2025 (Dkt #63);

WHEREAS, the Court gave the Plaintiff's leave to file the SAC no later than August 15, 2025;

WHEREAS, the Plaintiffs intend to file the SAC but have not yet done so;

WHEREAS, seven (7) new defendants were named in the SAC;

WHEREAS, none of the new defendants have been served with the SAC;

WHEREAS, two (2) of the new defendants have attorneys who are new this matter;

WHEREAS, the two (2) defendants with new attorneys have not yet filed responsive pleadings;

WHEREAS, under the current Civil Trial Schedule Order, the date of Fact Discovery Cut-Off is August 15, 2025;

NOW THEREFORE, the Parties stipulate that the deadlines shall be extended by 120 days, and the new deadlines set forth in the attached Amended Schedule of Pretrial Dates (Exhibit A) shall be adopted.

IT IS SO STIPULATED

DATED: August 5, 2025           **LAW OFFICES OF CHRISTIAN CONTRERAS**

By: _____/s/ Christian Contreras_____
Christian Contreras, Esq.
Attorneys for Plaintiffs, ESTATE OF ADAM PRESTON ADAMS, by and through successor in interest, Jennifer Quintero and JENNIFER QUINTERO

| | | |
|---|---|---|
| DATED: August 5, 2025 | | **MANNING & KASS**<br>**ELLROD, RAMIREZ, TRESTER LLP** |
| | By: | */s/ David L. Fleck*<br>Eugene P. Ramirez<br>Kayleigh A. Anderson<br>David L. Fleck<br>Attorneys for Defendants County of San Bernardino, San Bernardino County Sheriff's Department, Sheriff Shannon D. Dicus, Brett Chandler, Daniel Jimenez-Magana, A. Acosta, M. Barragan, C. Kelly, A. Munoz, H. English, Jeffrey Haga, and Brett Patten |
| DATED: August 5, 2025 | | **OFFICE OF THE CITY ATTORNEY** |
| | By: | */s/ Jessica E. Rico-Zuber*<br>Rebecca McKee-Reimbold<br>Nadin S. Said<br>Jessica E. Rico-Zuber<br>Cecila Rojas<br>Attorneys for Defendants City of Riverside, David Donaldson, and Matthew Wrobleski |

**FILER'S ATTESTATION**

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

DATED: August 5, 2025            **MANNING & KASS**
                                 **ELLROD, RAMIREZ, TRESTER LLP**


By: ___*/s/ David L. Fleck*___
      Eugene P. Ramirez
      Kayleigh A. Anderson
      David L. Fleck
      Attorneys for Defendants,

**EXHIBIT A**

AMENDED SCHEDULE OF PRETRIAL DATES

| Matter | Deadline (in weeks/months after scheduling conference) | Joint Requested Date |
|---|---|---|
| Last Day to Stipulate or File Motion to Amend Pleadings or Add New Parties | *Low Level*: 2-3 weeks<br>*Medium Level*: 4-7 weeks<br>*High Level*: 8-10 weeks | n/a |
| Fact Discovery Cut-Off (including hearing of discovery motions) | *Low Level*: 2 months<br>*Medium Level*: 3-6 months<br>*High Level*: 7-10 months | 12/15/2025 |
| Matter | Deadline (in weeks after fact discovery cut-off) | Joint Requested Date |
| Last Day to Serve Initial Expert Reports | *Low Level*: 1 week<br>*Medium Level*: 2 weeks<br>*High Level*: 4 weeks | 12/29/2025 |
| Last Day to Serve Rebuttal Expert Reports | *Low Level*: 2 weeks<br>*Medium Level*: 4 weeks<br>*High Level*: 8 weeks | 01/12/2026 |
| Expert Discovery Cut-Off (including hearing of discovery motions) | *Low Level*: 3-4 weeks<br>*Medium Level*: 6-7 weeks<br>*High Level*: 12-14 weeks | 02/02/2026 |
| Motion Hearing Cut-Off | *Low Level*: 8-9 weeks<br>*Medium Level*: 11-12 weeks<br>*High Level*: 18-20 weeks | 03/02/2026 |
| Last Day to Conduct Settlement Proceedings | *Low Level*: 8-9 weeks<br>*Medium Level*: 11-12 weeks<br>*High Level*: 18-20 weeks | [ ] Magistrate Judge<br>[X] Mediation Panel<br>[ ] Private Mediation<br><br>Requested date:<br>03/02/2026 |
| Final Pretrial Conference (Thursday at 10:30 a.m.) | *Low Level*: 10-12 weeks<br>*Medium Level*: 15-20 weeks<br>*High Level*: 24-30 weeks | 04/16/2026 |
| Trial (Monday at 8:30 a.m. for jury trials; Monday at 9:00 a.m. for bench trials) | 18 days after Final Pretrial Conference | [X] Jury<br>[ ] Bench<br><br>Estimated duration: 5-7 days<br><br>Requested date:<br>05/04/2026 |

9