# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| ESTATE OF DAMON BEITZ; LISA PERRY, individually and as successor in interest to DAMON BEITZ,<br><br>Plaintiffs,<br><br>v.<br><br>RIVERSIDE POLICE DEPARTMENT, a public entity; CITY OF RIVERSIDE, a public entity; RIVERSIDE COUNTY SHERIFF'S DEPARTMENT, a public entity; COUNTY OF RIVERSIDE, a public entity; SHERIFF CHAD BIANCO, an individual; EDWARD DELGADO, individually; JAMES KRACHMER, individually; VICTORIA VARISCO-FLORES, individually; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 5:24-cv-02084-SSS-JPR<br><br>District Judge, Sunshine Suzanne Sykes<br>Magistrate Judge, Jean P. Rosenbluth<br><br>**[PROPOPED] ORDER RE JOINT MOTION AND STIPULATION BETWEEN PLAINTIFF AND DEFENDANTS RE MODIFICATION OF SCHEDULING ORDER**<br><br>Complaint Filed;  09/27/2024 |

The Court, having considered the Parties' Joint Motion and Stipulation Between Plaintiff and defendants re. Modification of Scheduling Order and finding **GOOD CAUSE**, rules the Civil Trial Scheduling Order is Modified as follows:

Fact Discovery Cut-Off (including hearing of discovery motions):12/15/2025

Last Day to Serve Initial Expert Reports:12/29/2025

Last Day to Serve Rebuttal Expert Reports: 01/12/2026

Expert Discovery Cut-Off (including hearing of discovery motions): 02/02/2026

Motion Hearing Cut-Off: 03/02/2026

Last Day to Conduct Settlement Proceedings: 03/02/2026

Final Pretrial Conference: 04/16/2026

Jury Trial: 05/04/2026

**IT IS SO ORDERED.**

Dated:

                                                HON. SUNSHINE SUZANNE SYKES
                                                UNITED STATES DISTRICT JUDGE