# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.V., et al.<br><br>Plaintiff(s),<br><br>v.<br><br>CITY OF COVINA, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>5:23−cv−01562−CBM−SHK<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:   8/5/2025

Document No.:   57

Title of Document:   Joint Motion and Stipulation Re Modification of Scheduling Order

**ERROR(S) WITH DOCUMENT:**

Document submitted in the wrong case.

Other:

**Note:** In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: August 6, 2025          By:  /s/ *Evelyn Synagogue  Evelyn_Synagogue@cacd.uscourts.gov*
                                    Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**