Mildred K. O'Linn (State Bar No. 159055)
   *missy.olinn@manningkass.com*
Yury A. Kolesnikov (State Bar No. 271173)
   *yury.kolesnikov@manningkass.com*
David L. Fleck (State Bar No. 192912)
   *david.fleck@manningkass.com*
Bari Blackledge (State Bar No. 341914)
   *bari.blackledge@manningkass.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California  90017-3012
Telephone:  (213) 624-6900
Facsimile:   (213) 624-6999

*Attorneys for Defendants City of Covina, Vanessa Cardoza, David Meadows, and Billy Sun*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.V. and X.V., minors by and through their guardian *ad litem*, Karla Juarez; D.V., a minor, by and through his guardian *ad litem*, Elias Valdivia; individually and as successors-in-interest to Daniel Luis Valdivia, deceased; JESSICA VALDIVIA; LUIS VALDIVIA JR., individually,<br><br>                 Plaintiffs,<br><br>v.<br><br>CITY OF COVINA; VANESSA CARDOZA; DAVID MEADOWS; BILLY SUN; DOES 1–10, inclusive,<br><br>                 Defendants. | Case No.:  5:23-cv-1562 CBM (SHK)<br><br>**JOINT MOTION AND STIPULATION BETWEEN PLAINTIFFS AND DEFENDANTS RE. MODIFICATION OF SCHEDULING ORDER**<br><br>*Filed together with the [Proposed] Order*<br><br>Judge:  Hon. Consuelo B. Marshall<br>Ctrm:   8D<br><br>Filed Dated:  August 4, 2023<br>Trial Date:    October 21, 2025 |

Pursuant to Civil Local Rule 7-1, Federal Rule of Civil Procedure 16(a), (b)(4) and (e), and the Court's Standing Order, Plaintiffs and Defendants (collectively, "Parties") hereby agree and stipulate as follows:

**WHEREAS**, Plaintiffs initiated this action on August 4, 2023;

**WHEREAS**, oral argument on Defendants' motion for summary judgment is set for September 10, 2025;

**WHEREAS**, the Final Pretrial Conference is scheduled for September 16, 2025, and trial is set to begin on October 22, 2025;

**WHEREAS**, under the Local Rules and the Court's procedures, important pretrial deadlines derive from the date of the Final Pretrial Conference, including:

- The deadline for counsel to meet and confer under Local Rule 16-2 (currently August 7, 2025);
- The deadline to file motions *in limine* (currently August 16, 2025);
- The deadline to file memoranda of contentions of fact and law, joint witness lists, and joint exhibit lists (currently August 26, 2025);

**WHEREAS**, the Court's ruling on the pending motion for summary judgment may narrow some or all claims or defenses at issue, which in turn may eliminate or substantially reduce the number of motions *in limine*, witnesses, and exhibits that the Parties must address in their pretrial submissions;

**WHEREAS**, a modification of the scheduling would conserve judicial resources potentially by avoiding the need for the Court to address motions *in limine*, evidentiary disputes, and trial-related filings that may be rendered moot or unnecessary by the Court's ruling on summary judgment;

**WHEREAS**, requiring the Parties to meet and confer, and to prepare and file pretrial materials, before the Court resolves the pending motion for summary judgment, may result in duplicative and unnecessary effort, and such inefficiency would be inconsistent with the purpose of the pretrial conference under Federal Rule of Civil Procedure 16(a)(3);

**WHEREAS**, requiring the Parties to litigate evidentiary issues in pretrial motions in advance of a ruling on summary judgment would risk prematurely narrowing the scope of trial and result in the expenditure of significant time and resources on matters that may ultimately be irrelevant;

**WHEREAS**, this request is made in good faith and not for the purpose of delay;

**NOW, THEREFORE**, the Parties jointly stipulate and respectfully request that the Court issue an order that modifies the scheduling order as follows:

1. Final Pretrial Conference to be scheduled on February 3, 2026;
2. Trial to be scheduled on February 24, 2026;
3. All related pretrial deadlines – including the Local Rule 16-2 meeting of counsel, motions *in limine*, memoranda of contentions of fact and law, joint exhibit lists, joint witness lists, and all other filings triggered by the pretrial conference date – shall be calculated based on the newly scheduled date of the Final Pretrial Conference, consistent with the Local Rules and the Court's Standing Order.

**IT IS SO STIPULATED.**

DATED: August 5, 2025  Respectfully submitted,

**MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP**

By:  */s/ Mildred K. O'Linn*
Mildred K. O'Linn
Yury A. Kolesnikov
Roslynn Wilfert

*Attorneys for Defendants*

DATED:  August 5, 2025                Respectfully submitted,

**LAW OFFICES OF DALE K. GALIPO**

By:     */s/ Marcel F. Sincich*
          Dale K. Galipo (SBN 144074)
          Marcel F. Sincich (SBN 319508)

*Attorneys for Plaintiffs*

1  **E-SIGNATURE AFFIRMATION**

2  Pursuant to Civil Local Rule 5-4.3.4, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: August 5, 2025

Respectfully submitted,

**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**

By:       */s/ Mildred K. O'Linn*
    Mildred K. O'Linn
    Yury A. Kolesnikov
    David L. Fleck
    Bari Blackledge

*Attorneys for Defendants City of Covina, Vanessa Cardoza, David Meadows, and Billy Sun*