# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.V. and X.V., minors by and through their guardian *ad litem*, Karla Juarez; D.V., a minor, by and through his guardian *ad litem*, Elias Valdivia; individually and as successors-in-interest to Daniel Luis Valdivia, deceased; JESSICA VALDIVIA; LUIS VALDIVIA JR., individually,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF COVINA; VANESSA CARDOZA; DAVID MEADOWS; BILLY SUN; DOES 1–10, inclusive,<br><br>Defendants. | Case No.: 5:23-cv-1562 CBM (SHK)<br><br>**[PROPOSED] ORDER RE. JOINT MOTION AND STIPULATION BETWEEN PLAINTIFF AND DEFENDANTS RE. MODIFICATION OF SCHEDULING ORDER**<br><br>Judge: Hon. Consuelo B. Marshall<br>Courtroom: 8D<br><br>Filed Dated: August 4, 2023 |

[PROPOSED] ORDER RE. STIPULATION BETWEEN PLAINTIFFS AND DEFENDANTS RE. MODIFICATION OF SCHEDULING ORDER

1  　　　　The Court, having considered the Parties' Joint Motion and Stipulation
2  Between Plaintiffs and Defendants re. Modification of Scheduling Order and finding
3  **GOOD CAUSE** has been shown pursuant to FRCP 16(b)(4), hereby rules as follows:
4  　　1. The trial date is vacated and continued to February 24, 2026.
5  　　2. The final pretrial conference date is vacated and continued to February 3, 2026.
6  　　3. All associated pretrial deadlines, including those triggered by the date of the
7  　　　　final pretrial conference, are VACATED and shall be calculated based on the
8  　　　　newly scheduled date of the Final Pretrial Conference, consistent with the Local
9  　　　　Rules and the Court's Standing Order.

**IT IS SO ORDERED.**

Dated:

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　HON. CONSUELO B. MARSHALL
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE