# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.V., et al., <br><br> PLAINTIFF(S) <br> v. <br><br> CITY OF COVINA, et al., <br><br> DEFENDANT(S). | CASE NUMBER: <br><br> 5:23-cv-01562-CBM-SHK <br><br> ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| 8/5/2025 | 57 | Joint Motion and Stipulation Re Modification of |
|---|---|---|
| Date Filed | Document No. | Title of Document: Scheduling Order |

**IT IS HEREBY ORDERED:**

- [×] The document is stricken
- [ ] The hearing date has been rescheduled to _____ at _____.
- [ ] A notice of interested parties shall be filed no later than 5 days from entry of this Order.
- [×] Other:

Document submitted in the wrong case.

Dated: 8/6/2025

By: _____
U.S. District Judge / U.S. Magistrate Judge