

Mildred K. O'Linn (State Bar No. 159055)
    missy.olinn@manningkass.com
Yury A. Kolesnikov (State Bar No. 271173)
    yury.kolesnikov@manningkass.com
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California  90017-3012
Telephone:  (213) 624-6900
Facsimile:  (213) 624-6999

*Attorneys for Defendants City of Covina, Vanessa Cardoza, David Meadows, and Billy Sun*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.V. and X.V., minors by and through their guardian *ad litem*, Karla Juarez; D.V., a minor, by and through his guardian *ad litem*, Elias Valdivia; individually and as successors-in-interest to Daniel Luis Valdivia, deceased; JESSICA VALDIVIA; LUIS VALDIVIA JR., individually,<br><br>                                   Plaintiffs,<br><br>       v.<br><br>CITY OF COVINA; VANESSA CARDOZA; DAVID MEADOWS; BILLY SUN; DOES 1–10, inclusive,<br><br>                                   Defendants. | Case No. 5:23-cv-1562 CBM (SHK)<br><br>**Defendants' Request for Non-Lead Counsel to Appear at the September 10, 2025 Hearing on Defendants' Motion for Summary Judgment**<br><br>Date:       September 10, 2025<br>Time:       10:00 a.m.<br>Judge:     Hon. Consuelo B. Marshall<br>Courtroom: 8D<br><br>Filed Dated:   August 4, 2023<br>Trial Date:    October 21, 2025 |

---

Defendants' Request for Non-Lead Counsel to Appear at the MSJ Hearing

Defendants City of Covina, Vanessa Cardoza, David Meadows, and Billy Sun respectfully request that attorney Yury A. Kolesnikov be permitted to appear at the motion for summary judgment hearing scheduled before the Court on September 10, 2025, at 10:00 a.m. in place of Defendants' lead counsel, Mildred K. O'Linn.

Currently pending before the Court is Defendants' motion for summary judgment (Dkt. No. 44). The hearing on the motion was initially noticed for July 15, 2025, but was subsequently reset for August 12, 2025 (*see* Dkt. No. 46), and thereafter continued to September 10, 2025 (*see* Dkt. No. 56).

Defendants are hereby requesting that the Court permit their non-lead counsel, Mr. Kolesnikov, to appear at the September 10, 2025 hearing to argue Defendants' motion for summary judgment. Good cause exists to allow Mr. Kolesnikov to appear at the hearing instead of Defendants' lead counsel because (1) Mr. Kolesnikov drafted the pending motion for summary judgment and, thus, is the attorney most familiar with the relevant arguments, and (2) lead counsel, Ms. O'Linn, has a previously-scheduled engagement and, as a result, is unable to attend the hearing.

DATED: August 13, 2025          Respectfully submitted,

**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**

      /s/ Yury A. Kolesnikov
Mildred K. O'Linn
Yury A. Kolesnikov

*Attorneys for Defendants City of Covina, Vanessa Cardoza, David Meadows, and Billy Sun*