# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.V. and X.V., minors by and through their guardian *ad litem*, Karla Juarez; D.V., a minor, by and through his guardian *ad litem*, Elias Valdivia; individually and as successors-in-interest to Daniel Luis Valdivia, deceased; JESSICA VALDIVIA; LUIS VALDIVIA JR., individually,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF COVINA; VANESSA CARDOZA; DAVID MEADOWS; BILLY SUN; DOES 1–10, inclusive,<br><br>Defendants. | Case No.: 5:23-cv-1562 CBM (SHK)<br><br>**[Proposed] Order Granting Defendants' Request for Non-Lead Counsel to Appear at the September 10, 2025 Hearing on Defendants' Motion for Summary Judgment**<br><br>Date:   September 10, 2025<br>Time:   10:00 a.m.<br>Judge:   Hon. Consuelo B. Marshall<br>Courtroom:   8D<br><br>Filed Dated:   August 4, 2023<br>Trial Date:   October 21, 2025 |

1  The Court, having considered Defendants' Request for Non-Lead Counsel to
2  Appear at the September 10, 2025 Hearing on Defendants' Motion for Summary
3  Judgment, and finding **GOOD CAUSE** therefor, **ORDERS** as follows:
4      1.    Defendants' request is **GRANTED**.
5      2.    Defendants' non-lead counsel, Yury A. Kolesnikov, is permitted to
6  appear at the hearing scheduled before the Court on September 10, 2025, at 10:00
7  a.m., to argue Defendants' motion for summary judgment in place of Defendants'
8  lead counsel, Mildred K. O'Linn.
9      **IT IS SO ORDERED.**

DATED: _____, 2025

_____
HON. CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE