UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:23-cv-1562-CBM-SHK | Date | August 18, 2025 |
| Title | E.V. et al. v. City of Covina et al. | | |

Present: The Honorable  CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| V.R. VALLERY | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings:** **IN CHAMBERS- ORDER RE:   JOINT MOTION AND STIPULATION BETWEEN PLAINTIFFS AND DEFENDANTS RE: MODIFICATION OF SCHEDULING ORDER**

  The matter before the Court is the parties' Joint Motion and Stipulation Between Plaintiffs and Defendants re: Modification of Scheduling Order.  (Dkt. No. 59 (the "Stipulation").)   The Stipulation is not approved.  However, the Court hereby VACATES the September 16, 2025 final pretrial conference date and October 22, 2025 trial date.  The Court will set new dates for the final pretrial conference and trial, if necessary, after ruling on the pending summary judgment motion.

  **IT IS SO ORDERED.**