**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Marcel F. Sincich, Esq. (SBN 319508)
msincich@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333
Fax:    (818) 347-4118

*Attorneys for Plaintiffs*

Mildred K. O'Linn (State Bar No. 159055)
  missy.olinn@manningkass.com
Yury A. Kolesnikov (State Bar No. 271173)
  yury.kolesnikov@manningkass.com
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

*Attorneys for Defendants City of Covina, Vanessa Cardoza, David Meadows, and Billy Sun*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.V. and X.V., minors by and through their guardian *ad litem*, Karla Juarez; D.V., a minor, by and through his guardian *ad litem*, Elias Valdivia; individually and as successors-in-interest to Daniel Luis Valdivia, deceased; JESSICA VALDIVIA; LUIS VALDIVIA JR., individually;<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF COVINA; VANESSA CARDOZA; DAVID MEADOWS; BILLY SUN; DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 5:23-cv-01562-CBM-SHK<br><br>[*Honorable Consuelo B. Marshall, Magistrate Judge Shashi H. Kewalramani*]<br><br>**JOINT REQUEST AND STIPULATION TO ALLOW NON-LEAD COUNSEL TO APPEAR REMOTELY FOR THE HEARING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Date: September 10, 2025<br>Time: 10:00 a.m.<br>Judge: Hon. Consuelo B. Marshall<br>Courtroom: 8D |

**TO THIS HONORABLE COURT AND ALL PARTIES OF RECORD:**

Plaintiffs E.V. and X.V., minors by and through their guardian *ad litem*, Karla Juarez; D.V., a minor, by and through his guardian *ad litem*, Elias Valdivia; individually and as successors-in-interest to Daniel Luis Valdivia, deceased; JESSICA VALDIVIA; and LUIS VALDIVIA JR., individually, and Defendants City of Covina, Vanessa Cardoza, David Meadows, and Billy Sun hereby agree and stipulate as follows subject to the Court's approval:

Currently pending before the Court is Defendants' motion for summary judgment. (Doc. 44). The hearing on the motion was initially noticed for July 15, 2025, and then reset for August 12, 2025. (Doc. 46). Thereafter, the Court *sua sponte* continued the hearing to September 10, 2025, at 10:00 a.m. (Doc. 56).

On August 13, 2025, Defendants filed a request to permit Defendants' non-lead counsel (Yury A. Kolesnikov) to appear at the hearing on Defendants' motion for summary judgment in place of Defendants' lead counsel (Mildred K. O'Linn) in light of Ms. O'Linn's previously-scheduled engagement on September 10, 2025. (Doc. 61). The Court has not yet ruled on Defendants' request.

By this stipulation, Plaintiffs request that the Court permit Plaintiffs' non-lead counsel (Marcel F. Sincich) to appear at the hearing on the motion for summary judgment in place of Plaintiffs' lead trial counsel, Dale K. Galipo, who is scheduled to be in trial on September 10, 2025, in the matter of *Stephenson, et al. v. State of California et al.*, Case No. 5:21-cv-00526-JAK-DTB, before the Honorable John A. Kronstadt. Pursuant to Judge Kronstadt's pretrial order, the trial will be in session from 8:30 a.m. to 2:30 p.m. each day. Furthermore, Mr. Sincich drafted the opposition to the motion for summary judgment and is knowledgeable of the facts of this case and is most familiar with the relevant arguments raised in the motion.

However, Mr. Sincich will be out of State on the day of the hearing but is available to appear remotely. In light of the foregoing, the parties have met and

conferred and have agreed to jointly request that the Court permit both non-lead counsel to appear remotely at the hearing on the motion for summary judgment.

For the foregoing reasons, the parties jointly request and stipulate that the Court permit their non-lead counsel, Marcel F. Sincich for Plaintiffs and Yury A. Kolesnikov for Defendants, to appear **remotely** at the hearing on Defendants' motion for summary judgment set for September 10, 2025, at 10:00 a.m.

**IT IS SO STIPULATED.**

Respectfully submitted,

DATED: September 2, 2025             **LAW OFFICES OF DALE K. GALIPO**

                                     /s/    Marcel F. Sincich
                                     Dale K. Galipo, Esp.
                                     Marcel F. Sincich
                                     *Attorneys for Plaintiffs*

                                     **MANNING & KASS**
                                     **ELLROD, RAMIREZ, TRESTER LLP**

                                     /s/    Yury A. Kolesnikov
                                     Mildred K. O'Linn
                                     Yury A. Kolesnikov
                                     *Attorneys for Defendants City of Covina, Vanessa Cardoza, David Meadows, and Billy Sun*

# E-SIGNATURE AFFIRMATION

Pursuant to Civil Local Rule 5-4.3.4, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Respectfully submitted,

DATED: September 2, 2025          **LAW OFFICES OF DALE K. GALIPO**

                                  _/s/    Marcel F. Sincich_
                                  Dale K. Galipo, Esp.
                                  Marcel F. Sincich
                                  *Attorneys for Plaintiffs*