# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.V. and X.V., minors by and through their guardian ad litem, Karla Juarez; D.V., a minor, by and through his guardian ad litem, Elias Valdivia; individually and as successors-in-interest to Daniel Luis Valdivia, deceased; JESSICA VALDIVIA; LUIS VALDIVIA JR., individually,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF COVINA; VANESSA CARDOZA; DAVID MEADOWS; BILLY SUN; DOES 1-10, inclusive,<br><br>Defendants. | Case No. 5:23-cv-01562-CBM-SHK<br><br>**[PROPOSED] ORDER GRANTING JOINT REQUEST AND STIPULATION TO ALLOW NON-LEAD COUNSEL TO APPEAR REMOTELY FOR THE HEARING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

The Court, having considered the parties' Joint Request and Stipulation to Allow Non-Lead Counsel to Appear Remotely for the Hearing on Defendants' Motion For Summary Judgment (Doc. 63), and finding **GOOD CAUSE** therefor, **ORDERS** as follows:

1. The parties' Request is **GRANTED**
2. Defendants' non-lead counsel, Yury A. Kolesnikov, and Plaintiffs' non-lead counsel, Marcel F. Sincich, are permitted to appear **REMOTELY** at the hearing scheduled before the Court on September 10, 2025, at 10:00 a.m., in lieu of the parties' respective lead-trial counsel.

IT IS SO ORDERED.

Dated: _____, 2025

_____
Honorable Consuelo B. Marshall
United States District Court Judge