**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Marcel F. Sincich, Esq. (SBN 319508)
msincich@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Tel:   (818) 347-3333
Fax:   (818) 347-4118

*Attorneys for Plaintiffs, E.V., et al.*

Mildred K. O'Linn (State Bar No. 159055)
  missy.olinn@manningkass.com
David L. Fleck (State Bar No. 192912)
  david.fleck@manningkass.com
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

*Attorneys for Defendants City of Covina, Vanessa Cardoza, David Meadows, and Billy Sun*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.V. and X.V., minors by and through their guardian *ad litem*, Karla Juarez; D.V., a minor, by and through his guardian *ad litem*, Elias Valdivia; individually and as successors-in-interest to Daniel Luis Valdivia, deceased; JESSICA VALDIVIA; LUIS VALDIVIA JR., individually;<br><br>　　　　　　　Plaintiffs,<br>vs.<br><br>CITY OF COVINA; VANESSA CARDOZA; DAVID MEADOWS; BILLY SUN; DOES 1-10, inclusive,<br><br>　　　　　　　Defendants. | Case No.: 5:23-cv-01562-CBM-SHK<br><br>[*Honorable Consuelo B. Marshall, Magistrate Judge Shashi H. Kewalramani*]<br><br>**JOINT STIPULATION TO MODIFY THE SCHEDULING ORDER**<br><br>**Final Pre-Trial Conference**<br>Date:  Tuesday, December 16, 2026<br>Time:　　09:00 a.m.<br>**Jury Trial**<br>Date: Tuesday, January 20, 2026<br>Time:　　10:00 a.m.<br><br>Ctrm:　　8D<br>350 West 1st Street, 6th Floor<br>Los Angeles, California 90012 |

**TO THIS HONORABLE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiffs E.V. and X.V., minors by and through their guardian *ad litem*, Karla Juarez, D.V., a minor, by and through his guardian *ad litem*, Elias Valdivia, Jessica Valdivia, and Luis Valdivia, Jr.; and Defendants City of Covina, Vanessa Cardoza, David Meadows, and Billy Sun hereby agree and stipulate as follows subject to the Court's approval:

WHEREAS, on October 14, 2025, the Court ruled on Defendants' Motion for Summary Judgment. (Doc. 66). On October 15, 2025, the Court gave its Order setting the Pretrial Conference for December 16, 2025, and setting Jury Trial for January 20, 2026. (Doc. 68).

WHEREAS, while the Parties appreciate the Court's willingness to set the jury trial for as soon as possible, the Parties believe there is good cause to continue the dates based on the following conflicts of the parties and counsel:

**Defendants**:

- Defense counsel is currently set for trial in another matter January 5-20, 2026, in *Chavira v. City of West Covina*, 2:24-cv-08464-SB-PVC, Central District of California. This matter in addition to the *Chavira* matter will of course involve significant preparation time and effort in preceding weeks including the entire holiday season.

- Following on the heels of that matter with another trial to prepare for during the same timeframe is already a significant concern, however, in addition defense counsel is already scheduled for another matter for January 20-February 6, 2026 in *Perez v. City of Fresno, et al.*, 22CECG01150, Fresno Superior Court.

- In addition, the actual defendants, City of Covina Officers Vanessa Cardoza, David Meadows and Billy Sun are all unavailable for the trial dates set by the Court in this matter. Defendant Officer Cardoza has a scheduled vacation

out of town for January 26-29 and both defendant Officers Meadows and Sun are scheduled to be out of state for pre-paid conferences and vacation from January 20-26.

