**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| E.V. and X.V., minors by and through their guardian *ad litem*, Karla Juarez; D.V., a minor, by and through his guardian *ad litem*, Elias Valdivia; individually and as successors-in-interest to Daniel Luis Valdivia, deceased; JESSICA VALDIVIA; LUIS VALDIVIA JR., individually;<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF COVINA; VANESSA CARDOZA; DAVID MEADOWS; BILLY SUN; DOES 1-10, inclusive,<br><br>Defendants | Case No.: 5:23-cv-01562-CBM-SHK<br><br>[*Honorable Consuelo B. Marshall, Magistrate Judge Shashi H. Kewalramani*]<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO MODIFY THE SCHEDULING ORDER** |

Having reviewed the parties' JOINT STIPULATION TO MODIFY THE SCHEDULING ORDER and finding GOOD CAUSE therein, it is hereby ORDERED that:

1. The Scheduling Order is modified as follows:

| **Trial and Final Pretrial Conference Dates** | **Current Dates (Doc. 68)** | **Proposed Dates** |
|---|---|---|
| Jury Trial (*Tuesday* at 10:00 a.m.) Est.: 5-10 Days | 1/20/2026 | 6/9/2026 |
| Final Pretrial Conference [L.R. 16] (*Tuesday* at 09:00 a.m.) | 12/16/2025 | 5/5/2026 |
| Hearing on Motions *In Limine* | Not Set | 5/5/2026 |
| Trial Filings (second round)<br>• Oppositions to Motions *In Limine*<br>• Joint Proposed Final Pretrial Conference Order [L.R. 16-7]<br>• Joint/Agreed Proposed Jury Instructions<br>• Disputed Proposed Jury Instructions<br>• Joint Proposed Verdict Forms<br>• Joint Proposed Statement of the Case<br>• Proposed Additional Voir Dire Questions | Not Set | |
| Trial Filings (first round)<br>• Motions *In Limine*<br>• Memoranda of Contentions of Fact and Law [L.R. 16-4]<br>• Witness Lists [L.R. 16-5]<br>• Joint Exhibit List [L.R. 16-6.1]<br>• Joint Status Report Regarding Settlement | Not Set | |

IT IS SO ORDERED.


Dated: _____, 2025

_____
Honorable Consuelo B. Marshall
United States District Court Judge