1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| E.V. and X.V., minors by and through their guardian *ad litem*, Karla Juarez, *et al.*,<br><br>                  Plaintiffs,<br><br>  v.<br><br>CITY OF COVINA *et al.*,<br><br>                  Defendants | Case No.: 5:23-cv-01562-CBM-SHK<br><br>[*Honorable Consuelo B. Marshall, Magistrate Judge Shashi H. Kewalramani*]<br><br>**ORDER GRANTING JOINT STIPULATION TO MODIFY THE SCHEDULING ORDER**<br><br>[NOTE CHANGES BY THE COURT] |

Having reviewed the parties' JOINT STIPULATION TO MODIFY THE SCHEDULING ORDER (Dkt. No. 69) and finding GOOD CAUSE therein, it is hereby ORDERED that:

    1.    The Scheduling Order is modified as follows:

| Trial and Final Pretrial Conference Dates | Current Date (Doc. 68) | New Date |
|---|---|---|
| Jury Trial (*Tuesday* at 10:00 a.m.) Est.: 6-7 Days | 1/20/2026 | 6/9/2026 at 10:00 a.m. |

- 1 -

| Trial and Final Pretrial Conference Dates | Current Date (Doc. 68) | New Date |
|---|---|---|
| Final Pretrial Conference [L.R. 16] (*Tuesday* at 09:00 a.m.) | 12/16/2025 | 5/5/2026 at 2:30 p.m. |
| Hearing on Motions *In Limine* | Not Set | 5/5/2026 at 2:30 p.m. |
| Trial Filings (second round)<br>• Oppositions to Motions *In Limine* [L.R. 7-9]<br>• Joint Proposed Final Pretrial Conference Order [L.R. 16-7]<br>• Joint/Agreed Proposed Jury Instructions [L.R. 51-1]<br>• Disputed Proposed Jury Instructions [L.R. 51-1]<br>• Joint Proposed Verdict Forms [L.R. 49-1] | Not Set | Per local rules. |
| Trial Filings (first round)<br>• Motions *In Limine* [L.R. 6-1]<br>• Memoranda of Contentions of Fact and Law [L.R. 16-4]<br>• Witness Lists [L.R. 16-5]<br>• Joint Exhibit List [L.R. 16-6.1] | Not Set | Per local rules. |
| Other trial filings<br>• Joint Proposed Statement of the Case<br>• Proposed Additional Voir Dire Questions<br>• Summary of witness testimony, order witnesses will be called, and time estimate<br>• deposition transcripts to be used in lieu of live testimony marked pursuant to L.R. 16-2.7, and index of the portions of the deposition offered, stating the pages and lines offered, objections, and the grounds for the objections | | 6/2/2026 |
| Joint Status Report Regarding Settlement | | 6/2/2026 |

**IT IS SO ORDERED.**

Dated: November 6, 2025

Honorable Consuelo B. Marshall
United States District Judge

- 2 -