Mildred K. O'Linn (State Bar No. 159055)
  *missy.olinn@manningkass.com*
Robert E. Murphy (State Bar No. 103936)
  *robert.murphy@manningkass.com*
David Fleck (State Bar No. 192912)
  *David.Fleck@manningkass.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

*Attorneys for Defendants, CITY OF COVINA, VANESSA CARDOZA, DAVID MEADOWS, and BILLY SUN*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.V. and X.V., minors by and through their guardian ad litem, Karla Juarez; D.V., a minor, by and through his guardian ad litem, Elias Valdivia; individually and as successors-in-interest to Daniel Luis Valdivia, deceased; JESSICA VALDIVIA; LUIS VALDIVIA JR., individually;,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF COVINA; VANESSA CARDOZA; DAVID MEADOWS; BILLY SUN; DOES 1-10, inclusive,<br><br>Defendants. | **Case No. 5:23-cv-01562-CBM-SHK**<br><br>[District Judge: Consuelo B. Marshall Magistrate Judge: Shashi H. Kewalramani]<br><br>**DEFENDANTS CITY OF COVINA, VANESSA CARDOZA, DAVID MEADOWS, AND BILLY SUN'S NOTICE OF APPEAL**<br><br>Judge: Hon. Consuelo B. Marshall<br>Crtrm: 8D<br><br>Filed Date: 08/04/2023 |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that, under 28 U.S.C. § 1291, Defendants CITY OF COVINA, VANESSA CARDOZA, DAVID MEADOWS, and BILLY SUN ("City of Covina Defendants") appeal to the U.S. Court of Appeals for the Ninth Circuit from the Court's order denying in part the City of Covina Defendants' motion for summary judgment. *See* Dkt. No. 66.

A copy of the Court's order is attached as **Exhibit A**.

In compliance with Rule 12(b) of the Federal Rules of Appellate Procedure and Ninth Circuit Rule 3-2, the City of Covina Defendants' Representation Statement is attached as **Exhibit B**.

**PLEASE TAKE FURTHER NOTICE THAT**, pursuant to operation of law, the district court proceedings are automatically stayed pending the disposition of the appeal. *See Chuman v. Wright*, 960 F.2d 104, 105 (1992).

DATED: November 12, 2025          Respectfully submitted,

**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**

By:       /s/ Mildred K. O'Linn
          Mildred K. O'Linn
          Robert E. Murphy
          David Fleck
          Attorneys for Defendants, CITY OF COVINA, VANESSA CARDOZA, DAVID MEADOWS, and BILLY SUN

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 801 S. Figueroa St, 15th Floor, Los Angeles, CA 90017-3012.

On November 12, 2025, I served true copies of the following document(s) described as **DEFENDANTS CITY OF COVINA, VANESSA CARDOZA, DAVID MEADOWS, AND BILLY SUN'S NOTICE OF APPEA** on the interested parties in this action as follows:

| | |
|---|---|
| LAW OFFICES OF DALE K. GALIPO<br>Dale K. Galipo, Esq.<br>Marcel Sincich, Esq.<br>21800 Burbank Blvd., Suite 310<br>Woodland Hills, CA 91367<br>Tel: (818) 347-3333<br>Fax: (818) 347-4118<br>Email: dalekgalipo@yahoo.com<br>msincich@galipolaw.com<br>sanderson@galipolaw.com<br>amonguia@galipolaw.com | *Attorneys for Plaintiffs, E.V. and X.V., minors by and through their guardian ad litem, Karla Juarez; D.V., a minor, by and through his guardian ad litem, Elias Valdivia; individually and as successors-in-interest to Daniel Luis Valdivia, deceased; JESSICA VALDIVIA; LUIS VALDIVIA JR., individually* |

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on November 12, 2025, at Los Angeles, California.

_____
Rhea Mercado