# EXHIBIT B

**REPRESENTATION STATEMENT**

(Circuit Rule 3-2(b))

The Parties to this case and their respective attorneys are as follows:

***Attorneys for E.V. and X.V., minors by and through their guardian ad litem, Karla Juarez; D.V., a minor, by and through his guardian ad litem, Elias Valdivia; individually and as successors-in-interest to Daniel Luis Valdivia, deceased; JESSICA VALDIVIA; LUIS VALDIVIA JR., individually, Plaintiffs***

Dale K. Galipo, Esq.
Marcel Sincich, Esq.
LAW OFFICES OF DALE K. GALIPO
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333
Fax: (818) 347-4118
Email: dalekgalipo@yahoo.com;
msincich@galipolaw.com
sanderson@galipolaw.com
amonguia@galipolaw.com

***Attorneys for CITY OF COVINA, VANESSA CARDOZA, DAVID MEADOWS, and BILLY SUN, Defendants***

Mildred K. O'Linn (SBN 159055)
Robert E. Murphy (State Bar No. 103936)
David Fleck (State Bar No. 192912)
Safi U. Henson (State Bar No. 342115)
MANNING & KASS ELLROD, RAMIREZ, TRESTER LLP
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017
Telephone: (213) 624-6900
Facsimile: (213) 624-6999
E-mail: *Missy.olinn@manningkass.com*
*Robert.murphy@manningkass.com*
*David.fleck@manningkass.com*
*Safi.henson@manningkass.com*

**DEFENDANTS' REPRESENTATION STATEMENT**