**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Marcel F. Sincich, Esq. (SBN 319508)
msincich@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Tel:   (818) 347-3333
Fax:   (818) 347-4118

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.V. and X.V., minors by and through their guardian *ad litem*, Karla Juarez; D.V., a minor, by and through his guardian *ad litem*, Elias Valdivia; individually and as successors-in-interest to Daniel Luis Valdivia, deceased; JESSICA VALDIVIA; LUIS VALDIVIA JR., individually;<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF COVINA; VANESSA CARDOZA; DAVID MEADOWS; BILLY SUN; DOES 1-10, inclusive,<br><br>Defendants. | **Case No.: 5:23-cv-01562-CBM-SHK**<br>[*Honorable Consuelo B. Marshall* Magistrate Judge Shashi H. Kewalramani]<br><br>**DECLARATION OF MARCEL F. SINCICH AND EXHIBITS THERETO IN SUPPORT OF PLAINTIFFS' MOTION FOR AN ORDER CERTIFYING DEFENDANTS' APPEAL AS FRIVOLOUS AND RETAINING JURISDICTION**<br><br>[Proposed Order; Memorandum of Points and Authorities *filed concurrently herewith*] |

## DECLARATION OF MARCEL F. SINCICH

I, Marcel F. Sincich, hereby declare as follows:

1.  I am an attorney licensed to practice law in the United States District Court for the Central District of California. I am one of the attorneys of record for Plaintiffs E.V. and X.V., minors by and through their guardian *ad litem,* Karla Juarez; D.V., a minor, by and through his guardian *ad litem*, Elias Valdivia;

individually and as successors-in-interest to Daniel Luis Valdivia; deceased; JESSICA VALDIVIA; and LUIS VALDIVIA JR., individually in this instant action. I make this declaration in support of Plaintiffs' Motion for an Order Certifying Defendants' Interlocutory Appeal as Frivolous and Retaining Jurisdiction. I have personal knowledge of the matters stated herein and could and would testify competently thereto if called.

2. On January 2, 2026, Plaintiffs' counsel Marcel F. Sincich, and Defendants' Counsel Safi Henson and Susannah Conn, met and conferred telephonically regarding Plaintiffs' intention to seek an order from the district court certifying Defendants' appeals as frivolous, and, if necessary, to move to dismiss the appeal filed by the Defendants in the Ninth Circuit. Also on January 2, 2026, counsel for the parties exchanged emails whereby Plaintiffs provided authority for their position and Defendants provided their intent to oppose Plaintiffs' motion.

3. Attached hereto as "**Exhibit A**" is a true and correct copy of this Court's October 14, 2025, ORDER RE: DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, entered as Doc. No. 66 in the above-referenced case.

4. Attached hereto as "**Exhibit B**" is a true and correct copy of Central District Judge Cormac J. Carney's order granting the plaintiff's *ex parte* application to certify the defendant's appeal as frivolous in the case *Craig v. County of Orange*, Case No. 8:17-cv-00491-CJC (KESx).

5. Attached hereto as "**Exhibit C**" is a true and correct copy of the March 31, 2022, Central District Judge Jesus G. Bernal's order certifying defendants' interlocutory appeal as frivolous in the case *V.R., et al. v. County of San Bernardino, et al.*, Case No. 5:19-cv-01023 JGB (SPx).

6. With respect to the issue of prejudice, Plaintiffs submit, by way of example, the case of *Sandoval v. County of Los Angeles*, Ninth Circuit Case No. 10-55733, District Court of California Case No. 2:09-cv-03428 PSG (SSx) – a civil rights use of excessive force incident that occurred in 2007. Attached hereto as

1    "**Exhibit D**" is a true and correct copy of the January 4, 2012 Ninth Circuit's Memorandum in the case *Sandoval v. County of Los Angeles*, Ninth Circuit Case No. 10-55733, District Court of California Case No. 2:09-cv-03428 PSG (SSx), affirming that defendants were not entitled to qualified immunity. On April 14, 2010, the court denied defendants' motion for summary judgment. On April 19, 2010, the court set trial for August 3, 2010. On May 6, 2010, the defendants filed their notice of interlocutory appeal. After the Ninth Circuit affirmed the denial of qualified immunity, on March 12, 2012, the trial court scheduled the jury trial for March 12, 2013. Equating to a two-year and seven-month delay in trial.

      7.    In the case *Herd v. County of San Bernardino*, Central District Case No. 5:17-cv-02545-AB (SPx), Ninth Circuit Case No. 19-56494, the defendants' frivolous appeal of the district court's denial of the defendants' request for qualified immunity on summary judgment delayed the *Herd* case by approximately 18 months. In *Herd*, the district court denied the defendants' request for qualified immunity on summary judgment on December 2, 2019. The Defendants filed an interlocutory appeal, which plaintiffs moved the Ninth Circuit to dismiss for lack of jurisdiction. In their motion to dismiss, the *Herd* plaintiffs explained that the Ninth Circuit lacks jurisdiction over the *Herd* defendants' interlocutory appeal because the district court's order denying qualified immunity to the individual officers was based on the existence of genuine issues of material facts and thus is not a final, immediately appealable order. The Ninth Circuit granted plaintiffs' motion to dismiss for lack of jurisdiction on June 25, 2020, and denied the defendants' motion for reconsideration and rehearing *en banc* on the issue on November 3, 2020. Attached hereto as "**Exhibit E**" is a true and correct copy of the Ninth Circuit's order in the case *Herd v. County of San Bernardino*, Central District Case No. 5:17-cv-02545-AB (SPx), Ninth Circuit Case No. 19-56494 dismissing the defendants' appeals for lack of jurisdiction.

1  8.  Attached hereto as "**Exhibit F**" is a true and correct copy of the
2  October 10, 2022, Central District Judge Philip S. Gutierrez's order certifying
3  defendants' interlocutory appeal as frivolous in the case *Lopez v. City of Riverside,*
4  *et al.*, Case No. 5:21-cv-02140 PSG (JEMx).

6  I declare under penalty of perjury under the laws of the United States that the
7  foregoing is true and correct.  Executed this 22nd day of 2026.

_____
Marcel F. Sincich