# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.V. and X.V., minors by and through their guardian *ad litem*, Karla Juarez; D.V., a minor, by and through his guardian *ad litem*, Elias Valdivia; individually and as successors-in-interest to Daniel Luis Valdivia, deceased; JESSICA VALDIVIA; LUIS VALDIVIA JR., individually;<br><br>Plaintiffs,<br>vs.<br><br>CITY OF COVINA; VANESSA CARDOZA; DAVID MEADOWS; BILLY SUN; DOES 1-10, inclusive,<br><br>Defendants. | **Case No.: 5:23-cv-01562-CBM-SHK**<br><br>[*Honorable Consuelo B. Marshall*<br>Magistrate Judge Shashi H. Kewalramani]<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR AN ORDER CERTIFYING DEFENDANTS' INTERLOCUTORY APPEAL AS FRIVOLOUS AND RETAINING JURISDICTION** |

## [PROPOSED] ORDER

Before the Court is Plaintiffs' Motion for an Order Certifying Defendants' Interlocutory Appeal as Frivolous and Retaining Jurisdiction. Having reviewed the memoranda submitted by the parties, IT IS ORDERED as follows:

This Court finds that the Interlocutory Appeal filed by Defendants of this Court's order denying in part Defendants' motion for summary judgment is an appeal from a denial of summary judgment on the grounds of the existence of disputed questions of material fact. "[I]mmediate appeal from the denial of summary judgment on a qualified immunity plea is available... when the appeal presents a 'purely legal issue…' However, instant appeal is not available … when the district court determines that factual issues genuinely in dispute preclude summary adjudication." *Ortiz v. Jordan*, 131 S.Ct. 884, 891 (2011). The Ninth Circuit has held that "an order denying qualified immunity on the ground that a genuine issue of material fact exists is not a final, immediately appealable order." *Maropulos v. Cnty. of Los Angeles*, 560 F.3d 974, 975 (9th Cir. 2009) (internal citations omitted). As such, the instant appeal is not available, and this Court retains jurisdiction over this matter. The parties shall meet and conder and communicate with the Court's deputy clerk and submit proposed pretrial and trial dates within 21 days of this Order.

IT IS SO ORDERED.

DATED: _____    _____

*Honorable Consuelo B. Marshall*
United States District Court Judge

-1-   Case No.: 2:22-cv-03188 DMG (SKx)
[Proposed] Order Granting Plaintiff's Motion to Certify Defendants' Interlocutory Appeal as Frivolous