**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Marcel F. Sincich, Esq. (SBN 319508)
msincich@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333
Fax:   (818) 347-4118

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.V. and X.V., minors by and through their guardian *ad litem*, Karla Juarez; D.V., a minor, by and through his guardian *ad litem*, Elias Valdivia; individually and as successors-in-interest to Daniel Luis Valdivia, deceased; JESSICA VALDIVIA; LUIS VALDIVIA JR., individually;<br><br>Plaintiffs,<br>vs.<br><br>CITY OF COVINA; VANESSA CARDOZA; DAVID MEADOWS; BILLY SUN; DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 5:23-cv-01562-CBM-SHK<br><br>[*Honorable Consuelo B. Marshall, Magistrate Judge Shashi H. Kewalramani*]<br><br>**REQUEST TO APPEAR REMOTELY AT THE HEARING ON THE MOTION FOR ORDER CERTIFYING DEFENDANTS' APPEAL AS FRIVOLOUS AND RETAIN JURISDICTION**<br><br>Date: February 24, 2026<br>Time: 10:00 a.m.<br>Judge: Hon. Consuelo B. Marshall<br>Courtroom: 8D |

**TO THIS HONORABLE COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that plaintiffs E.V. and X.V., minors by and through their guardian *ad litem*, Karla Juarez; D.V., a minor, by and through his guardian *ad litem*, Elias Valdivia; individually and as successors-in-interest to Daniel Luis Valdivia, deceased; JESSICA VALDIVIA; LUIS VALDIVIA JR.,

1  individually, hereby respectfully request that their counsel, Marcel F. Sincich, be
2  permitted to appear remotely on their behalf at the Hearing on Plaintiffs' Motion for
3  Order Certifying Defendants' Appeal as Frivolous and Retain Jurisdiction,
4  scheduled for February 24, 2026 at 10:00 a.m, in Courtroom 8D.
5     Plaintiffs' lead trial counsel, Dale K. Galipo, is currently engaged in trial in
6  the matter of *Jermaine Petit v. City of Los Angeles et al*, Case No. Case 2:23-cv-
7  00789-ODW-PVC, before the Honorable Otis D. Wright, II, therefore would not be
8  able to appear in person for the scheduled hearing in this case.
9     In view of the above, we request that Associate Attorney Marcel F. Sincich be
10 allowed to appear remotely in place of lead counsel.  Good cause exists to permit
11 Mr. Sincich to appear remotely:

12  1. Mr. Sincich is fully familiar with the facts of this case and was the attorney
13     who drafted the Motion for Order Certifying Defendants' Appeal as Frivolous
14     and Retain Jurisdiction. He is therefore well-prepared to address issues at the
15     hearing.
16  2. Mr. Sincich is based out of state.  Requiring him to appear in person would
17     impose unnecessary travel time and expense, whereas a remote appearance
18     would allow the matter to proceed efficiently without prejudice to any party.

20     For these reasons, Plaintiffs respectfully request that the Court issue an order
21 permitting Mr. Sincich to appear remotely at the Hearing on Plaintiffs' Motion for
22 Order Certifying Defendants' Appeal as Frivolous and Retain Jurisdiction on
23 February 24, 2026 at 10:00 am.

1
2  Respectfully submitted,
3  DATED: February 18, 2026        **LAW OFFICES OF DALE K. GALIPO**
4
5              /s/ Marcel F. Sincich
               Dale K. Galipo, Esp.
               Marcel M. Sincich
6                *Attorneys for Plaintiffs*
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28