# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.V. and X.V., minors by and through their guardian *ad litem*, Karla Juarez; D.V., a minor, by and through his guardian *ad litem*, Elias Valdivia; individually and as successors-in-interest to Daniel Luis Valdivia, deceased; JESSICA VALDIVIA; LUIS VALDIVIA JR., individually;<br><br>　　　　　　　Plaintiffs,<br>vs.<br><br>CITY OF COVINA; VANESSA CARDOZA; DAVID MEADOWS; BILLY SUN; DOES 1-10, inclusive,<br><br>　　　　　　　Defendants. | Case No.: 5:23-cv-01562-CBM-SHK<br>[*Honorable Consuelo B. Marshall, Magistrate Judge Shashi H. Kewalramani*]<br><br>**[PROPOSED] ORDER GRANING PLAINTIFFS' REQUEST TO APPEAR REMOTELY AT THE FEBRUARY 24, 2026 HEARING ON PLAINTIFFS' MOTION FOR ORDER CERTIFYING DEFENDANTS' APPEAL AS FRIVOLOUS AND RETAIN JURISDICTION**<br><br>Date: February 24, 2026<br>Time: 10:00 a.m.<br>Judge: Hon. Consuelo B. Marshall<br>Courtroom: 8D |

The Court, having considered Plaintiffs' Request for Non-Lead Counsel Marcel F. Sincich to Appear Remotely at the February 24, 2026 Hearing on Plaintiffs' Motion for Order Certifying Defendants' Appeal as Frivolous and Retain Jurisdiciton, rules as follows:

Plaintiffs' Motion is GRANTED.

Plaintiffs' non-lead counsel, Marcel F. Sincich, is permitted to appear remotely at the hearing scheduled before the Court on February 24, 2026, at 10:00 a.m.

**IT IS SO ORDERED.**

Dated:_____2026

_____
HON. CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE