Mildred K. O'Linn (State Bar No. 159055)
  missy.olinn@manningkass.com
Robert E. Murphy (State Bar No. 103936)
  robert.murphy@manningkass.com
David Fleck (State Bar No. 192912)
  david.fleck@manningkass.com
Gigi Gutierrez (State Bar No. 235138)
  gigi.gutierrez@manningkass.com
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California  90017-3012
Telephone:  (213) 624-6900
Facsimile:  (213) 624-6999

*Attorneys for Defendants City of Covina, Vanessa Cardoza, David Meadows, and Billy Sun*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.V. and X.V., minors by and through their guardian *ad litem*, Karla Juarez; D.V., a minor, by and through his guardian *ad litem*, Elias Valdivia; individually and as successors-in-interest to Daniel Luis Valdivia, deceased; JESSICA VALDIVIA; LUIS VALDIVIA JR., individually,<br><br>                     Plaintiffs,<br><br>       v.<br><br>CITY OF COVINA; VANESSA CARDOZA; DAVID MEADOWS; BILLY SUN; DOES 1–10, inclusive,<br><br>                     Defendants. | Case No. 5:23-cv-1562 CBM (SHK)<br><br>**DEFENDANTS' REQUEST FOR NON-LEAD COUNSEL TO APPEAR AT HEARING ON FEBRUARY 24, 2026**<br><br>Date:     February 24, 2026<br>Time:     10:00 a.m.<br>Judge:    Hon. Consuelo B. Marshall<br>Courtroom: 8D |

1     Defendants respectfully request that the Court permit non-lead counsel, David L. Fleck, to appear in person at the hearing scheduled for February 24, 2026 at 10:00 a.m. in place of lead counsel, Mildred K. O'Linn.

    Ms. O'Linn is scheduled to be in Fresno beginning February 24, 2026 in connection with trial preparation, a Trial Readiness Conference on February 27, 2026, and a trial currently set to commence on March 2, 2026 in *Regan v. City of Fresno*, Fresno County Superior Court, Case No. 22CECG00876. In light of these existing trial obligations, her personal appearance at the February 24 hearing is not feasible.

    This matter is presently in an interlocutory appellate posture before the Ninth Circuit. Appellants filed their Opening Brief on January 22, 2026. There are no pending trial dates or active trial-level proceedings while the appeal is under consideration. The February 24 hearing does not concern trial management or evidentiary issues, but rather a discrete motion appropriate for fully informed counsel to address.

    Mr. Fleck is a seasoned litigator and is fully prepared to appear in person on Defendants' behalf. He is fully familiar with the case, the appellate posture, and the motion set for hearing, and he is authorized to argue the motion and respond to any questions the Court may have. His appearance will ensure the efficient use of the Court's time and will not prejudice any party or disrupt the Court's schedule.

    Defendants submit this request with due respect for the Court and appreciate the Court's consideration.

DATED: February 18, 2026

Respectfully submitted,

**MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP**

____/s/ David L. Fleck_____
Mildred K. O'Linn
Robert E. Murphy
David L. Fleck
Gigi Gutierrez

*Attorneys for Defendants City of Covina, Vanessa Cardoza, David Meadows, and Billy Sun*

**DEFENDANTS' REQUEST FOR NON-LEAD COUNSEL
TO APPEAR AT HEARING ON FEBRUARY 24, 2026**