# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.V. and X.V., minors by and through their guardian *ad litem*, Karla Juarez; D.V., a minor, by and through his guardian *ad litem*, Elias Valdivia; individually and as successors-in-interest to Daniel Luis Valdivia, deceased; JESSICA VALDIVIA; LUIS VALDIVIA JR., individually,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF COVINA; VANESSA CARDOZA; DAVID MEADOWS; BILLY SUN; DOES 1–10, inclusive,<br><br>Defendants. | Case No. 5:23-cv-1562 CBM (SHK)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR NON-LEAD COUNSEL TO APPEAR AT HEARING ON FEBRUARY 24, 2026** |

The Court, having considered Defendants' Request to Permit Appearance by Non-Lead Counsel, and good cause appearing,

**IT IS HEREBY ORDERED** that David L. Fleck is permitted to appear in person on behalf of Defendants at the hearing scheduled for February 24, 2026 at 10:00 a.m., in place of lead counsel Mildred K. O'Linn.

**IT IS SO ORDERED.**

DATED: _____, 2026

_____
HON. CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE

---

1

**[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST
FOR NON-LEAD COUNSEL TO APPEAR AT HEARING ON FEBRUARY 24, 2026**