Mildred K. O'Linn (State Bar No. 159055)
  *missy.olinn@manningkass.com*
Robert E. Murphy (State Bar No. 103936)
  *robert.murphy@manningkass.com*
David Fleck (State Bar No. 192912)
  *David.Fleck@manningkass.com*
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendants, CITY OF COVINA, VANESSA CARDOZA, DAVID MEADOWS, and BILLY SUN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| E.V. and X.V., minors by and through their guardian ad litem, Karla Juarez; D.V., a minor, by and through his guardian ad litem, Elias Valdivia; individually and as successors-in-interest to Daniel Luis Valdivia, deceased; JESSICA VALDIVIA; LUIS VALDIVIA JR., individually;, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF COVINA; VANESSA CARDOZA; DAVID MEADOWS; BILLY SUN; DOES 1-10, inclusive, <br><br> Defendants. | Case No. 5:23-cv-01562-CBM-ACCV <br> District Judge: Consuelo B. Marshall <br> Magistrate Judge: Angela C. C. Viramontes <br><br> **[PROPOSED] ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION TO STAY PROCEEDINGS PENDING DEFENDANTS' INTERLOCUTORY APPEAL**_____ <br><br> Judge:  Hon. Consuelo B. Marshall <br><br><br> Filed Date:        08/04/23 |

Defendants' Ex Parte Application for an Order to Stay Proceedings Pending defendants' Interlocutory Appeal was submitted to the court. After full consideration of this matter, the Court rules as follow:

1.      The Court **GRANTS** defendants' Ex Parte Application for an Order to Stay Proceeding Pending defendants' Interlocutory Appeal.

2.      All dates in this action are hereby **VACATED**.

---

**[PROPOSED] ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION FOR AN ORDER TO STAY PROCEEDINGS PENDING DEFENDANTS' INTERLOCUTORY APPEAL**

3.    Counsel shall file a Quarterly Joint Status Report within 120 days from the date of this order, and every quarter thereafter, until the stay is lifted or by order of this Court.

**IT IS SO ORDERED**

Dated: _____    _____

Hon. Consuelo B. Marshall
Judge, United States District Court

**[PROPOSED] ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION FOR AN ORDER TO STAY PROCEEDINGS PENDING DEFENDANTS' INTERLOCUTORY APPEAL**