UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | 5:23-cv-1562-CBM-SHK | Date | April 7, 2026 |
|---|---|---|---|

| Title | *E.V. et al. v. City of Covina et al.* |
|---|---|

Present: The Honorable    CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| V.R. VALLERY | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| NONE PRESENT | NONE PRESENT |

Proceedings:     **IN CHAMBERS- ORDER RE:   DEFENDANTS' EX PARTE
APPLICATION FOR AN ORDER TO STAY PROCEEDINGS
PENDING DEFENDANTS' INTERLOCUTORY APPEAL**

The matter before the Court is Defendants' Ex Parte Application to Stay Proceedings Pending Defendants' Interlocutory Appeal.   (Dkt. No. 82 (the "Application").)   Defendants state Plaintiffs indicated they would oppose Defendants' Application.

Plaintiffs shall file their opposition or notice of non-opposition to Defendants' Application **no later than April 9, 2026**.

**IT IS SO ORDERED.**

00    :

Initials of Deputy Clerk   VV