# EXHIBIT A

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

E.V. and X.V., minors by and ) through their guardian ad litem, ) Karla Juarez; D.V., a minor, by ) and through his guardian ad litem,) Elias Valdivia, individually and ) as successors-in-interest to ) Daniel Luis Valdivia, deceased; ) Jessica Valdivia; Luis Valdivia ) Jr., individually, )
)
    Plaintiffs, )
) CASE NO.
    vs. ) 5:23-cv-01562-CBM-SHK
)
CITY OF COVINA; VANESSA CARDOZA; ) DAVID MEADOWS; BILLY SUN; DOES ) 1-10, inclusive, )
)
    Defendants. )
)
_____ )

VIDEOCONFERENCE

DEPOSITION OF OFFICER CHENG-WEI (BILLY) SUN

Date:          Thursday, March 6, 2025
Time:          1:34 p.m. - 4:19 p.m.

Location:      MANNING KASS
               801 S. Figueroa Street, 15th Floor
               Los Angeles, California 90017

Reporter:      Cynthia F. Zeller, CSR
               Certified Shorthand Reporter #10834

**VALDIVIA, ET AL vs CITY OF COVINA, ET AL.**
**Officer Cheng-Wei (Billy) Sun on 03/06/2025**

Page 47

that it was possible that Mr. Valdivia didn't point the gun at anybody?

A.  In this instance there were multiple callers alleging similar facts or similar observations which was related to me, and upon my arrival and assessment of the scene, it was consistent with his actions.

Q.  When you arrived, did he have a gun in his hand?

A.  No.

Q.  Was he brandishing a firearm when you arrived?

A.  No, sir.

Q.  Was he pointing a gun when you arrived?

A.  At one point he did, yes.

Q.  When you first arrived and saw Mr. Valdivia, did he point a gun?

A.  No, sir.

Q.  Do you know how old Mr. Valdivia was?

A.  He appeared to be in his late 30s.

Q.  And when you saw Mr. Valdivia, was he wearing black shorts?

A.  No.

Q.  Had you ever met Mr. Valdivia before?

A.  No.

Q.  Prior to your use of deadly force, did you have any information about Mr. Valdivia's personal or family history?

**VALDIVIA, ET AL vs CITY OF COVINA, ET AL.**
**Officer Cheng-Wei (Billy) Sun on 03/06/2025**

Page 48

A. No, sir.

Q. Prior to your use of force, did you have any information about whether he had a criminal history?

A. No, sir.

Q. Did you have any specific information as to whether or not he ever physically harmed anyone?

A. I did not have that information, sir.

Q. Did you have any information as to whether or not Mr. Valdivia was involved in a gang?

A. No, sir.

Q. Prior to your use of force, did you have any information that Mr. Valdivia had a history of drug or alcohol use?

A. I did not know, sir.

Q. Did you know, prior to your use of force, whether or not Mr. Valdivia was under the influence of any drugs?

A. I did not know, sir.

Q. Did you know whether he was under the influence of alcohol?

A. I didn't know, sir.

Q. Prior to your use of force, did you know whether Mr. Valdivia had any experience handling weapons, like a gun?

A. I didn't know, sir.

**VALDIVIA, ET AL vs CITY OF COVINA, ET AL.**
**Officer Cheng-Wei (Billy) Sun on 03/06/2025**

**Page 95**

UNITED STATES DISTRICT COURT          )
                                      )
CENTRAL DISTRICT OF CALIFORNIA        )

          The witness, Officer Cheng-Wei (Billy) Sun, in the foregoing deposition appeared before me, Cynthia F. Zeller, a Certified Shorthand Reporter, in and for the State of California.

          Said witness was then and there at the time and place previously stated, by me placed under oath to tell the truth, the whole truth and nothing but the truth in the testimony given on the date of the within deposition.

          The testimony of the witness and all questions and remarks requested by Counsel and reported thereafter, under my direction and control, caused to be transcribed into typewritten form by means of Computer-Aided Transcription.

          I am a Certified Shorthand Reporter licensed by the State of California.  I further certify that I am not of counsel or attorney for either or any of the parties to the case named in the within caption, and that I am not related to any party thereto.

          IN WITNESS WHEREOF, I have hereunto affixed my signature this 18th day of March 2025.

*Cynthia F. Zeller*

_____

CYNTHIA F. ZELLER, CSR
Certified Shorthand Reporter #10834