# EXHIBIT B

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

E.V. and X.V., minors by and )
through their guardian ad )
litem, Karla Juarez; D.V., a ) Case No.
minor, by and through his ) 5:23-cv-01562-CBM-SHK
guardian ad litem, Elias )
Valdivia; individually and as )
successors-in-interest to )
Daniel Luis Valdivia, )
deceased; JESSICA VALDIVIA; )
LUIS VALDIVIA JR., )
individually, )
                                )
            Plaintiffs, )
    vs. )
                                )
CITY OF COVINA; VANESSA )
CARDOZA; DAVID MEADOWS; BILLY )
SUN; DOES 1-10, inclusive, )
                                )
            Defendants. )
                                )

REMOTE DEPOSITION OF DAVID MEADOWS

COVINA, CALIFORNIA

FRIDAY, MARCH 7, 2025

STENOGRAPHICALLY REPORTED BY:

Patricia L. Davis, RPR
CSR No. 11521

**E.V., ET AL. vs CITY OF COVINA, ET AL.**
**David Meadows on 03/07/2025**

Page 30

A    Not at the time I initially saw him.

Q    While you were en route, did you receive any additional information about the incident?

A    Our dispatch had told us that they had received multiple calls.

Q    Was there any specific details that you considered in your analysis for using deadly force?

A    I'm sorry, can you rephrase your question.

Q    Yeah.  Was there any additional details from the information you received from dispatch that you considered in your analysis on whether to use deadly force or not?

A    Other than he had been threatening other individuals or in an argument with other individuals.

Q    Okay.  Is it fair to say that officers didn't know who started the argument?

A    Yes.

Q    And you and your team were there to investigate to see what was actually happening; is that fair?

A    Yes.

Q    Had you ever met Mr. Valdivia prior to this incident personally?

A    I don't believe so.

Q    Did you have any knowledge of Mr. Valdivia prior to your use of force?

**E.V., ET AL. vs CITY OF COVINA, ET AL.**
David Meadows on 03/07/2025

Page 31

A     I don't believe so.

Q     Did you have any specific information as to whether he had a criminal history or not?

A     No.

Q     Any information as to whether he was involved in a gang or not?

A     No.

Q     Did you have any information as to whether he had a history of drug or alcohol use?

A     No.

Q     Did you have any specific information as to whether he was under the influence of drugs or alcohol?

A     I believe there was mention on the radio that he may have been consuming alcohol.

Q     Did you have any specific information that he had ever consumed drugs?

A     Yes.

Q     What information did you have?

A     It was dispatched over the radio that he may have consumed drugs and alcohol.

Q     Dispatch said that he may have consumed?

A     I don't remember specifically their exact words, but it was to that effect.

Q     Okay.  With regards to drugs and alcohol, is it fair to say that you didn't use deadly force because you

**E.V., ET AL. vs CITY OF COVINA, ET AL.**
**David Meadows on 03/07/2025**

Page 32

thought that he had consumed drugs or alcohol?

A    Not for merely consuming drugs or alcohol, no.

Q    Did you have any information prior to your use of force that Mr. Valdivia had ever harmed anybody?

A    No.

Q    From your observations, did you see Mr. Valdivia harm anybody?

A    Can you rephrase that question, please.

Q    From the time that you arrived on scene to the time that you fired your shot, did you see Mr. Valdivia physically harm anybody?

A    No.

Q    Did you see Mr. Valdivia attempt to take a hostage during that time frame?

A    No.

Q    Did you see Mr. Valdivia attempt to strike anybody?

A    No.

Q    Did you see Mr. Valdivia attempt to grab anybody?

A    No.

Q    Did you ever see Mr. Valdivia attempt to flee?

MS. O'LINN:  Excuse me, Counsel.

Do you need a break?

THE WITNESS:  Yeah.  Can I take like two

**E.V., ET AL. vs CITY OF COVINA, ET AL.**
David Meadows on 03/07/2025

Page 89

REPORTER'S CERTIFICATE

I, Patricia L. Davis, a Certified Shorthand Reporter for the State of California, do hereby certify:

That said proceedings were taken before me at the time and place set forth herein and was stenographically reported by me in shorthand, and I hereby certify that said proceedings are a full, true, and correct transcript of my shorthand notes so taken; that the dismantling, unsealing, or unbinding of the original transcript will render the reporter's certificate null and void.

Further, that if the foregoing pertains to the Original transcript of a deposition in a federal case, pursuant to F.R.C.P. 30(e)(2) before completion of the proceedings, review of the transcript was not requested.

I further certify that I am neither counsel for, nor related to any party to said action, nor in any way interested in the outcome thereof.

IN WITNESS WHEREOF, I have subscribed my name this 18th day of March, 2025.

PATRICIA L. DAVIS
CSR No. 11521