# EXHIBIT C

**VALDIVIA, ET AL. vs CITY OF COVINA, ET AL.**
**Officer Vanessa Cardoza on 03/06/2025**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

E.V. and X.V., minors by and )
through their guardian ad litem, )
Karla Juarez; D.V., a minor, by )
and through his guardian ad litem,)
Elias Valdivia; individually and )
as successors-in-interest to )
Daniel Luis Valdivia, deceased; )
Jessica Valdivia; Luis Valdivia )
Jr., individually, )
)
    Plaintiffs, )
) CASE NO.
    vs. ) 5:23-cv-01562-CBM-SHK
)
CITY OF COVINA; VANESSA CARDOZA; )
DAVID MEADOWS; BILLY SUN; DOES )
1-10, inclusive, )
)
    Defendants. )
)
_____ )

VIDEOCONFERENCE

DEPOSITION OF OFFICER VANESSA CARDOZA

Date:          Thursday, March 6, 2025
Time:          10:03 a.m. - 12:35 p.m.

Location:     MANNING KASS
            801 S. Figueroa Street, 15th Floor
            Los Angeles, California 90017

Reporter:     Cynthia F. Zeller, CSR
            Certified Shorthand Reporter #10834

**VALDIVIA, ET AL. vs CITY OF COVINA, ET AL.**
Officer Vanessa Cardoza on 03/06/2025

Page 46

and not physical?

A. We were advised it was a verbal altercation.

Q. Okay. Prior to the incident, had you ever met Mr. Valdivia before?

A. No.

Q. Did you have any information about his personal or family life?

A. No.

Q. Prior to your use of force, did you have any information about whether he had a criminal history?

A. No.

Q. Any specific information as to whether he was involved in a gang?

A. No.

Q. Did you have any information as to whether Mr. Valdivia had a history of drug or alcohol use?

A. No.

Q. And I understand that you said that the information was that he was holding a beer?

A. Correct.

Q. Did you have any specific information that he had actually consumed any alcohol prior to your use of force?

MS. O'LINN: Prior to arriving at the scene or prior to the use of force, Counsel?

**VALDIVIA, ET AL. vs CITY OF COVINA, ET AL.**
Officer Vanessa Cardoza on 03/06/2025

Page 47

MR. SINCICH:  My question was prior to your use of force.

MS. O'LINN:  Okay.

THE WITNESS:  I was not aware specifically that he was consuming that alcohol.  But from my understanding, it was advised that he was possibly under the influence of alcohol or drugs.

BY MR. SINCICH:

Q.  Who advised you of that?

A.  Dispatch.

Q.  Did dispatch say possibly under the influence of alcohol or drugs?

A.  Yes.

Q.  And did you have any specific information as to whether he was under the influence of drugs prior to your use of force?

A.  I was not aware.

Q.  Did you have any specific information as to whether or not he had a history of violence?

A.  No, I did not know.

Q.  Is it fair to say that the allegations in the call needed to be investigated?

A.  Yes.

Q.  While you were en route, was there any discussion of a tactical plan?

**VALDIVIA, ET AL. vs CITY OF COVINA, ET AL.**
**Officer Vanessa Cardoza on 03/06/2025**

Page 94

UNITED STATES DISTRICT COURT        )
                                    )
CENTRAL DISTRICT OF CALIFORNIA      )

        The witness, Officer Vanessa Cardoza, in the foregoing deposition appeared before me, Cynthia F. Zeller, a Certified Shorthand Reporter, in and for the State of California.

        Said witness was then and there at the time and place previously stated, by me placed under oath to tell the truth, the whole truth and nothing but the truth in the testimony given on the date of the within deposition.

        The testimony of the witness and all questions and remarks requested by Counsel and reported thereafter, under my direction and control, caused to be transcribed into typewritten form by means of Computer-Aided Transcription.

        I am a Certified Shorthand Reporter licensed by the State of California.  I further certify that I am not of counsel or attorney for either or any of the parties to the case named in the within caption, and that I am not related to any party thereto.

        IN WITNESS WHEREOF, I have hereunto affixed my signature this 17th day of March 2025.


_____
CYNTHIA F. ZELLER, CSR
Certified Shorthand Reporter #10834