# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

E.V. and X.V., minors by and through their guardian ad litem, Karla Juarez; D.V., a minor, by and through his guardian ad litem, Elias Valdivia; individually and as successors-in-interest to Daniel Luis Valdivia, deceased; JESSICA VALDIVIA; LUIS VALDIVIA JR., individually,

Plaintiffs,

v.

CITY OF COVINA; VANESSA CARDOZA; DAVID MEADOWS; BILLY SUN; DOES 1-10, inclusive,

,

Defendants.

Case No. 5:23-cv-01562-CBM-ACCV

[*Honorable Consuelo B. Marshall*]

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION *IN LIMINE* No. 1 TO EXCLUDE INFORMATION UNKNOWN**

**Final Pretrial Conference & Hearing on Motions *in Limine*:**
Date:    May 5, 2026
Time:    02:30 p.m.
Place:   Courtroom 8D
**Trial:**
Date:    June 9, 2026
Time:    10:00 a.m.
Place:   Courtroom 8D

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Having reviewed Plaintiff's Motion *in Limine* No. 1 to Exclude Information Unknown, and GOOD CAUSE appearing therein, Plaintiff's Motion is HEREBY

GRANTED that it is excluded from evidence, testimony, argument, or reference at trial any information unknown to the Defendant Officers at the time of their uses of force, including:

A. **DRUGS and ALCOHOL**: any drug or alcohol use or possession by Valdivia, and any Plaintiff or Guardian *ad Litem*, at any time, including on the date of the shooting (not including the bottle in hand at the time of officers' arrival), prior to the date of the shooting, and after the shooting, and also including the post-incident toxicology results.

B. **CRIMINAL HISTORY, WRONGS, or "BAD ACTS"**: contacts with law enforcement, arrests, convictions, custody, incarceration, probation, parole, related reports, allegations of crimes including domestic violence, weapons possession history, crimes not committed, booking photographs, and child protective services history of Valdivia, and any Plaintiffs or Guardian *ad Litem*. (This motion does not seek to exclude information the Officers received from dispatch prior to arrival.)

C. **GANG/VIOLENT HISTORY**: any alleged gang affiliation and tattoos that may be interpreted as gang-related.

D. **PERSONAL HISTORY**: Valdivia, and any Plaintiffs or Guardian *ad Litem's* irrelevant and unrelated family history, residence history, education history, disciplinary history, child support history, custody history, work history, tax history, income history, other children history, social medial history, and living arrangements.

E. **MEDICAL HISTORY**: pre-incident, and post-incident, unrelated and unclaimed medical history.

F. **AFTER-ACQUIRED INVESTIGATORY INFORMATION and AGENCY FINDING**: after-acquired investigatory records (post-incident discovered, drafted, created) and information therefrom, including any officer-involved shooting post-incident briefing; any 9-1-1 calls not heard by the Defendant

Officers (including CPD 1-4); any witness statements that include information not known to the Defendant Officers; any post-incident video of interview of witnesses giving information unknown as well as opinions (including CPD 952); body-worn camera video from officers not depicting the incident (including CPD 39, 40, 41, 42, 43, 44, 48, 49, 50, 51, 52, 53, 55, 952, 954, 955); the post-incident-created Critical Incident Video; Defendant City of Covina's various reports (including Preciado Report CPD 87-91, CAD Call CPD 92-93, Property Report CPD 94-96, Names Involved CPD 97-98, Flores Report CPD 99, Avila Report 100-101, Rasmussen Report CPD 102, Dixon Repot 103-104, Lee Report 105-106, Statler Report CPD 107, Marquez Report CPD 108-109, Ardery Report CPD 110, Husley Report CPD 111-113, Preciado Report CPD 114, Statler Repot CPD 115, Ragan Report CPD 116-117, Coroner Case Report CPD 140-144, Watch Commander Logs CPD 912-915, DOJ Letter CPD 916-919, DOJ Notice CPD 920, Property Report CPD 921-922, InterOffice Memo CPD 923-925, DMV Record CPD 926-942, CPD IOM CPD 943-944, Press Release CPD 945, CPD Incident Reports CPD 1038-1051, POST Training CPD 1052-1059, Rialto Report CPD 1060-1069, DOJ Report CPD 1076-1110 – unless for impeachment or record refresh); whether the replica gun was loaded; evidence collected from Decedent Valdivia's vehicle or home searched after the incident, including any photographs of the evidence collected after the incident and any information acquired from said evidence; and Covina Police Department, Department of Justice, or District Attorney's Office post-incident finding including any internal findings that the force used was within policy, whether the force was subject to criminal charges, investigative reports and memos, and press releases.

**IT IS SO ORDERED.**

DATED:_____            _____

Honorable Consuelo B. Marshall

United States District Judge

[PROPOSED] ORDER RE. PLAINTIFF'S MOTION *IN LIMINE* NO. 1