# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.V. and X.V., minors by and through their guardian *ad litem*, Karla Juarez; D.V., a minor, by and through his guardian *ad litem*, Elias Vadivia; individually ans as successors-in-interest to Daniel Luis Valdivia, deceased; JESSICA VALDIVIA; LUIS VALDIVIA JR., individually,<br><br>        Plaintiffs,<br><br>v.<br><br>CITY COVINA; VANESSA CARDOZA; DAVID MEADOWS; BILLY SUN; and DOES 1 through 10, inclusive,<br><br>        Defendants. | Case No.: 5:23-cv-01562-CBM-ACCV<br><br>[*Honorable Consuelo B. Marshall*]<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION *IN LIMINE* No. 3 TO LIMIT THE EXPERT TESTIMONY OF ROBERT FONZI**<br><br>**Final Pretrial Conference & Hearing on Motions *in Limine*:**<br>Date:   May 5, 2026<br>Time:   02:30 p.m.<br>Place:  Courtroom 8D<br>**Trial:**<br>Date:   June 9, 2026<br>Time:   10:00 a.m.<br>Place:  Courtroom 8D |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Having reviewed Plaintiff's Motion *in Limine* No. 3 to Limit the Expert Testimony of Robert Fonzi, and GOOD CAUSE appearing therein, Plaintiff's Motion is HEREBY GRANTED that Defense Police Practices Expert Robert Fonzi's opinions based on credibility determinations, legal conclusions, and opinions outside his expertise which are not helpful to the jury be limited or excluded from trial.

**IT IS SO ORDERED.**

DATED:_____          _____

Honorable Consuelo B. Marshall

United States District Judge