# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

E.V. and X.V., minors by and through their guardian *ad litem*, Karla Juarez; D.V., a minor, by and through his guardian *ad litem*, Elias Vadivia; individually ans as successors-in-interest to Daniel Luis Valdivia, deceased; JESSICA VALDIVIA; LUIS VALDIVIA JR., individually,

Plaintiff,

vs.

CITY COVINA; VANESSA CARDOZA; DAVID MEADOWS; BILLY SUN; and DOES 1 through 10, inclusive,

Defendants.

Case No.: 5:23-cv-01562-CBM-ACCV

[*Honorable Consuelo B. Marshall*]

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION *IN LIMINE* No. 4 TO EXCLUDE DEFENDANTS' EXPERT JEFFREY MARTIN**

**Final Pretrial Conference & Hearing on Motions *in Limine*:**
Date:   May 5, 2026
Time:   02:30 p.m.
Place:  Courtroom 8D
**Trial:**
Date:   June 9, 2026
Time:   10:00 a.m.
Place:  Courtroom 8D

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Having reviewed Plaintiff's Motion *in Limine* No. 4 to Exclude Defendants' Expert Jeffrey Martin, and GOOD CAUSE appearing therein, Plaintiff's Motion is HEREBY GRANTED that the testimony of Defense Expert Jeffrey Martin shall be excluded from trial.

**IT IS SO ORDERED.**

DATED:_____          _____

Honorable Consuelo B. Marshall

United States District Judge

[PROPOSED] ORDER RE. PLAINTIFF'S MOTION *IN LIMINE* NO. 4