Mildred K. O'Linn (State Bar No. 159055)
  *missy.olinn@manningkass.com*
Robert E. Murphy (State Bar No. 103936)
  *robert.murphy@manningkass.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendants, CITY OF COVINA, VANESSA CARDOZA, DAVID MEADOWS, and BILLY SUN

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.V. and X.V., minors by and through their guardian ad litem, Karla Juarez; D.V., a minor, by and through his guardian ad litem, Elias Valdivia; individually and as successors-in-interest to Daniel Luis Valdivia, deceased; JESSICA VALDIVIA; LUIS VALDIVIA JR., individually;, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF COVINA; VANESSA CARDOZA; DAVID MEADOWS; BILLY SUN; DOES 1-10, inclusive, <br><br> Defendants. | Case No. 5:23-cv-01562-CBM-ACCV <br> District Judge: Consuelo B. Marshall <br> Magistrate Judge: Angela C. C. Viramontes <br><br> **JOINT STATUS REPORT RE: INTERLOCUTORY APPEAL** |

///

///

///

///

///

///

///

1

Pursuant to this Court's April 14, 2026 Minute Order (Dkt. No. 91), the parties submit the following status report regarding the status of Defendants' interlocutory appeal.

On May 24, 2026, the Court of Appeals for the Ninth Circuit noticed oral argument on Defendants' interlocutory appeal based on qualified immunity for Thursday, August 6, 2026. Parties have both acknowledged the oral argument and have noticed appearances.

DATED:  July 13, 2026          **MANNING & KASS**
                               **ELLROD, RAMIREZ, TRESTER LLP**


                               By:  ___/s/ Mildred K. O'Linn___
                                    Mildred K. O'Linn
                                    Robert E. Murphy
                                    Attorneys for Defendants, CITY OF
                                    COVINA, VANESSA CARDOZA,
                                    DAVID MEADOWS, and BILLY SUN

DATED:  July 13, 2026          **LAW OFFICES OF DALE K. GALIPO**


                               By:  ___/s/ Marcel F. Sincich___
                                    Dale K. Galipo, Esq
                                    Marcel F. Sincich, Esq
                                    Attorneys for Plaintiffs, E.V. and X.V., by
                                    and through GAL Karla Juarez; D.V., by
                                    and through GAL Elias Valdivia;
                                    individually and as successors-in-interest to
                                    Daniel Luis Valdivia, deceased; JESSICA
                                    VALDIVIA; LUIS VALDIVIA JR

2

**JOINT STATUS REPORT RE: INTERLOCUTORY APPEAL**