Mildred K. O'Linn (State Bar No. 159055)
*missy.olinn@manningkass.com*
Robert E. Murphy (State Bar No. 103936)
*robert.murphy@manningkass.com*
**MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendants, CITY OF COVINA, VANESSA CARDOZA, DAVID MEADOWS, and BILLY SUN

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.V. and X.V., minors by and through their guardian ad litem, Karla Juarez; D.V., a minor, by and through his guardian ad litem, Elias Valdivia; individually and as successors-in-interest to Daniel Luis Valdivia, deceased; JESSICA VALDIVIA; LUIS VALDIVIA JR., individually;, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF COVINA; VANESSA CARDOZA; DAVID MEADOWS; BILLY SUN; DOES 1-10, inclusive, <br><br> Defendants. | Case No. 5:23-cv-01562-CBM-ACCV <br> District Judge: Consuelo B. Marshall <br> Magistrate Judge: Angela C. C. Viramontes <br><br> **JOINT STATUS REPORT RE: INTERLOCUTORY APPEAL** |

///

///

///

///

///

///

///

1

**JOINT STATUS REPORT RE: INTERLOCUTORY APPEAL**

Pursuant to this Court's July 14, 2026 Order (Dkt. No. 97), the parties submit the following status report regarding the status of Defendants' interlocutory appeal.

On May 24, 2026, the Court of Appeals for the Ninth Circuit noticed oral argument on Defendants' interlocutory appeal based on qualified immunity for Thursday, August 6, 2026. Parties appeared and argued. On August 12, 2026, the Ninth Circuit issued a Memorandum reversing and remanding the matter for further proceedings in accordance with its instruction therein.

The Ninth Circuit's Memorandum determined error in denying qualified immunity and found that the defendant officers' use of force was both reasonable under the Fourth Amendment claim and did not shock the conscience under the 14th Amendment claim. Declaration of Safi Henson ("Henson Decl."), ¶ 2.

DATED:  August 14, 2026  **MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**


By: _____/s/ Mildred K. O'Linn_____
Mildred K. O'Linn
Robert E. Murphy
Attorneys for Defendants, CITY OF COVINA, VANESSA CARDOZA, DAVID MEADOWS, and BILLY SUN

2
**JOINT STATUS REPORT RE: INTERLOCUTORY APPEAL**

DATED: August 14, 2026      **LAW OFFICES OF DALE K. GALIPO**

By:      /s/ Marcel F. Sincich
         Dale K. Galipo, Esq
         Marcel F. Sincich, Esq
         Attorneys for Plaintiffs, E.V. and X.V., by and through GAL Karla Juarez; D.V., by and through GAL Elias Valdivia; individually and as successors-in-interest to Daniel Luis Valdivia, deceased; JESSICA VALDIVIA; LUIS VALDIVIA JR

---

3

**JOINT STATUS REPORT RE: INTERLOCUTORY APPEAL**