Mildred K. O'Linn (State Bar No. 159055)
*missy.olinn@manningkass.com*
Robert E. Murphy (State Bar No. 103936)
*robert.murphy@manningkass.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendants, CITY OF COVINA, VANESSA CARDOZA, DAVID MEADOWS, and BILLY SUN

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.V. and X.V., minors by and through their guardian ad litem, Karla Juarez; D.V., a minor, by and through his guardian ad litem, Elias Valdivia; individually and as successors-in-interest to Daniel Luis Valdivia, deceased; JESSICA VALDIVIA; LUIS VALDIVIA JR., individually;, <br><br>    Plaintiffs, <br><br>    v. <br><br>CITY OF COVINA; VANESSA CARDOZA; DAVID MEADOWS; BILLY SUN; DOES 1-10, inclusive, <br><br>    Defendants. | Case No. 5:23-cv-01562-CBM-ACCV <br> District Judge: Consuelo B. Marshall <br> Magistrate Judge: Angela C. C. Viramontes <br><br> **DECLARATION OF SAFI HENSON IN SUPPORT OF JOINT STATUS** <br><br> Filed Date:        08/04/23 |

I, Safi U. Henson, declare as follows:

1.    I am an attorney duly admitted to practice before this Court.  I am an associate with Manning & Kass, Ellrod, Ramirez, Trester LLP, attorneys of record for Defendants, CITY OF COVINA, VANESSA CARDOZA, DAVID MEADOWS, and BILLY SUN.  I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would competently testify thereto.

2.        Attached hereto as **Exhibit A** is a true and accurate copy of the Ninth

**HENSON DECLARATION IN SUPPORT OF JOINT STATUS REPORT RE: INTERLOCUTORY APPEAL**

Circuit's Memorandum issuing its orders and instructions.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 14th day of August, 2026, at San Francisco, California.

　　　　　　　　　　　　　　　 /s/ Safi U. Henson
　　　　　　　　　　　　　　　Safi U. Henson

**HENSON DECLARATION IN SUPPORT OF JOINT STATUS REPORT RE: INTERLOCUTORY APPEAL**