UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:23-cv-1562-CBM-SHK | Date | August 17, 2026 |
| Title | *E.V. et al. v. City of Covina et al.* | | |

Present: The Honorable CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| V.R. VALLEY | NOT REPORTED |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| NONE PRESENT | NONE PRESENT |

**Proceedings:** **IN CHAMBERS- ORDER RE: JOINT STATUS REPORT RE: INTERLOCUTORY APPEAL**

The Court has reviewed the joint status report re: interlocutory appeal. (Dkt. No. 99.) The parties shall file a further status report re: the appeal and what remains to be done following the appeal, if any, no later than seven days after the Ninth Circuit's issuance of the mandate re the appeal.

**IT IS SO ORDERED.**

00 :