Mildred K. O'Linn (State Bar No. 159055)
*missy.olinn@manningkass.com*
Robert E. Murphy (State Bar No. 103936)
*robert.murphy@manningkass.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendants, CITY OF COVINA, VANESSA CARDOZA, DAVID MEADOWS, and BILLY SUN

MANNING | KASS

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

E.V. and X.V., minors by and through their guardian ad litem, Karla Juarez; D.V., a minor, by and through his guardian ad litem, Elias Valdivia; individually and as successors-in-interest to Daniel Luis Valdivia, deceased; JESSICA VALDIVIA; LUIS VALDIVIA JR., individually;,

Plaintiffs,

v.

CITY OF COVINA; VANESSA CARDOZA; DAVID MEADOWS; BILLY SUN; DOES 1-10, inclusive,

Defendants.

Case No. 5:23-cv-01562-CBM-ACCV
District Judge: Consuelo B. Marshall
Magistrate Judge: Angela C. C. Viramontes

**DECLARATION OF SAFI HENSON IN SUPPORT OF DEFENDANTS' [JOINT] STATUS**

Filed Date: 08/04/23

I, Safi U. Henson, declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am an associate with Manning & Kass, Ellrod, Ramirez, Trester LLP, attorneys of record for Defendants, CITY OF COVINA, VANESSA CARDOZA, DAVID MEADOWS, and BILLY SUN. I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would competently testify thereto

2. Attached hereto as **Exhibit A** is a true and accurate copy of the Ninth

Circuit's Mandate pursuant to FRAP Rule 41(a), effecting its August 12, 2026 judgment;

3. On Friday, September 4, 2026, defense counsel sent out the status report to plaintiffs' counsel, asking for their review and affirmation of the content therein as well as permission to affix their signature. To date I have not heard back from them. Attached hereto as **Exhibit B** is a true and accurate copy of my email sent to Plaintiffs' counsel regarding this matter.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 10th day of September, 2026, at San Francisco, California.

/s/ Safi U. Henson
Safi U. Henson

# EXHIBIT A

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

SEP 3 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

E.V.; et al.,

Plaintiffs - Appellees,

v.

CITY OF COVINA; et al.,

Defendants - Appellants,

DOES, 1-10, inclusive,

Defendant.

No. 25-7151

D.C. No.
5:23-cv-01562-CBM-SHK

Central District of California,
Riverside

MANDATE

The judgment of this Court, entered August 12, 2026, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

# EXHIBIT B

**Safi Henson**

| | |
|---|---|
| **From:** | Safi Henson |
| **Sent:** | Friday, September 4, 2026 8:37 AM |
| **To:** | Marcel Sincich; dalekgalipo@yahoo.com |
| **Cc:** | Missy OLinn; Robert E. Murphy; Athena N. Reddersen; Delia Flores; Sandra I. Alarcon; Susannah Conn |
| **Subject:** | RE: Valdivia. (PC) Joint Status Report |
| **Attachments:** | September 4 Joint Status Report.docx |

Hi Dale/Marcel,
In light of the 9 Circ's Mandate, attached is the proposed joint status re: interlocutory appeal. Please review and let us know if defense counsel can affix your signature.

--Safi

**Safi Henson**
Associate

MANNING | KASS
101 Montgomery Street, Suite 2550
San Francisco, CA 94104
Main: (415) 217-6990 Ext.: 4624
Safi.Henson@manningkass.com | manningkass.com

Dallas | Inland Empire | Los Angeles | New York | Orange County | Phoenix | San Diego | San Francisco

Note: This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and is legally privileged. The information transmitted in or with this message is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material and is protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any retransmission, dissemination, distribution, copying or other use of, or the taking of any action in reliance upon, this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting the material from your computer. Thank you. Manning & Kass, Ellrod, Ramirez, Trester, LLP