**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Marcel F. Sincich, Esq. (SBN 319508)
msincich@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333 | Fax: (818) 347-4118

*Attorneys for Plaintiffs.*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

E.V. and X.V., minors by and through their guardian *ad litem*, Karla Juarez; D.V., a minor, by and through his guardian *ad litem*, Elias Valdivia; individually and as successors-in-interest to Daniel Luis Valdivia, deceased; JESSICA VALDIVIA; LUIS VALDIVIA JR., individually;

Plaintiffs,

vs.

CITY OF COVINA; VANESSA CARDOZA; DAVID MEADOWS; BILLY SUN; DOES 1-10, inclusive,

Defendants.

Case No.: 5:23-cv-01562-CBM-ACCV

[*Honorable Consuelo B. Marshall, Magistrate Judge Shashi H. Kewalramani*]

**PLAINTIFFS' STATUS REPORT RE INTERLOCUTORY APPEAL**

**TO THIS HONORABLE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiffs E.V. and X.V., minors by and through their guardian *ad litem*, Karla Juarez, D.V., a minor, by and through his guardian *ad litem*, Elias Valdivia, Jessica Valdivia, and Luis Valdivia, Jr., hereby submit the following status report re. interlocutory appeal, pursuant to this Court's August 17, 2026 Order to specify the status of the appeal and what remains to be done following the appeal:

Given that the Ninth Circuit's Memorandum applied only to Plaintiffs' Fourth and Fourteenth Amendment Claims, Plaintiffs' state law claims for battery, negligence, and violation of the Bane Act remain. Considering the substantial time and resources already expended litigating this action, as well as this Court's familiarity with the facts, procedural history, and issues presented in this case, Plaintiffs respectfully request that the Court exercise its discretion to retain supplemental jurisdiction over Plaintiffs' remaining state law claims and permit this action to proceed before this Court.

Respectfully submitted,

DATED: September 10, 2026 **LAW OFFICES OF DALE K. GALIPO**

*/s/ Marcel F. Sincich*
Dale K. Galipo, Esq.
Marcel F. Sincich
*Attorneys for Plaintiffs*