UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:23-cv-1562-CBM-SHKx | Date | September 11, 2026 |
| Title | *E.V. et al. v. City of Covina et al.* | | |

| | |
|---|---|
| Present: The Honorable | CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE |

| | |
|---|---|
| V.R. VALLERY | NOT REPORTED |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| NONE PRESENT | NONE PRESENT |

**Proceedings:** **IN CHAMBERS- ORDER RE: PLAINTIFFS' STATE LAW CLAIMS**

The parties are hereby ordered to file simultaneous briefs **no later than September 21, 2026** and not to exceed fifteen (15) pages regarding what effect, if any, the Ninth Circuit's memorandum disposition and finding that "in the totality of the circumstances, the officers' use of force against Valdivia was reasonable" (Dkt. No. 98) has on Plaintiffs' remaining state law claims for battery, negligence, and violation of Cal. Civ. Code § 52.1.

**IT IS SO ORDERED.**

| | |
|---|---|
| | 00 : 00 |
| Initials of Deputy Clerk | CMJ for VRV |