**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

E.V. and X.V., minors by and through their guardian ad litem, Karla Juarez, *et al.*,

Plaintiffs,

v.

CITY OF COVINA *et al.*,

Defendants.

Case No.: 5:23-cv-1562-CBM-SHK

**JUDGMENT**

Consistent with the Ninth Circuit's memorandum decision and mandate (Dkt. Nos. 98, 101), judgment is entered in favor of Defendants Vanessa Cardoza, David Meadows, and Billy Sun (collectively, "Defendant Officers"), and against Plaintiffs E.V. and X.V. (minors, by and through their guardian *ad litem*, Karla Juarez), D.V. (a minor, by and through his guardian *ad litem*, Elias Valdivia), Jessica Valdivia, and Luis Valdivia Jr. (collectively, "Plaintiffs"), as to Plaintiffs' second cause of action for Fourth Amendment—Excessive Force, 42 U.S.C. § 1983, and fourth cause of action for Substantive Due Process, 42 U.S.C. § 1983.

DATED: 10/5, 2026.

CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE