# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES -REOPENING/CLOSING

Case No. 5:23-cv-01562-CBM-ACCV Date October 6, 2026

Title: E.V. et al v. City of Covina, et al

Present: The Honorable Consuelo B. Marshall, United States District Judge

| V.R. Vallery | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

Proceedings: ☐ In Court ☒ In Chambers ☐ Counsel Notified

☐ Case previously closed in error. Make JS-5.

☒ Case should have been closed on entry dated October 5, 2026.

☐ Case settled but may be reopened if settlement is not consummated within ______ days. Make JS-6.

☒ Other Make JS-6.

☐ Entered ______.

Initials of Preparer VRV