- Additionally, with regard to the January 20 trial date, defendants' experts are unavailable for trial as well as trial preparation as a result of a conflict with previously scheduled vacations. Forensic expert Rodney Englert is unavailable January 17-30 and police procedures expert Robert Fonzi is unavailable January 5-20. Video analyst and human factors experts, Jeffrey Martin is unavailable January 5-9 and 19-30 as a result of a prior commitment.
- Defendants' counsel's trial and pre-planned vacation date conflicts in 2026 are as follows:
  - January 5-20 *Chavira v. City of West Covina*, 2:24-cv-08464-SB-PVC, Central District of California;
  - January 20-February 6 *Perez v. City of Fresno, et al.*, 22CECG01150, Fresno Superior Court;
  - January 20-30 *Valdivia v. City of Covina, et al*, 5:23-cv-01562-CBM-SHK, USDC Central;
  - February 6-27 *Regan v. County of Fresno*, 22CECG00876, Fresno Superior Court;
  - February 23-March 9 *Sanchez v. City of Fresno*, 23CECG04266, Fresno Superior Court;
  - March 23-April 10 *Gettings v. County of Shasta*, 2:21-cv-01139-DJC-DB, Eastern District of California;
  - April 28-May 18 Lead counsel Mildred O'Linn pre-planned annual vacation including travel to Seattle, Sacramento and Washington D.C. re officer memorial services and birthday plans including memorial services for client, Baldwin Park Police Officer Samuel Riveros;

- July 21-August 4 *Hernandez v. Covina Police Department*, 24PSCV00293, Los Angeles Superior Court;
- July 28-August 7 *Herrera v. City of Azusa*, 5:19-cv-02209, Central District of California (prospective Joint Stipulation to continue trial to);
- August 25-September 11 *Ibarra v. Rodriguez*, 24PSCV03015, Los Angeles Superior Court;
- August 24-September 11 *Rodriguez v. City of Fresno*, 1:23-cv-01471-JLT-SKO, Eastern District of California;
- September 14-September 28 *Brown v. Azusa Police Department*, 2:24-cv-03569-MEMF-JDE, Central District of California;
- September 15-25 *Herrera v. City of Azusa*, 5:19-cv-02209, Central District of California;
- September 22-October 2, *Ngo v. City of Fresno*, 1:24-cv-00472-KES-BAM, Eastern District of California;
- Nov. 24-December 7 *Vela v. City of Fresno*, 1:24-cv-00471, Eastern District of California;
- December 8-18 *Beckermeister v. City of Fresno*, 1:24-cv-00471-KES-SKO, Eastern District of California.

• Defendants and witnesses have the following conflicts in 2026 including the current trial date set by the Court in this matter and beyond:

- Defendant Vanessa Cardoza is unavailable January 26-29;
- Defendant David Meadows is unavailable January 20-26;
- Defendant Billy Sun is unavailable January 20-26;
- Forensic expert Rodney Englert is unavailable January 17-30; July 17-26; October 28-November 16; November 20-27; December 21-January 8, 2027;
- Police procedures expert Robert Fonzi is unavailable January 5-20;

March 2-6; August 3-21;

- o Video analyst and human factors expert Jeffrey Martin is unavailable January 5-9 and 19-30; May 1-31; August 10-14; October 1-9 and 19-30.
- o Economist Stephanie Rizzardi is unavailable March 10-13; and July 27-August 14.

**Plaintiffs**:

- Plaintiffs' counsel is currently set for trial in another matter starting January 20, 2026, in *Solis v. State of California*, Case No.: 5:23-cv-00515-HDV-JPR, Central District of California, which is a retrial that has been pending since February 2025.
- Plaintiffs' counsel's trial and pre-planned vacation date conflicts in 2026 are as follows:
  - o January 5, *Silva v. Stanislaus County,* 2:23-cv-01887, Northern District of California.
  - o January 26, *Barber v. County of San Bernardino,* 5:22-cv-00625, Central District of California.
  - o February 10, *Quan v. County of Los Angeles,* 2:24-cv-04805, Central District of California.
  - o February 17, *Petit v. City of Los Angeles,* 2:23-cv-00789, Central District of California.
  - o March 2, *Yuriar v. State of California,* 23-cv-06438, Northern District of California.
  - o April 6, *Maccani v. City of Los Angeles,* 2:24-cv-03265, Central District of California.
  - o April 7, *Barnhill v. City of Hemet,* 5:23-cv-00589, Central District of California.

- o   April 14, *Garcia v. Tustin,* 8:22-cv-00131, Central District of California.
- o   April 28, *Salazar v. City of Torrance,* 2:24-cv-07692, Central District of California.
- o   May 11, *Gonzalez v. Hemet,* 5:25-cv-00331, Central District of California.
- o   May 26, *Urquijo/Loftin v. State of California,* 5:22-cv-02133, Central District of California.
- o   June 23, *Urena v. City of San Bernardino,* 5:24-cv-00341, Central District of California.
- o   July 7, *Childs v. County of Los Angeles,* 2:25-cv-415, Central District of California.
- o   July 13, *Vasquez v. City of Los Angeles,* 8:24-cv-02421, Central District of California.
- o   July 13, *Burrise (D.B.) v. City of Stockton,* 2:21-cv-02154, Eastern District of California.
- o   August 4, *Shirey v. County of Riverside,* 5:25-cv-01541-DMG-E, Central District of California.
- o   September 14, *Adams v. City of Redding,* 2:20-cv-01610-TLN-DMC, Central District of California.
- o   October 13, *Alvarez v. Pasadena,* 2:25-cv-02490, Central District of California.
- o   October 13, *James/Manghane v. COSB,* cv-5 :25-cv-00140, Central District of California.
- o   October 19, *Smith v. City of Huntington Beach, et al,* 8:25-cv-1326, Central District of California.
- o   October 27, *Swart v. County of Riverside,* 2:25-cv-01007, Central

District of California.

- November 2, *Santana v. City of Anaheim,* 8:25-cv-1327, Central District of California.
- November 16, *Sandoval v. County of San Bernardino,* 5:25-cv-01879, Central District of California.
- December 1, *Rias/Adams v. City of Fontana,* 5:25-cv-00207, Central District of California.

This is the Parties third stipulation to modify the scheduling order related to trial (see Docs. 36 and 59), the parties previously additionally requested a modification to the scheduling order for fact discovery only (see Doc. 43).

Taking into consideration the scheduling issues summarized, Parties are all available to start trial on June 9, 2026 and request the Court consider this date for the trial of this matter.

**STIPULATION FOR CONTINUANCE:**

1. Accordingly, in light of the foregoing, and in order to facilitate the interests of all parties to this action, by and through their counsel of record in this action, the Parties hereby Stipulate that **Good Cause** exists and the parties respectfully request that the Court **modify the Scheduling Order as follows:**

| Trial and Final Pretrial Conference Dates | Current Dates (Doc. 68) | Proposed Dates |
|---|---|---|
| Jury Trial (*Tuesday* at 10:00 a.m.) Est.: 5-10 Days | 01/20/2026 | 06/09/2026 |
| Final Pretrial Conference [L.R. 16] (*Tuesday* at 09:00 a.m.) | 12/16/2025 | 05/05/2026 |
| Hearing on Motions *In Limine* | Not Set | 05/05/2026 |
| Trial Filings (second round) | Not Set | |

| | | |
|---|---|---|
| • Oppositions to Motions *In Limine*<br>• Joint Proposed Final Pretrial Conference Order [L.R. 16-7]<br>• Joint/Agreed Proposed Jury Instructions<br>• Disputed Proposed Jury Instructions<br>• Joint Proposed Verdict Forms<br>• Joint Proposed Statement of the Case<br>• Proposed Additional Voir Dire Questions | | |
| Trial Filings (first round)<br>• Motions *In Limine*<br>• Memoranda of Contentions of Fact and Law [L.R. 16-4]<br>• Witness Lists [L.R. 16-5]<br>• Joint Exhibit List [L.R. 16-6.1]<br>• Joint Status Report Regarding Settlement | Not Set | |

**IT IS SO STIPULATED.**

Respectfully submitted,

DATED: November 5, 2025                **LAW OFFICES OF DALE K. GALIPO**

*/s/ Marcel F. Sincich*
Dale K. Galipo, Esq.
Marcel F. Sincich
*Attorneys for Plaintiffs*

**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**

*/s/ David L. Fleck*
Mildred K. O'Linn
David L. Fleck
*Attorneys for Defendants City of Covina, Vanessa Cardoza, David Meadows, and Billy Sun*

# **E-SIGNATURE AFFIRMATION**

Pursuant to Civil Local Rule 5-4.3.4, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Respectfully submitted,

DATED: November 5, 2025          **LAW OFFICES OF DALE K. GALIPO**

*/s/ Marcel F. Sincich*
Dale K. Galipo, Esq.
Marcel F. Sincich
*Attorneys for Plaintiffs*